1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERI REDMAN, ind and as successor-in-interest to RONALD REDMAN, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>A.W. CHESTERTON COMPANY et al.<br><br>Defendant(s). | No. C   CV08-03013 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/30/08

Signature _____

Counsel for VIAD CORP
(Plaintiff, Defendant, or indicate "pro se")