**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking                                                                                   General Court Number
Clerk                                                                                                         415.522.2000

**July 2, 2008**

CASE NUMBER:  CV 08-03013 BZ
CASE TITLE:  JERI REDMAN-v-A W CHESTERTON COMPANY

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable JEFFERY S. WHITE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/2/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                                  Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects
Log Book Noted                                                  Entered in Computer 7/2/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                       Transferor CSA