1  Dean A. Hanley, Esq.   (State Bar No. 169507)
   Deborah R. Rosenthal, Esq. (State Bar No. 184241)
2  PAUL AND HANLEY LLP
   1608 Fourth Street, Suite 300
3  Berkeley, California 94710
   Telephone:  (510) 559-9980
4  Facsimile:   (510) 559-9970
   dhanley@paulandhanley.com
5  drosenthal@paulandhanley.com

6  Attorneys for Plaintiffs

7

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

                                SAN FRANCISCO DIVISION
11

12 | JERI REDMAN, individually and as successor-in-interest to RONALD REDMAN, deceased; and JERI REDMAN, AMY REDMAN, DAVID C. REDMAN, MARK REDMAN and PAUL REDMAN, as legal heirs of RONALD REDMAN, deceased, | ) Case No.: 08-cv-03013-BZ |
|---|---|
| | ) **NOTICE OF MOTION AND MOTION FOR REMAND AND FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL** |
| | ) [28 U.S.C. § 1447(c); FRCP 7(b); ND CA Local Rules 7-2, 7-4 & 7-5] |
| Plaintiffs, | |
| vs. | Date:        September 5, 2008 |
| A.W. CHESTERTON, et al., | Time:        9:00 a.m. |
| | Courtroom: 2, 17th Floor |
| Defendants. | Judge:       Jeffrey White |

21       To the HONORABLE COURT AND TO ALL DEFENDANTS AND THEIR

22  ATTORNEYS OF RECORD HEREIN:

23       PLEASE TAKE NOTICE THAT, on Friday, **September 5, 2008**, at 9:00 a.m. in

24  Courtroom 2 on the 17th Floor of the United States District Court for the Northern District of

25  California, located at 450 Golden Gate Avenue, San Francisco, California, before the Honorable

26  Jeffrey White, plaintiffs will and hereby do move this Court for remand of this action to the

27

28
---
**NOTICE OF MOTION AND MOTION FOR REMAND AND FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL**                                                                                                                                              PAGE 1
S:\Clients\Plaintiffs\R\Redman, Ronald 10267\Fed Court Action\VIAD remand motion - notice.doc

Superior Court of the State of California, County of San Francisco, and for an award of reasonable costs incurred as a result of the removal.

This motion is made on the grounds that this Court lacks subject matter jurisdiction over this action. Defendant Viad Corporation removed the case pursuant to 28 U.S.C. § 1442(a)(1), the federal officer statute, but failed to present any evidence of a colorable federal defense to plaintiffs' claims, nor that defendant acted under the direction of a federal officer, nor that there is a causal connection between any acts taken by Viad at the direction of a federal officer and plaintiffs' claimed injuries. Viad states no other basis for removal.

PLEASE TAKE FURTHER NOTICE THAT plaintiffs will and hereby do move this Court for an order requiring payment by Viad and its counsel of $12,545 in just costs and actual expenses incurred as a result of Viad's improvident removal of this case from the Superior Court of the State of California, County of San Francisco. This motion is made on the grounds that defendant had no objectively reasonable basis for removal; its Notice of Removal, filed and served by mail on June 17, 2008, fails to establish subject matter jurisdiction; its improvident removal caused undue delay in this litigation; and unusual circumstances exist surrounding this removal.

The motion is based on this Notice of Motion and Motion; the accompanying memorandum of points and authorities; the Declarations of Deborah R. Rosenthal and Dean A. Hanley filed herewith; the evidence attached as exhibits to the declarations; and on all papers and records on file herein.

Based on the foregoing, plaintiffs ask this Court to promptly remand plaintiffs' case to the Superior Court of the State of California, County of San Francisco, and issue an award of costs to plaintiffs in the amount of $12,545.

DATED: July 3, 2008                        PAUL & HANLEY LLP

By: _____
Deborah R. Rosenthal
Attorneys for Plaintiffs