```
Dean A. Hanley, Esq.   (State Bar No. 169507)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
PAUL AND HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
Email:  dhanley@paulandhanley.com
Email:  drosenthal@paulandhanley.com
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERI REDMAN, individually and as successor-in-interest to RONALD REDMAN, deceased; and JERI REDMAN, AMY REDMAN, DAVID C. REDMAN, MARK REDMAN and PAUL REDMAN, as legal heirs of RONALD REDMAN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON, et al.,<br><br>Defendants. | Case No.: 08-cv-03013-BZ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND FOR LACK OF JURISDICTION AND AWARDING COSTS INCURRED AS A RESULT OF REMOVAL**<br><br>Date:       September 5, 2008<br>Time:       9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge:      Jeffrey White |

This matter came on for hearing on **September 5, 2008,** before Honorable Jeffrey White, in the above-entitled Court, with counsel for plaintiffs and counsel for defendant VIAD CORPORATION appearing. Based on the papers filed herein, upon hearing of oral argument and for good cause shown,

IT IS HEREBY ORDERED that plaintiffs' motion to remand this action to the Superior Court of California, City and County of San Francisco, is GRANTED. This Court lacks subject matter jurisdiction over this action.

1    IT IS FURTHER ORDERED that plaintiffs are entitled to recover $_____ from

2   defendant for reasonable costs incurred as a result of defendant's improvident removal.

3

4

5   DATED: September 5, 2008

6                                                                        _____
                                                                              HONORABLE JEFFREY WHITE