**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERI REDMAN, ET AL., | |
| Plaintiffs, | No. C 08-03013 JSW |
| v. | |
| A W CHESTERTON COMPANY, ET AL., | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO REMAND** |
| Defendants. | |

This matter is set for a hearing on September 5, 2008 on Plaintiffs' motion to remand. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 21, 2008 and a reply brief shall be filed by no later than July 28, 2008

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 7, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE