WHITNEY A. DAVIS, SBN 149523
MARIA S. ROSENFELD, SBN 186116
CHARTER DAVIS, LLP
1730 I Street, Ste. 240
Sacramento, CA 95814
(916) 448-9000
(916) 448-9009

Attorneys for Defendant VIAD CORP,
individually and as alleged successor-in-interest to
GRISCOM-RUSSELL COMPANY and alleged
successor-in-interest to DIAL CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERI REDMAN, individually and as successor-in-interest to RONALD REDMAN, deceased; and JERI REDMAN, AMY REDMAN, DAVID C. REDMAN, MARK REDMAN and PAUL REDMAN, as legal heirs of RONALD REDMAN, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON COMPANY et. al.<br><br>Defendants. | Case No. 08-CV-03013-JSW<br><br>DECLARATION OF WHITNEY A. DAVIS IN SUPPORT OF VIAD CORP'S EX PARTE APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO FILE OPPOSITION TO PENDING MOTION FOR REMAND |

I, Whitney A. Davis, upon oath, declare as follows:

1. I am an attorney, licensed to practice law in the State of California and am a shareholder in the law firm of Charter Davis LLP, attorneys of record for defendant VIAD CORP, individually and as successor in interest to Griscom Russell Company/Dial Corporation, one of the defendants in this matter.

2. Attached hereto as Exhibit A is a true and correct copy of the Court's order setting briefing schedule on the motion for remand.

3. Defendant files the instant ex parte request for extension of time to file its opposition to the pending motion for remand filed by plaintiffs. The motion for remand is set to be heard September 5, 2008. Per the briefing schedule (see Exhibit A) Defendant's opposition is presently due July 21, 2008. Thus, the timeframe for opposition has not yet expired. Therefore, this ex parte application is proper under Federal Rules of Civil Procedure Rule 6(b) and Northern District of California Local Rule 7-10. Additionally, in this particular case, the briefing schedule was set by the Court. (Exhibit A above.) In the briefing schedule order, the Court specifically allows for modification of the order upon good cause.

4. Defendant Viad Corp intends to oppose the motion for remand largely through the declaration of shipbuilding expert Charles Cushing (amongst other experts.) Viad Corp has learned, however, that Charles Cushing is presently on vacation in Germany and not due back until July 21, 2008. With Charles Cushing unavailable and out of the country, defendant Viad Corp cannot substantively oppose the pending motion as input/declaration from expert Charles Cushing is critical to the theories anticipated in opposition of the remand motion. More specifically, Charles Cushing is president of C.R. Cushing & Co., Inc., Naval Architects, Marine Engineers and Transportation Consultants. His declaration will be critical to Viad Corp's intended remand opposition. Charles Cushing has vast experience, education and training as a naval architect and marine engineer, including involvement in the design, construction, and/or conversion of ocean-going vessels, critical to explaining to the Court issues including, for example, the design and plans of the ships placed at issue by plaintiff's remand motion. Further, Charles Cushing has great familiarity/knowledge with regard to the requirements utilized by the U.S. Navy during the construction phase of vessels as those requirements apply to suppliers/contractors. Standards involving the U.S. Navy's specifications as regards to equipment manufactured for the vessels at issue are central to application of the government contractor defense, at the heart of the pending motion for remand.

5. I am informed and believe my office tried to avoid the need for formal motion/ex parte application by requesting that plaintiffs' counsel demonstrate some professional courtesy in light of the situation whereby defendant's expert is literally out of the country and unavailable to oppose the remand motion on the briefing schedule presently set. Attached as Exhibit B is a true and correct copy of the correspondence and stipulation forwarded to plaintiffs' counsel. I am informed and believe that my office followed up on the attached facsimile on July 15, 2008 at which time plaintiffs' counsel affirmed that they would not stipulate to the same.

6. No prior request for any extension of time has been made by this party in this matter.

I declare, under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was signed on July 15, 2008.

                                           /s/ Whitney A. Davis
                                           WHITNEY A. DAVIS

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERI REDMAN, ET AL.,

    Plaintiffs,

v.

A W CHESTERTON COMPANY, ET AL.,

    Defendants.

No. C 08-03013 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO REMAND**

This matter is set for a hearing on September 5, 2008 on Plaintiffs' motion to remand. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 21, 2008 and a reply brief shall be filed by no later than July 28, 2008

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 7, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**EXHIBIT B**

# CHARTER ❖ DAVIS, LLP

TRIAL LAWYERS
1730 I Street
Suite 240
Sacramento
California 95814
Tel: (916) 448-9000
Fax: (916) 448-9009

July 15, 2008

*VIA FACSIMILE (510) 559-9970*

Deborah Rosenthal
PAUL & HANLEY LLP
1608 Fourth Street Ste. 300
Berkeley, CA 94710

Re:   *Jeri Redman et. al. vs. AW Chesterton et. al.*
      Our Client: VIAD CORP

Dear Ms. Rosenthal:

Enclosed please find our stipulation regarding an extension of time within which to file our opposition papers to your motion for remand in the above captioned matter.

We are informed that our intended expert, Charles Cushing, is out of the country and in Germany until July 21, 2008, the present due date for our opposition papers as ordered by the Court's briefing schedule. His declaration is critical to our opposition filing as his declaration bears direct relevance to the government contractor defense issues challenged by your motion for remand.

Accordingly, we ask that you agree to a 7 business day extension for our opposition papers, up to and including July 30, 2008. Please execute the enclosed. If we receive the same before noon tomorrow, we will file the same concurrently with a proposed order. Alternatively, if I hear nothing by or before tomorrow at noon, we will presume you are unwilling to stipulate, and we will proceed with filing of an ex parte request with the Court for the extension.

Very truly yours,
CHARTER DAVIS, LLP

*[signature]*

MIA ROSENFELD
WHITNEY A. DAVIS

| | |
|---|---|
| 1 | WHITNEY A. DAVIS, SBN 149523 |
|   | MARIA S. ROSENFELD, SBN 186116 |
| 2 | CHARTER DAVIS, LLP |
|   | 1730 I Street, Ste. 240 |
| 3 | Sacramento, CA  95814 |
|   | (916) 448-9000 |
| 4 | (916) 448-9009 |

Attorneys for Defendant VIAD CORP, individually and as alleged successor-in-interest to GRISCOM-RUSSELL COMPANY and alleged successor-in-interest to DIAL CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERI REDMAN, individually and as successor-in-interest to RONALD REDMAN, deceased; and JERI REDMAN, AMY REDMAN, DAVID C. REDMAN, MARK REDMAN and PAUL REDMAN, as legal heirs of RONALD REDMAN, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON COMPANY et. al.<br><br>Defendants. | Case No. 08-CV-03013-JSW<br><br>**STIPULATION RE: REQUEST BY DEFENDANT VIAD CORP FOR EXTENSION OF TIME WITHIN WHICH TO FILE OPPOSITION TO PENDING MOTION FOR REMAND** |

The parties to this action stipulate, through their undersigned counsel, that defendant Viad Corp shall be granted an extension of time up to and including July 30, 2008 to file its opposition papers to plaintiffs' pending remand motion. Good cause exists for this extension. Defense expert Charles Cushing is presently out of the country, in Germany, and is not due back until July 21, 2008, the date presently set for Viad Corp to file its opposing papers to plaintiffs' motion for remand. Defense expert Charles Cushing's supporting declaration is critical to defendant Viad

1 | Corp's opposing memorandum to the pending remand motion.

2 | In exchange, defendant Viad Corp stipulates that plaintiffs shall be granted a concurrent
3 | extension of time up to and including August 6, 2008 within which to file its reply briefing.

4 | Unless modified by the Court, the parties stipulate that the motion can remain on calendar
5 | to be heard on September 5, 2008 as presently scheduled.

6 | The parties further agree that this stipulation can be executed in counterpart, with
7 | facsimile signatures having the same effect as an original signature thereon.

9 | DATED: _____     CHARTER DAVIS, LLP

12 | MARIA S. ROSENFELD
12 | WHITNEY A. DAVIS
13 | Attorneys for Defendant VIAD CORP, individually
13 | And as Alleged Successor in Interest to Griscom Russell
14 | And Dial Corporation

16 | DATED: _____     PAUL & HANLEY LLP

18 | DEAN A. HANLEY
19 | DEBORAH R. ROSENTHAL
19 | Attorneys for Plaintiffs

```
***************************************************************************
*                              TRANSACTION REPORT                     P.01 *
*                              ─────────────────                           *
*                                                    JUL-15-2008 TUE 08:04 AM *
*                                                                          *
*   DATE  START    RECEIVER      TX TIME  PAGES TYPE    NOTE       M#  DP  *
*───────────────────────────────────────────────────────────────────────────*
*   JUL-15 08:03 AM 15105599970   1'01"    3    SEND    OK         938     *
*───────────────────────────────────────────────────────────────────────────*
*                                          TOTAL :  1M 1S  PAGES:  3       *
***************************************************************************
```

# CHARTER ❖ DAVIS, LLP

TRIAL LAWYERS

1730 I Street
Suite 240
Sacramento
California 95814
Tel: (916) 448-9000
Fax: (916) 448-9009

July 15, 2008

***VIA FACSIMILE (510) 559-9970***

Deborah Rosenthal
PAUL & HANLEY LLP
1608 Fourth Street Ste. 300
Berkeley, CA 94710

    Re:   *Jeri Redman et. al. vs. AW Chesterton et. al.*
           Our Client: VIAD CORP

Dear Ms. Rosenthal:

Enclosed please find our stipulation regarding an extension of time within which to file our opposition papers to your motion for remand in the above captioned matter.