```
1  WHITNEY A. DAVIS, SBN 149523
   MARIA S. ROSENFELD, SBN 186116
2  CHARTER DAVIS, LLP
   1730 I Street, Ste. 240
3  Sacramento, CA 95814
   (916) 448-9000
4  (916) 448-9009

5  Attorneys for Defendant VIAD CORP,
   individually and as alleged successor-in-interest to
6  GRISCOM-RUSSELL COMPANY and alleged
   successor-in-interest to DIAL CORPORATION
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERI REDMAN, individually and as successor-in-interest to RONALD REDMAN, deceased; and JERI REDMAN, AMY REDMAN, DAVID C. REDMAN, MARK REDMAN and PAUL REDMAN, as legal heirs of RONALD REDMAN, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON COMPANY et. al.<br><br>Defendants. | Case No. 08-CV-03013-JSW<br><br>[PROPOSED] **ORDER RE: EX PARTE APPLICATION BY DEFENDANT VIAD CORP FOR EXTENSION OF TIME WITHIN WHICH TO FILE OPPOSITION TO PENDING MOTION FOR REMAND** |

Having considered Defendant Viad Corp's exparte application for an extension of time within which to file its opposition to Plaintiffs' pending Motion for Remand, and finding good cause therefore,

1  IT IS HEREBY ORDERED that Defendant Viad Corp shall have up to and including
2  July 30, 2008 within which to file its opposition to the pending motion for remand.
3  Plaintiffs thereafter shall have up to and including August 6, 2008 within which to
4  file their reply briefing. The motion for remand shall be heard on September 5, 2008 at
5  9:00 a.m. in Department Courtroom 2.

Dated: July 16, 2008

_Jeffrey S. White_
U.S. DISTRICT JUDGE