1  WHITNEY A. DAVIS, SBN 149523
   MARIA S. ROSENFELD, SBN 186116
2  CHARTER DAVIS, LLP
   1730 I Street, Ste. 240
3  Sacramento, CA 95814
   (916) 448-9000
4  (916) 448-9009

5  Attorneys for Defendant VIAD CORP,
   individually and as alleged successor-in-interest to
6  GRISCOM-RUSSELL COMPANY and alleged
   successor-in-interest to DIAL CORPORATION

7

8

9              UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13  JERI REDMAN, individually and as          )   Case No. 08-CV-03013-JSW
    successor-in-interest to RONALD REDMAN,  )
14  deceased; and JERI REDMAN, AMY           )
    REDMAN, DAVID C. REDMAN, MARK            )
15  REDMAN and PAUL REDMAN, as legal         )   **AFFIDAVIT OF CHARLES R. CUSHING**
    heirs of RONALD REDMAN, deceased,        )
16                                           )
17              Plaintiffs,                  )
                                             )
18      v.                                   )
                                             )
19  A.W. CHESTERTON COMPANY et. al.          )
                                             )
20              Defendants.                  )
                                             )
21  _____)

22      I, CHARLES R. CUSHING, Ph.D., P.E., testify as follows:

23      1.      I am the president of C.R. Cushing & Co, Inc., Naval Architects, Marine Engineers and

24  Transportation Consultants. Attached hereto as **Exhibit 1** is a true and correct copy of my current

25  curriculum vitae. I testify below based upon my own personal knowledge, which is derived from my

26  experience, education and training as a naval architect and marine engineer. If called upon as a

27  witness to this matter, I could competently testify to each of those matters. For those matters stated

28  upon information and belief, I believe in good faith that those matters are true.

-1-

2.     Part of my experience includes my direct involvement in the design, construction, and/or conversion of more than 250 ocean-going vessels, both military and civilian. I therefore acquired extensive knowledge of the contracting practices and requirements utilized by the United States Navy in constructing vessels and the Navy protocols and procedures which Navy suppliers and contractors were required to follow.

3.     I am informed and believe that the Plaintiffs in this matter allege that the decedent, Mr. Redman, was exposed to asbestos while working at the Norfolk Naval Shipyard from 1974 through 1984 aboard the *USS John King*, the *USS DuPont*, the *USS Ingraham*, the *USS Kearny*, and the *USS Reuben James*. Further, plaintiffs contend that the vessels upon which he worked were equipped with distilling plants manufactured by the Griscom-Russell Company ("GR"), and that the decedent was exposed to asbestos-containing materials they claim were associated with the distilling plants.

4.     I am informed and believe that GR was a company that manufactured distilling plants that were installed on some U.S. Navy vessels during the 1940s and 1950s. I am also informed and believe that GR manufacturing operations ceased in 1962, and the company was dissolved in 1963. I understand that Plaintiffs contend that Viad Corp somehow succeeded to potential liabilities of the dissolved GR entity.

5.     For the reasons that follow, it is my opinion that several of Plaintiffs' exposure claims are not possible insofar as the *USS Ingraham*, the *USS Kearny*, and the *USS Reuben James* are concerned. As set forth below, those vessels simply were not available for the decedent to work upon during his stated tenure at the shipyards. I retrieved information regarding each ship's history from a number of sources that I know to be accurate, and which I reference and rely upon in the ordinary course of my profession as a shipbuilding engineer and consulting witness. Those sources include the U.S. Naval Archives, the NavSource database, and Dictionary of American Fighting Ships. I attach materials relevant to the history of these ships hereto as **Exhibit 2**.

6.     The *USS Ingraham* (DD-694) was an *Allen M. Sumner*-class destroyer laid down on August 4, 1943 at the Federal Shipbuilding and Drydock Co. in Kearny, New Jersey, launched on January 16, 1944, and commissioned on March 10, 1944. Her dimensions were 376 feet 6 inches in length, 40 feet beam, 15 feet 8 inches of draft, with a displacement of 2,200 tons. She was

-2-

decommissioned on June 15, 1971, stricken on July 16, 1971, and sold to Greece on that date. That vessel therefore would not have been available for the decedent to work upon when he commenced his job at the Norfolk Naval Shipyard in 1974.

7.      The *USS Kearny* (DD-432), a *Gleaves*-class destroyer, was laid down on March 1, 1939 at the Federal Shipbuilding and Drydock Co. in Kearny, New Jersey, launched on March 9, 1940, and commissioned on September 13, 1940. Her length was 348 feet 4 inches, beam36 feet 1 inch, draft 13 feet 2 inches, and displacement 2,395 tons. She was decommissioned on March 7, 1946, stricken on June 1, 1971, sold on October 6, 1972, and broken up for scrap. That vessel therefore would not have been available for the decedent to work upon when he commenced his job at the Norfolk Naval Shipyard in 1974.

8.      The *USS Reuben James* (DE-153) was a *Buckley*-class destroyer escort, laid down at the Norfolk Naval Shipyard in Norfolk, Virginia on September 7, 1942, launched on February 6, 1943, and commissioned on April 1, 1943. Her length was 306 feet (oa) and 300 feet (wl), beam 36 feet 9 inches, draft 13 feet 6 inches, and displacement 1,400 tons (standard) and 1,740 tons (full). She was decommissioned on October 11, 1947, stricken on June 30, 1968, used as an explosives test ship from 1968 to 1971, and sunk as a target on March 1, 1971. That vessel, therefore, would not have been available for the decedent to work upon when he commenced his job at the Naval Shipyard in 1974.

9.      The *USS John King* (DD-953/DDG-3) was a *Charles F. Adams*-class destroyer, laid down at the Bath Iron Works, Bath, Maine, on August 25, 1958, launched on January 30, 1960, and commissioned on February 4, 1961. Her classification was changed from DD-953 to DDG-3 on April 23, 1957. Her length was 437 feet, beam 47 feet, draft 15 feet, and displacement 4,526 tons. I am not yet able to confirm whether the *John King* was serviced at the decedent's employment sites. However, if that vessel was equipped with a GR distiller, that distiller most likely would have been installed by naval shipyard workers in 1959, then insulated thereafter.

10.     The *USS DuPont* (DD-941) was a *Forrest Sherman*-class destroyer, laid down at the Bath Iron Works, Bath, Maine, on May 11, 1955, launched on September 8, 1956, and commissioned on July 1, 1957. Her length was 418 feet 6 inches, beam 44 feet 11 inches, draft 15 feet, and displacement 4,619 tons. I am not yet able to confirm whether the *Dupont* was serviced at the

AFFIDAVIT OF CHARLES R. CUSHING

1    decedent's employment sites. However, if that vessel was equipped with a GR distiller, that distiller

2    most likely would have been installed by naval shipyard workers in the early months of 1956, then

3    insulated thereafter.

4         11.    I have spent more than 100 hours in the research, review and analysis of GR distillers

5    and the precise Navy specifications that concern that equipment. I can state without reservation that

6    the GR distiller was designed, built and installed on U.S. Naval vessels only in accordance with

7    precise and exacting specifications of the U.S. Navy. Moreover, U.S. Navy specifications precluded

8    GR and other component manufacturers from affixing to their products any type of warning or

9    cautionary statements concerning alleged health hazards from the installation, use or maintenance of

10   the products. Whether certain equipment used aboard U.S. Naval vessels should have warnings, and

11   the content and format of any such warnings, was determined solely by the U.S. Navy. GR would

12   have had no discretion whatsoever to affix any warnings of its own to products it delivered to the U.S.

13   Navy.

14        12.    The U.S. Navy participated intimately in the preparation of any instructional manuals

15   for machinery aboard ships. GR would have been required to follow any specifications for such

16   informational manuals and would have had no discretion to deviate from such specifications by

17   providing warnings.

18        13.    Even if GR attempted to affix any warnings to the distillers it made for the Navy, such

19   warnings would not have been visible to the distiller operators or repair personnel. GR delivered the

20   distillers to the Naval Shipyards without any insulation so that the distillers could be tested prior to

21   installation. The distillers and other engine room equipment would be insulated only after final

22   installation and inter-connection in the ship's engine rooms. The U.S. Navy specified, designed and

23   approved very precise specifications governing how the shipyard should insulate the equipment and

24   the type of materials the shipyard should use to insulate the equipment.

25        14.    I understand that Plaintiffs have submitted a 1945 manual as evidence that the GR

26   distillers that may have been installed on the *John King* and the *DuPont* pursuant to Navy

27   Specifications were also manufactured and sold commercially to private industry. It is my opinion that

28   the 1945 manual, entitled "Instructions for Operation, Care and Maintenance of Griscom-Russell Navy

Type Low Pressure Distilling Plant," is not a manual that was written for use by any organization other than the U.S. Navy. I hold this opinion for several reasons. At the outset, the cover of the 1945 manual bears a stamp that reads" U.S. N.R.T.C Fort McHenry, Baltimore Maryland." In my opinion, that stamp means that the copy of the 1945 manual was sent to, and used by, the U.S. Naval Reserve Training Center, which I know to have existed at Fort McHenry near Baltimore, Maryland. The copy of the manual submitted by the plaintiffs was copied too dark to read the stamp, so I have attached a copy of the same document that was copied and scanned in lighter tones hereto as **Exhibit 3**. I received that copy of the same 1945 manual in another matter.

15.     In addition to the stamp on the cover, the internal text of the 1945 manual makes it unlikely that the manual was composed and used for non-Navy customers. First, the copy submitted bears the identifying number 1175 on the attached post card and the first page, states that it is "loaned" to the recipient and remains Griscom-Russell's property, and notes that it is "to be considered as restricted information." Such a statement and protocol is certainly more typical of U.S. Navy procedures than that seen in commercial distribution. Second, the manual states on page 1 that it is "intended to supplement" previous "Confidential Instructions," which comports more with war-time Navy protocol than any confidentiality concern in private industry for a mere water distiller. Third, the manual refers at page 28 to Navy Department "Spec. 33P25." Fourth, at page 33 the manual anticipates that repairs may be made "at a Navy yard or base."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29 day of July, 2008, at 29 July 2008 New York.

CHARLES R. CUSHING, Ph.D., P.E.

---

# EXHIBIT 1

C. R. CUSHING & CO., INC.

## EXHIBIT I

## CHARLES R. CUSHING, Ph.D., P.E.

**Employer:**    C. R. Cushing & Co., Inc.
Naval Architects, Marine Engineers & Transportation Consultants
30 Vesey Street, 7th Floor
New York, New York 10007

**Position:**    President

**Education:**    U. S. Merchant Marine Academy, B.S. (Marine Transportation) 1956
Massachusetts Institute of Technology, B.S. (Naval Architecture and Marine Engineering) 1960
State University of New York, M.S., (Ocean Transportation) 1972
University of Wales, Cardiff University, Ph.D. (Maritime Studies), 1997

**Experience:**

From its formation in 1968, Dr. Cushing has been President of C. R. Cushing & Co., Inc., a firm of naval architects, marine engineers and transportation consultants with offices in New York. He has been responsible for the design, construction and/or conversion of over 250 ocean-going vessels in most major shipyards in the U.S., Europe and the Far East. He has personally carried out and/or directed the concept, preliminary and contract design, strategic planning, plan approval and supervision of construction of tankers, tank barges, containerships, LNG ships, tugs, bulk carriers, roll-on/roll-off vessels, offshore pipe laying vessels, jacket delivery barges, passenger ships, and other types of vessels. His work has included new construction, conversion, repair and refurbishment of vessels. Dr. Cushing has been directly responsible for risk analyses, safety audits, energy audits and the preparation of the U.S.C.G. Tankerman's Manual, studies on corrosion, vessel maintenance, manning, safety, collision avoidance, pollution prevention, navigation, coatings, automation, pumping, noise, vibration, hydrodynamics, air quality, and similar, and has been responsible for port and terminal projects, economic analyses, material handling studies, marine operation and maintenance studies, automation studies, planned maintenance and repair systems, and numerous other projects in the marine field. He has been responsible for the design of numerous types of intermodal shipping containers and purchase, inspection, and testing of containers, container refrigeration equipment, container chassis, and container handling equipment.

From 1961 to 1968, Dr. Cushing was the Chief Naval Architect at Sea-Land Service, Inc. and was responsible for the development of cranes, cargo handling systems, and the design and conversion of some 45 containerships.

Dr. Cushing holds a number of patents in maritime and intermodal technology.

Prior to his graduation from MIT, he sailed as a cadet and a licensed deck officer on a number of U.S.-flag general cargo and passenger vessels, and has been involved in cargo handling operations in the United States, South America, Southeast Asia, Australia, New Zealand, the Far East, Middle East, Africa, and Europe.

## Professional Associations:

American Bureau of Shipping, Naval Architecture Committee, Past Member,
American Bureau of Shipping, Committee on Cargo Containers, Past Member
American National Standards Institute MH5 Committee, Member
American Society of Heating, Ventilation and Air Conditioning Engineers, Member, No. 3031973
American Society of Mechanical Engineers, Fellow, No. 261040
American Society of Naval Engineers, Naval Member, No. 00549
Charter Engineer, U.K., Engineering Council No. 152957
Chemical Transportation Advisory Board, Past Member
Chemical Trans. Advisory Board Subcommittee on Bulk Terminals/Tank Vessels, Past Member
EuroEngineer, European Union
Global Maritime and Transportation School (GMATS), Member, Board of Directors
Institute of Marine Engineering Science and Technology, Fellow
Instituto Pan Americano de Ingenieria Naval, Member IM-605
International Cargo Handling and Coordination Association, Member
International Standards Organization, TC-104, Past U.S. Delegate
Japan Society of Naval Architects and Ocean Engineers, Member
Korean Society of Naval Architects, Member
Professional Engineer, State of Mississippi, Reg. No. 03537
Lloyds Register of Shipping, U.S. Committee Past Chairman; Technical Committee, Past Chairman
Marine Board, Member, 2004 to date
Maritime Resource Center, Past Chairman
MIT Club of New York, Member
National Academy of Engineering – Elected 2004
National Academy of Sciences - NRC, Ship Structures Committee, Past Member
National Fire Protection Association, Member No. 105205
National Shipbuilding Research Program, Blue Ribbon Panel Member
National Safety Council, Member
New York City Port Council, Past Member
New York Yacht Club, Member
North East Coast Institution of Engineers and Shipbuilders, Past Member
Nautical Institute, Member No. 98 12550
Royal Institute of Naval Architects, Fellow
Royal Institute of Navigation, Member
Society of Maritime Arbitrators, Member
Society of Naval Architects and Marine Engineers, Life Member, Fellow, No. 1080010
SNAME Fellows Committee, past Chairman
SNAME Finance Committee, Member
SNAME Ship Technical Operating Committee, Member
Sperry Board of Awards, Chairman 1991/1992
State University of New York (Maritime College), Engineering Advisory Committee, Member
U.S.C.G., SOLAS Working Group on Container Safety - Member and past U.S. Delegate
U.S. Merchant Marine Academy, Trustee 2005 to date
U.S. Merchant Marine Academy Alumni Assn., President, 1986-1990
U.S. Merchant Marine Academy, Engineering Advisory Board, Member
U.S. Merchant Marine Academy Foundation, Chairman, 1982-1986
Webb Institute (Naval Architecture), Board Member; Fellow; Executive Committee; Finance Committee; Chairman;
Audit Committee; Planning Committee

**Awards:**

The Admiral E.S. Land Medal for Excellence in Naval Architecture, USMMA, 1956
The Marine Man-of-the-Year, 1970, USMMA/SNAME
The Alumnus-of-the-Year, 1991, USMMA
The International Maritime Hall of Fame, 2000
The Admiral E.S. Land Medal for Outstanding Contributions in the Marine Field, SNAME, 2000
The Hall of Distinguished Graduates, USMMA, 2008

**Other Professional Activities:**

- Authored numerous publications for professional societies, trade publications and industry conferences. Chapters in SNAME's Ship Design and 1993 Historical Transactions.

- Visiting Professor at World Maritime University in Malmo, Sweden and Dalian, China in The Ship Acquisition Process and Maritime Accident Investigation, 1987 to date.

- Lecturer at Massachusetts Institute of Technology, Webb Institute, University of Michigan, USMMA, Industrial College of the Armed Forces, MEBA, GMATS, and elsewhere.

- Serves as a director, officer or committee member of numerous educational, professional and industry organizations.

- Chairman, founder and principal shareholder in Oiltest, Inc.

- U.S. Naval Reserve, 30 years, retired 1982.

- Member National Academy of Engineering, elected 2004.

# EXHIBIT 2

# Welcome to

# DANFS Online

### *The Dictionary of American Naval Fighting Ships*

The *Dictionary of American Naval Fighting Ships*, commonly known as DANFS, is the foremost reference regarding US naval vessels. Published in nine volumes (from 1959 to 1991), it gives histories for virtually every US naval vessel. To make DANFS accessible to a larger number of people, we are working to put all DANFS ship histories online through this site. Currently the online collection includes over 7000 ship histories, and more are being added. These files are faithfully transcribed from DANFS, without updating or corrections.

This project is being carried out entirely by **volunteers** from around the world. Andrew Toppan is the project manager, volunteer coordinator and web archive maintainer.

## For additional information or questions of any sort, please see the DANFS Questions, Comments and Feedback Page

This site is not sponsored, endorsed or supported by the US Navy.



---

# DANFS Online

- **The Modern Era (post-1880's)**
  - Battleships
  - Aircraft Carriers
  - Escort Aircraft Carriers
  - Cruisers
  - Frigates (DL/DLG/DLGN)
  - Destroyers
  - Torpedo Boats
  - Destroyer Escorts and Frigates (FF/FFG)
  - Submarines

- o **Amphibious Ships**
- o **Mine Warfare Vessels**
- o **Patrol Craft**
- o **Auxiliaries** of all types
- o **"Unclassified Miscellaneous" Ships (IX)**
- o **SP- and ID- series craft**
- o **Yard Craft**
- o **Steam Ships** not otherwise classified
- o **Coast Guard vessels**
- o **Airships**
- The "Old Navy" (pre-1880's)
  - o **Ships of the Line**
  - o **Monitors**
  - o **Ironclads** and rams
  - o **Frigates**
  - o **Sloops-of-War**
  - o **Gunboats**
  - o **Steamers** not otherwise classified
  - o **Sailing vessels** not otherwise classified
  - o **Yard Craft**
  - o **Revenue Cutters**
- Other Files
  - o **The "B" Volume** Long out of print, the original 1959 *DANFS Volume 1*, "B" section, has been republished here in its entirety.
  - o **Confederate States Navy**
  - o **Biographies** of notable figures
  - o **Civil War Ordnance**

| Haze Gray & Underway | | |
|---|---|---|
| Naval History Info Center | US Warship Histories - DANFS | World Navies Today |
| Photo Galleries | Shipbuilding | Navsource Photos |
| *HG&UW* Home | Contact Info | About the Site | Web Links | FAQs | Back |

These histories are taken from *Dictionary of American Naval Fighting Ships* (US Naval Historical Center, 1959-1991). The histories may not reflect the most recent information concerning the ships' status and operations.

# Questions, Comments and Feedback

This section of the *HG&UW* site coordinated and maintained by Andrew Toppan. Copyright © 1996-2003, Andrew Toppan. All Rights Reserved. Reproduction, reuse, or distribution without permission is prohibited.

| Quarterdeck | About | Ships | Links | Glossary | Bibliography | Index |

# USS Ingraham
## DD 694 (Sumner class)



Photo provide by Tom Harding (1952 - 55)

```
Builder:         Federal Shipbuilding, Kearny NJ.
Laid Down:       August 4, 1943
Launched:        January 16, 1944
Commissioned:    March 10, 1944
Decommissioned:  July 16, 1971
Fate:            To Greece July 16, 1971.
                 Renamed Miaoulis, Stricken in 1992.
                 (Reported to be laid up in Souda
                 Bay Crete as of 1/98)
```

We are seeking information on the USS Ingraham and her crews. Files and photos may be E-mailed to us and we will incorporate them into this page. When enough information has been assembled we will then build the ship her own section.

---

### The E-Mail:

10/08/07:

My name is **Michael T. Van Eron**, I reported aboard the USS Ingraham DD 694 after boot camp in 1968 and leave then boarded the Ingy at Newport Rhode Island Jan. 1969. We went on a Guantanmo Bay cruise; Halifax Nova Scotia; and a North Atlantic Nato cruise stopping at Brest, France ; Kiel, Germany; Copenhagen, Denmark; Rotterdam, Holland..and much time in the seas of the north atlantic. I started off as a Boatswains mate seaman apprentis then became a Hospital Corpsman striker and worked with HMC Robinson, whom later recommended me to Class C School at Great Lakes. I left the ship in 1970 and went to Corps School and afterwards spent several years with the U.S. Marine Corps ( 3rd Recon Bn.) and am a Viet Nam Veteran. I was

discharged with six active years in Nov. 1974 as HM2.

Some of my memory of the Ingraham, was as a pointer in Gun mount 51 during drills. Lots of paint chipping and painting during the time as a boatswains mate in the forward hull section. Chief Robinson was a fine man and gentleman and I assume he may have long passed away but he is always thought of in good light with me, he too was a former Corpsman with the Marine Corps and also a VN Vet who served with the Marines there as well.

There was about 6 plus rows of ships ribbons that hung on both sides of the Pilot house ?? Always wondered where they had gone? A fine ships record for sure since those Kamakazi attacks on ship killing so many up in forcastle section. Had no idea the ship was sunk in its final day for target practice!! Does anyone know what happened to the ribbons?

Mike Van Eron
Killen, Alabama
(retired Letter Carrier
(Historian of American Legion Riders Chapter 11- Florence
Life member of VFW; Founder and Founding President of VVA Chapter 533)

---

8/6/06:

Mark,

I was the last Senior Chief to leave this ship. When it was turned over to the Greek Navy I stayed on as an advisor for three months. It was one of the finest ship's I served on.

MMCS D.F.Bernier



These pages do not represent any organization.
Web authoring services provided by Destroyers Online as a public service.
Copyright 1996 - 2007 Destroyers OnLine.

# DD-694

Ingraham III

(DD-694: dp. 2,200; l. 376' 6"; b. 40'; dr. 15' 8"; s. 34 k.; cpl. 336; a. 3 5", 12 40mm., 11 20mm., 2 dcp., 6 dcp., 10 21" tt.; cl. Allen M. Sumner)

The third Ingraham (DD-694) was launched 16 January 1944 by Federal Shipbuilding & Drydock Co., Kearny, N.J.; sponsored by Mrs. George Ingraham Hutchinson; and commissioned 10 March 1944, Comdr. H. W. Gordon in command.

After shakedown in Bermuda and training out of Norfolk, Ingraham sailed for duty with the Pacific Fleet, arriving Eniwetok 31 October in time to begin the final push of the enemy to its home islands. In mid-November she commenced screening carriers during strikes on Luzon in which considerable damage was done to the dwindling Japanese navy and air force. The destroyer continued patrol and antisubmarine duty until 12 December when she sailed for the assault and landings on Mindoro. Three days later in company with Barton, she sank a Japanese cargo ship off the southwest tip of Mindoro.

After a brief stay, she departed San Pedro 2 January 1945, for the operations in the Lingayen Gulf. Arriving off the Gulf on the sixth, she added her powerful anti-aircraft fire to that of the invasion fleet, and bombarded shore targets behind the beaches.

At the end of January, Ingraham joined a fast carrier task force for strikes on the Japanese homeland. Following repair at Saipan 20 February, she joined the invasion fleet off Iwo Jima 23 February, and provided accurate call fire for the Marines ashore.

On 21 March the ship took up radar picket station in support of the Okinawa-Gunto operation. On 5 May, she came under concerted air attack, and shot down four of the enemy planes before a fifth crashed the ship above the waterline on the port side, its bomb exploding in the generator room. With only 1 gun operative, and with 51 casualties aboard, Ingraham retired to Hunter's Point, Calif., for repairs.

After repairs she operated along the East Coast until 7 May 1946 when she departed for the atomic bomb tests at Bikini (another example of the Navy's participation in technological development to strengthen America). After the tests and overhaul Ingraham departed San Diego 24 February 1947 for the Far East. The destroyer engaged in various exercises and in late June arrived Manila to act as official U.S. representative at the Philippine Independence anniversary. She returned to San Diego 8 October 1947.

Ingraham operated along California until 4 April 1949 when she departed San Diego for Norfolk, arriving 20 April. She participated in training exercises in the Atlantic until 24 November 1950 when she departed Norfolk for four months duty with the 6th Fleet. Communist aggression in Korea once again threatened the peace of the world; and the U.S. Navy stood out as a symbol of strength to defeat this threat. She commenced exercises in the Atlantic during the summer of 1951, then made another cruise to the Mediterranean during the fall of 1951 and summer of 1952.

Ingraham departed Norfolk 24 April 1953 to escort carrier Lake Champlain to Japan via the Mediterranean and Suez Canal. She arrived Yokosuka 9 June and later that month joined the carrier task force providing air support to our forces in Korea. Her accuracy was excellent as she destroyed gun emplacements and supply areas. Following the truce, she operated on security patrol before returning to

Norfolk 27 October. During 1954 the destroyer operated on hunter-killer operations, a cruise to South America, and NATO exercises out of Northern Ireland. She resumed training operations following overhaul in June 1955 and sailed on a summer training cruise to the Scandinavian countries, returning to Norfolk 6 September.

Ingraham departed Norfolk 28 July for duty with the 6th Fleet as trouble flared over the Suez Canal. The presence of the fleet was felt and the crisis was resolved without a mayor conflict. She returned to Norfolk 4 December to begin a series of training cruises climaxed by a NATO exercise in September and October 1957.

The destroyer returned to 6th Fleet duty in February 1958 and operated on patrol and exercises in the Mediterranean and the Red Sea. She returned to Norfolk, Va., 2 July prior to the Lebanon crisis in which the 6th Fleet played a major role in preserving the freedom of a small nation. Ingraham operated on the East Coast until 13 February 1959, when she departed for another tour with the 6th Fleet, and a crisis over Berlin was averted through our strong naval force. Departing the Mediterranean on 30 August, she returned to Portsmouth, Va., 7 September and began overhaul.

During 1960 she engaged in operations out of Mayport, Fla., before embarking on another cruise with the 6th Fleet, beginning late September. She resumed readiness training out of Mayport in March 1961, before undergoing an extensive 8-month overhaul at Portsmouth. Ingraham arrived at her new homeport, Newport, R.I., 23 February 1962, then engaged in fleet operations in the Atlantic and in the Caribbean. In September and October she was assigned to the recovery area for the Project Mercury flight of "Sigma 7" and under more somber conditions took part in the Cuban blockade which ended in the removal of Russian missiles from that island. Once again this courageous ship helped participate in a series of crises resolved peacefully because of America's overwhelming naval power.

She continued operations along the East Coast until 1 October 1963, when she sailed for another deployment to the Mediterranean to strengthen our peace-keeping force in Europe.

Regular deployment with the Atlantic Fleet occupied Ingraham's time until 29 September 1965, when she departed Newport for the western Pacific, arriving 31 October at Yokosuka, Japan, for resupply before operations in the South China Sea. Though acting as a part of the screen for the carrier Ticonderoga (CVA-14), she also fired support missions for ground troops ashore.

On 12 November, Ingraham steamed 10 miles up the Saigon River to bombard an enemy supply base, and, by the 13th, shelled a guerrilla assembly area some 300 miles from the site of her action the previous day.

In early December, the ship kept regular surveillance on a Russian submarine off Hainan Island, bordering the Gulf of Tonkin. Ingraham's presence with the fleet of Vietnam underscores the determination of Americans to preserve the freedom of a small nation. From 1 January 1968 to 24 January, Ingraham operated with TF-T7 in the South China Sea. She left for Newport 4 February by way of the Suez Canal.

Arriving 8 April off the East Coast, Ingraham began a repair and training period. From 14 June to 21 June she participated in Operation "Beachtime," an amphibious landing in the Caribbean. Ingraham spent 28 October to 28 November preparing for service in the Mediterranean.

On 8 December she arrived at Gibraltar.

Ingraham received the Navy Unit Commendation for her action off Okinawa and four battle stars for service in World War II. She earned a fifth battle star for service in Korea.

# USS Ingraham (DD-694)

## From Wikipedia, the free encyclopedia

*For other ships of the same name, see USS Ingraham.*

USS *Ingraham* (**DD-694**) an *Allen M. Sumner*-class destroyer, is the 3rd ship in the United States Navy to be named for Duncan Ingraham. *Ingraham* (DD-694) was launched 16 January 1944 by Federal Shipbuilding and Drydock Company, Kearny, New Jersey; sponsored by Mrs. George Ingraham Hutchinson; and commissioned 10 March 1944, Commander H.W. Gordon in command.

## History

After shakedown in Bermuda and training out of Norfolk, *Ingraham* sailed for duty with the Pacific Fleet, arriving Eniwetok 31 October in time to begin the final push of the enemy to its home islands. In mid-November she commenced screening carriers during strikes on Luzon in which considerable damage was done to the dwindling Japanese navy and air force. The destroyer continued patrol and antisubmarine duty until 12 December when she sailed for the assault and landings on Mindoro. Three days later in company with Barton, she sank a Japanese cargo ship off the southwest tip of Mindoro After a brief stay, she departed San Pedro 2 January 1945, for the operations in the Lingayen Gulf. Arriving off the Gulf on the sixth, she added her powerful anti-aircraft fire to that of the invasion fleet, and bombarded the shore targets behind the beaches. At the end of January, *Ingraham* joined a fast carrier task force for strikes on the Japanese homeland. Following repair at Saipan 20 February, she joined the invasion fleet off Iwo Jima 23 February, and provided accurate call fire for the marines. After additional repairs, she operated along the East Coast until 7 May 1946 when she departed for the atomic bomb tests at Bikini. *Ingraham* departed San Diego 24 February 1947 for the Far East. The Destroyer engaged in various exercises and in late June arrived in Manila to act as official



USS *Ingraham* (DD-694), March 9th, 1944

### Career (US)


| | |
|---|---|
| Namesake: | Duncan Ingraham |
| Builder: | Federal Shipbuilding and Drydock Company |
| Laid down: | 4 August 1943 |
| Launched: | 16 January 1944 |
| Commissioned: | 10 March 1944 |
| Decommissioned: | 15 June 1971 |
| Struck: | 16 July 1971 |
| Fate: | Sold to Greece 16 July 1971 |

### Career (Greece)


| | |
|---|---|
| Name: | *Miaoulis* |
| Namesake: | Andreas Vokos Miaoulis |
| Acquired: | 16 July 1971 |
| Struck: | 1992 |
| Fate: | Sunk 9 October 2001, target of Greek Navy |

### General characteristics

| | |
|---|---|
| Class and type: | Allen M. Sumner class destroyer |
| Displacement: | 2,200 tons |
| Length: | 376 ft 6 in |
| Beam: | 40 ft |
| Draft: | 15 ft 8 in |
| Propulsion: | 60,000 shp (45 MW); 2 propellers |
| Speed: | 34 knots |
| Range: | 6500 nmi. (12,000 km) @ 15 kt |
| Complement: | 336 |
| Armament: | 6 × 5 in./38 guns (12 cm), |

U.S. representative at the Philippine Independence anniversary. She returned to San Diego 8 October 1947.

12 x 40mm AA guns,
11 x 20mm AA guns,
10 × 21 in. torpedo tubes,
6 × depth charge projectors,
2 × depth charge tracks

*Ingraham* operated along the California coast until 4 April 1949 when she departed San Diego for Norfolk, arriving 20 April. She commenced exercises in the Atlantic during the summer of 1951, then made another cruise to the Mediterranean during the fall of 1951 and summer of 1952. *Ingraham* departed Norfolk 24 April 1953 to escort carrier Lake Champlain to Japan via the Mediterranean and Suez Canal. She arrived Yokosuka 9 June and later that month, joined the carrier task force providing air support to our forces in Korea. Her accuracy was excellent as she destroyed gun emplacements and supply areas. Following the truce, she operated on security patrol before returning to Norfolk 27 October. During 1954 the destroyer operated on hunter-killer operations, a cruise to South America, and NATO exercises out of Northern Ireland. Ingraham departed Norfolk 28 July for duty with the 6th Fleet as trouble flared over the Suez Canal. The destroyer returned to Norfolk 4 December. The destroyer returned to 6th Fleet duty in February 1958 and operated on patrol and exercises in the Mediterranean and the Red Sea. She returned to Norfolk, Virginia, 2 July prior to the Lebanon crisis in which the 6th Fleet played a major role in preserving the freedom of a small nation. On 13 February 1959, she departed for another tour with the 6th Fleet.

During 1960 she engaged in operations out of Mayport, Florida. *Ingraham* arrived at her homeport, Newport, Rhode Island, 23 February 1962. In September and October she was assigned to the recovery area for the Project Mercury flight of "Sigma 7" and under more somber conditions took part in the Cuban blockade which ended in the removal of Russian missiles from that island. She continued operations along the East Coast until 1 October 1963. On 29 September 1965, she departed Newport for the western Pacific, arriving 31 October at Yokosuka, Japan. On 12 November, *Ingraham* steamed ten miles up the Saigon River to bombard an enemy supply base. From 1 January 1966 to 24 January, *Ingraham* operated with TF 77. She left Newport 4 February by way of the Suez Canal. Arriving 8 April off the East Coast, Ingraham began a repair and training period.

*Ingraham* was decommissioned 15 June 1971 and sold to Greece on 16 July 1971. She was renamed "Miaoulis".

*Ingraham* received the Navy Unit Commendation for her action off Okinawa and four battle stars for service in World War II. She earned a fifth battle star for service in Korea.

# References

- *This article includes text from the public domain* Dictionary of American Naval Fighting Ships. *The entry can be found here (http://www.history.navy.mil/danfs/i2/ingraham-iii.htm).*

# External links

- navsource.org: USS *Ingraham* (http://www.navsource.org/archives/05/694.htm)
- hazegray.org: USS *Ingraham* (http://www.hazegray.org/danfs/destroy/dd694txt.htm)

Retrieved from "http://en.wikipedia.org/wiki/USS_Ingraham_%28DD-694%29"
Categories: Allen M. Sumner class destroyers | World War II destroyers of the United States | Cold War

destroyers of the United States | Ships of the Hellenic Navy | United States Navy South Carolina-related ships

- This page was last modified on 18 April 2008, at 23:48.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

Case 1:06-cv-00288-SLR    Document 22    Filed 07/30/2008    Page 21 of 39

# USS Kearny (DD-432)

## From Wikipedia, the free encyclopedia

(Redirected from USS Kearny)

**USS *Kearny* (DD-432)**, a *Gleaves*-class destroyer, is the only ship of the United States Navy to be named for Commodore Lawrence Kearny, who was known for his tenacity in capturing slave traders in West-Indian waters and his tireless efforts in fighting Greek pirates in the Mediterranean.

*Kearny* was launched 9 March 1940 by the Federal Ship Building & Dry Dock Co., Kearny, New Jersey; sponsored by Miss Mary Kearny; and commissioned on 13 September 1940, Commander Anthony L. Danis in command.

After shakedown and sea trials, *Kearny* got underway 19 February 1941 from New York Harbor for St. Thomas, Virgin Islands, where she took part in the Neutrality Patrol off Fort de France, Martinique, French West Indies, until 9 March. The new destroyer patrolled around San Juan, Puerto Rico, and escorted ships in the Norfolk area until August when she sailed for NS Argentia, Newfoundland, to escort North Atlantic convoys.

While *Kearny* was escorting a convoy in the North Atlantic before the United States entered the war, three convoy merchant ships were torpedoed 16 October. *Kearny* immediately began dropping depth charges and continued to barrage throughout the night. At the beginning of the midwatch 17 October, a torpedo fired by *U-568* struck *Kearny* on starboard side. The capable crew confined flooding to the forward fire room enabling the ship to get out of the danger zone with power from the aft fire room. Regaining power in the forward fire room, *Kearny* steamed to Iceland at 10 knots (20 km/h), arriving 19 October. *Kearny* lost 11 bluejackets and 22 others were injured in this attack. After temporary repairs *Kearny* got underway Christmas Day 1941, and moored six days later at Boston, Massachusetts, for permanent repairs.



*Kearny* at Reykjavik, Iceland, two days after she had been torpedoed by a U-boat. USS *Monssen* is alongside. Note the torpedo hole in *Kearny*'s starboard side.

| Career | |
|---|---|
| Launched: | 9 March 1940 |
| Commissioned: | 13 September 1940 |
| Decommissioned: | 7 March 1946 |
| Struck: | 1 June 1971 |
| Fate: | Sold for scrap, 6 October 1972 |



| General characteristics | |
|---|---|
| Displacement: | 1,630 tons |
| Length: | 348 ft 3 in (106.1 m) |
| Beam: | 36 ft 1 in (11.0 m) |
| Draft: | 11 ft 10 in (3.6 m) |
| Propulsion: | 50,000 shp (37 MW); 4 boilers; 2 propellers |
| Speed: | 37.4 knots (69 km/h) |
| Range: | 6,500 nautical miles at 12 kt (12,000 km at 22 km/h) |
| Complement: | 16 officers, 260 enlisted |
| Armament: | 5 × 5 in (127 mm) DP |

From 5 April to 28 September 1942, *Kearny* was
busy escorting convoys to the British Isles, Panama
Canal, and Galveston, Texas. Late in September, she
sailed to act as a fire support unit in the North
African invasion. There she screened USS *Texas*
(BB-35) and USS *Savannah* (CL-42) on fire support
missions, shot down an enemy plane, and escorted
troop ships to Safi, French Morocco. *Kearny*
departed the invasion theater and escorted a convoy back to New York, arriving 3 December 1942.

| guns, |
| 6 × 0.5 in. (12.7 mm) |
| guns, |
| 6 × 20 mm AA guns, |
| 10 × 21 in (53 cm) |
| torpedo tubes, |
| 2 × depth charge tracks |

*Kearny* escorted ships to Port of Spain, Recife, Brazil, and Casablanca until 15 November 1943, then
joined the hunter-killer task group based on the escort carrier *Core* (CVE-13) on 25 November. During
the day of 1 January 1944, in coordination with antisubmarine planes from *Core*, *Kearny* fired a depth
charge attack on a submarine resulting in a large oil slick, she returned to New York 18 January.

Next month *Kearny* joined the U.S. 8th Fleet in French Algeria. She reported to USS *Brooklyn* (CL-40)
on 10 March for duty in Italy, where both warships engaged in supplying fire support for the U.S. 5th
Army. Due to their daily fire-support trips to the Anzio beachhead area, the warships became known as
the "Anzio Express." They later were commended by General Mark W. Clark for the accuracy of this
fire support.

*Kearny* was detached from the group the beginning of June and steamed to Anzio alone to give Allied
troops their last naval fire support prior to their breakthrough and capture of Rome. The veteran
destroyer saw more convoy duty before sailing for the invasion of Southern France.

*Kearny* was inner fire support ship for Red Beach, Cavalaire Bay, France, and rendered counter-battery
fire and pre-H-hour bombardment. She screened heavy fire support ships; laid smoke screens off
Toulon; and, on 19 August 1944, began two months of duty screening transports carrying troops
between Naples and southern France.

Afterward, *Kearny* made several cross-Atlantic voyages from New York to Oran. On 6 August 1945,
*Kearny* transited the Panama Canal for duty in the Pacific, arriving at Pearl Harbor late in August after
hostilities had ended. She escorted a transport squadron carrying occupation troops to Japan via Saipan,
arriving at Wakayama, Japan, 27 September. During the next month *Kearny* made voyages to Philippine
Islands and Okinawa before returning to Japan in October. She sailed from Wakayama, Japan, 29
October 1945 for home via Pearl Harbor, San Diego, and the Panama Canal, arriving Charleston, South
Carolina, 5 December 1945. She decommissioned there 7 March 1946, and went into reserve. *Kearny*
was subsequently moved to Orange, Texas. The ship was stricken from the Naval Vessel Register on 1
June 1971, sold 6 October 1972, and broken up for scrap.

*Kearny* received three battle stars for service in World War II.

## See also

- Battle of the Atlantic (1939-1945)

## References

*This article includes text from the public domain* Dictionary of American Naval Fighting Ships.

# External links

- history.navy.mil: USS *Kearny* (http://www.history.navy.mil/danfs/k2/kearny.htm)
- navsource.org: USS *Kearny* (http://www.navsource.org/archives/05/432.htm)
- hazegray.org: USS *Kearny* (http://www.hazegray.org/danfs/destroy/dd432txt.htm)
- *Kearny* veterans' website (http://users.erols.com/sepulcher/USSKearny.htm)

Retrieved from "http://en.wikipedia.org/wiki/USS_Kearny_%28DD-432%29"
Categories: Gleaves class destroyers | United States Navy New Jersey-related ships | World War II destroyers of the United States
Hidden category: Articles needing sections

- This page was last modified on 6 June 2008, at 09:22.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c) (3) tax-deductible nonprofit charity.

# DD-432

---

Kearny

(DD -432: dp. 2,060; l. 347'4"; b. 36'1"; dr. 11'10"; s. 33 k.; cpl. 208; a. 4 5", 12 .50 car., 2 10" tt., 2 dct.; cl.Gleaves )

Kearny (DD-432) was launched 9 March 1940 by the Federal Ship Building & Dry Dock Co., Kearny, N.J.; sponsored by Miss Mary Kearny; and commissioned on 13 September 1940, Comdr. A. L. Danis in command.

After shakedown and sea trials, Kearny got underway 19 February 1941 from New York Harbor for St. Thomas, V.I., where she took part in the "Neutrality Patrol" off Fort de France, Martinique, French West Indies, until 9 March. The new destroyer patrolled around San Juan, P.R., and escorted ships in the Norfolk area until August when she sailed for Argentia, Newfoundland, to escort North Atlantic convoys.

While Kearny was escorting a convoy in the North Atlantic before the United States entered the war, three convoy merchant ships were torpedoed 16 October.Kearny immediately began dropping depth charges and continued to barrage throughout the night. At the beginning of the midwatch 17 October, a torpedo struck Kearny on starboard side. The capable crew confined flooding to the forward Fire room enabling the ship to get out of the danger zone with power from the aft fire room. Regaining power in the forward fire room, Kearny steamed to Iceland at 10 knots, arriving 19 October. Kearny lost 11 bluejackets and 22 others were injured in this attack. After temporary repairs Kearny got underway Christmas Day 1941, and moored 6 days later at Boston, Mass., for permanent repairs.

From 5 April to 28 September 1942, Kearny was busy escorting convoys to the British Isles, Panama Canal, and Galveston, Tex. Late in September, she sailed to act as a fire support unit in the North African invasion. There she screened Texas and Savannah on fire support missions, shot down an enemy plane, and escorted troop ships to Safi, French Morocco. Kearny departed the invasion theater and escorted a convoy back to New York, arriving 3 December 1942.

Kearny escorted ships to Port of Spain, Recife, Brazil, and Casablanca until 15 November 1943, then joined the Core hunter-killer task group 25 November. During the day of 1 January 1944, in coordination with antisubmarine planes from Core, Kearny fired a depth charge attack on a submarine resulting in a large oil slick, she returned to New York 18 January.

Next month Kearny joined the 8th Fleet in French Algeria. She reported to Brooklyn 10 March for duty in Italy, where both warships engaged in supplying fire support for the 5th Army. Due to their daily fire-support trips to the Anzio beachhead area, the warships became known as the "Anzio Express." They later were commended by General Mark Clark for the accuracy of this fire support.

Kearny was detached from the group the beginning of June and steamed to Anzio alone to give Allied troops their last naval fire support prior to their breakthrough and capture of Rome. The veteran destroyer saw more convoy duty before sailing for the invasion of Southern France.

Kearny was inner fire support ship tor Red Beach, Cavalaire Bay, France, and rendered counter-battery fire and pre-H-hour bombardment. She screened heavy fire support ships; laid smoke screens off Toulon; and, on 19 August 1944, began 2 months of duty screening transports carrying troops between

Naples and southern France.

Afterward, Kearny made several cross-Atlantic voyages from New York to Oran. On 6 August 1945, Kearny transited the Panama Canal for duty in the Pacific, arriving at Pearl Harbor late in August after hostilities had ended. She escorted a transport squadron carrying occupation troops to Japan via Saipan, arriving at Wakayama, Japan, 27 September. During the next month Kearny made voyages to Philippine Islands and Okinawa before returning to Japan in October. She sailed from Wakayama, Japan, 29 October 1945 for home via Pearl Harbor, San Diego, and the Panama Canal, arriving Charleston, S.C., 5 December 1945. She decommissioned there 7 March 1946, and went into reserve. Kearny was subsequently moved to Orange, Tex. where she remains into 1967.

Kearny received three battle stars for service in World War II.

Case 3:08-cv-03013-JSW   Document 22   Filed 07/30/2008    Page 26 of 39

# USS Reuben James (DE-153)

## From Wikipedia, the free encyclopedia

**USS *Reuben James* (DE-153)** was a *Buckley*-class destroyer escort in the United States Navy. She was the second ship named for Reuben James, a Boatswain's Mate who distinguished himself fighting the Barbary pirates.

*Reuben James* was laid down on 7 September 1942, launched on 6 February 1943, and commissioned on 1 April 1943, with Lieutenant Commander Frank D. Giambattista in command. She held a crew of 213, was capable of 23.5 knots, and was equipped with a main armament of 3 × 3 in (76 mm) guns and 3 × 21 in (533 mm) torpedo tubes.

First based in Miami, Florida, she conducted anti-submarine patrols and provided training in convoy escort and anti-submarine warfare. In March, 1944, she shifted homeport from Miami to Norfolk, Virginia. In June 1944, she escorted a convoy from New York to Norfolk. Between 13 July and on 7 November 1944, *Reuben James* successfully escorted two convoys to the Mediterranean, returning with westbound convoys. During the ship's first eastbound voyage, nine German bombers attacked its convoy off Algeria on 1 August 1944. *Reuben James* shot down one enemy bomber. Returning to Boston on 7 November 1944, she joined an anti-submarine group operation in the North Atlantic. Operating south of Newfoundland, *Reuben James* was present when *Buckley* sank *U-879* on 19 April 1945.

Arriving at Houston, Texas, on 4 July 1945 *Reuben James* completed conversion to a radar picket ship on 25 November 1945, and was subsequently employed in the Atlantic and the Caribbean while being stationed in Norfolk, Virginia. She was decommissioned on 11 October 1947.

In 1949 she was designated DER, but was reclassified DE in 1954. She remained in the Atlantic Reserve Fleet until struck from the Navy list 30 June 1968. Her hulk was sunk as a target on 1 March 1971.

| Career | |
|---|---|
| Ordered: | |
| Laid down: | 7 September 1942 |
| Launched: | 6 February 1943 |
| Commissioned: | 1 April 1943 |
| Decommissioned: | 11 October 1947 |
| Fate: | used as explosives test ship, 1968 - 1971 <br><br> sunk as target 1 March 1971 |
| Struck: | 30 June 1968 |
| **General characteristics** | |
| Displacement: | 1,740 tons |
| Length: | 306 ft |
| Beam: | 37 ft |
| Draft: | 13 ft 6 in |
| Propulsion: | 2 boilers, General Electric Turbo-electric drive <br> 2 solid manganese-bronze 3600 lb 3-bladed propellers, <br> 8.5 ft. diameter, 7 ft. 7 inch pitch <br> 12,000 hp (8.9 MW) <br> 2 rudders |
| Speed: | 23.6 knots |
| Range: | |
| Complement: | 213 officers and enlisted |
| | 3 X 3"/50 (3x1) <br> 2 x 40 mm (1x2) <br> 8 x 20 mm (8x1) |

See USS *Reuben James* for other ships of this name.

Retrieved from
"http://en.wikipedia.org/wiki/USS_Reuben_James_%28DE-153%29"
Categories: Buckley class destroyer escorts | United States Navy Ohio-related ships

| | |
|---|---|
| Armament: | 2 x depth charge tracks<br>8 x depth charge projectors (8x1)<br>1 depth charge projector (hedgehog-type)<br>3 x 21" torpedo tubes (1x3) |
| Motto: | |

- This page was last modified on 7 July 2008, at 19:55.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

### *Reuben James*

Reuben James was born in Delaware about 1776. During the Quasi-War with France, Boatswain's Mate James participated in *Constellation's* victories over the French ships *L'Insurpente*, *9* February 1799, and *La Vengeance*. During the Barbary Wars, he served aboard *Enterprise* and accompanied Stephen Decatur into the harbor at Tripoli on 16 February 1804, as Decatur and his men burned the captured American frigate *Philadelphia* to prevent Tripoli from using her in battle. In the ensuing skirmish, an American seaman positioned himself between Decatur and an enemy blade. This act of bravery was attributed to Reuben James and to Daniel Frazier. For the rest of the war, James continued to serve Decatur aboard *Constitution* and *Congress*. During the War of 1812, he served in *United States*, under Decatur, and in *President*. On 15 January 1815, however, *President* was defeated by the British and James was taken prisoner. After the war, he resumed service with Decatur, aboard *Guerriere*, and participated in the capture of the 46-gun Algerian flagship *Mashouda* on 17 June 1815. After peace was made with the Barbary states, James continued his service in the Navy until declining health brought about his retirement in January 1836. He died on 3 December 1838 at the U.S. Naval Hospital in Washington, D.C.

II

(DE-153: dp. 1,740 (f.); l. 306'; b. 37'; dr. 13'6"; s. 23.6 k.; cpl. 213; a. 2 5", 3 3", 2 40mm., 8 20mm., 2 dct., 8 dcp., 1 dcp. (hh.), 3 21" tt.; cl. *Buckley*)

The second *Reuben James* (DE-153) was laid down on 7 September 1942 by the Navy Yard, Norfolk, Va.; launched 6 February 1943; sponsored by Mrs. Oliver Hiram Ward; and commissioned 1 April 1943, Lt. Comdr. Frank D. Giambattista in command.

First based at Miami, Fla., *Reuben James* conducted antisubmarine patrols and provided training in convoy escort and antisubmarine warfare. Departing Miami 14 October 1943, she escorted the torpedoed tanker *Balls Bluff* to Charleston, S.C. In March 1944, she shifted her base from Miami to Norfolk, Va. In June she escorted a convoy from New York to Norfolk. Between 13 July and 7 November, she escorted two convoys to the Mediterranean, returning with westbound convoys. During her first eastbound voyage, nine German bombers attacked her convoy off Algeria on 1 August. *Reuben James* shot down one enemy bomber.

Returning to Boston 7 November 1944, she joined an antisubmarine group operating in the North Atlantic. Operating south of Newfoundland, she was present when *Buckley* (DE-51) sank German submarine *U-879* on 19 April 1945.

Arriving at Houston, Tex., on 4 July, she completed conversion to a radar picket ship 25 November. Subsequently, she operated in the Atlantic and the Caribbean out of Norfolk, Va. Entering the Charleston Naval Shipyard in July 1947, she decommissioned on 11 October. In 1949 she was designated DER, but was reclassified DE in 1954. She remained in the Atlantic Reserve Fleet until struck from the Navy list 30 June 1968. Her hulk was sunk as a target on 1 March 1971.





**This information resides on a DOD interest computer.**
**Important <u>conditions, restrictions, and disclaimers</u> apply.**

# JOHN KING (DDG 3)

## GUIDED MISSILE DESTROYER

| | | | |
|---|---|---|---|
| | | <u>UIC</u>: | 04669 |
| Class: | DDG 2 | Fleet: | |
| <u>Status</u>: | Disposed of, resold by Defense Reutilization and Marketing Service (DRMS) for scrapping | Homeport: | |
| Date status changed: | 02/10/1999 | Berth: | |
| Maintenance Category: | | | |
| Force: | | MARAD Type: | |

| | | | |
|---|---|---|---|
| Builder: | BATH IRON WKS CORP | | |
| | | Delivery Date: | 01/27/1961 |
| Award Date: | 03/28/1957 | Age (since delivery) (At time of disposal): | 38.1 years |
| Keel Date: | 08/25/1958 | Commission Date: | 02/04/1961 |
| Launch Date: | 01/30/1960 | Decommission Date: | 03/30/1990 |
| Age (since launch) (At time of disposal) | 39.1 years | Years from Commission to Decommission: | 29.1 |
| | | Stricken Date: | 01/12/1993 |

| | | |
|---|---|---|
| <u>Overall Length</u>: | <u>Waterline Length</u>: | |
| <u>Extreme Beam</u>: | <u>Waterline Beam</u>: | |
| <u>Maximum Navigational Draft</u>: | <u>Draft Limit</u>: | |
| <u>Light Displacement</u>: | <u>Full Displacement</u>: | |
| <u>Dead Weight</u>: | | |
| Hull Material: | | |

Number of Propellers:
Propulsion Type:
**Accommodations:**                    Officers:                    Enlisted:

**Remarks:** DISMANTLED AT INTERNATIONAL SHIPBREAKING LIMITED, BROWNSVILLE,
TX. DATE UNKNOWN.

Custodian:                    Ships Program Manager:
Planning Yard:
             *No changes to this information were reported since 01/16/2007*

To learn more about this type of ship visit:



| RELATED LINKS | DOD DISCLAIMER |
| SHIPS | SERVICE CRAFT | HOME |

Related Links    DoD Disclaimer    Ships    Service Craft    Home



**NAVSHIPSO**
NAVSEA Shipbuilding Support Office
Norfolk Naval Shipyard Detachment
3751 Island Avenue, Third Floor
Philadelphia, PA 19153-3297
(215) 365-5767
(215) 365-5506 (FAX)


webMASTER

# USS John King (DDG-3)

## From Wikipedia, the free encyclopedia

**USS *John King* (DDG-3)** was a *Charles F. Adams*-class guided missile armed destroyer in the United States Navy named for Medal of Honor recipient John King.

*John King* was laid down by the Bath Iron Works at Bath in Maine on 25 August 1958, launched on 30 January 1960 by Mrs. Paul J. Kilday, wife of Representative Kilday of Texas and commissioned on 4 February 1961; Comdr. A. M. Sackett in command. The *John King* was ordered as DD-953, reclassified as DDG-953 on August 16, 1956 and reclassified as DDG-3 on June 26, 1957. *John King* participated in blockade duties during the Cuban Missile Crisis in October 1962.

## Contents

- 1 1960s
- 2 Final years of service
- 3 References
- 4 External links

## 1960s

Following shakedown training out of Guantánamo Bay, Cuba, *John King* carried out weapons tests on the East Coast before arriving Norfolk 7 September 1961 for regular duty. One of a new class of guided missile destroyers, she featured latest hull design with all-aluminum superstructure and mounted the very latest in modern armament and electronic equipment. Departing 27 November 1961, the ship cruised to England and Northern Europe until 1 January 1962, when she sailed from Dublin for the Mediterranean. There, *John King* joined the 6th Fleet in its constant role of peacekeeping in this troubled region. After her return to Norfolk, Virginia in April, the ship conducted missile firing exercises and training in the Caribbean. She arrived Washington 10 July 1962 for a 4 day stay, entertaining a group of Senators and Congressmen



USS *John King* (DDG-3)

| Career (US) |  |
|---|---|
| Name: | *John King* (DDG-3) |
| Namesake: | John King |
| Ordered: | March 28, 1957 |
| Builder: | Bath Iron Works |
| Laid down: | 25 August 1958 |
| Launched: | 30 January 1960 |
| Acquired: | January 27, 1961 |
| Commissioned: | 4 February 1961 |
| Decommissioned: | 30 March 1990 |
| Struck: | 12 January 1993 |
| Fate: | sold for scrap, 10 February 1999 |

| General characteristics | |
|---|---|
| Class and type: | Charles F. Adams class destroyer |
| Displacement: | 3,277 tons standard, 4,526 full load |
| Length: | 437 ft (133 m) |
| Beam: | 47 ft (14 m) |
| Draft: | 15 ft (4.6 m) |
| Propulsion: | 2 × General Electric steam turbines providing 70,000 shp (52 MW); 2 shafts<br>4 x Babcock and Wilcox 1,275 psi (8,790 kPa) boilers |
| Speed: | 33 knots (61 km/h) |
| Range: | 4,500 nautical miles (8,300 km) at 20 knots (37 km/h) |
| Complement: | 354 (24 officers, 330 enlisted) |

as well as Secretary of the Navy Fred Korth.

Following additional exercises, *John King* entered Norfolk Navy Yard 11 October 1962. Soon afterward, the introduction of offensive missiles into Cuba precipitated a crisis; and, as Navy ships placed a quarantine around the island, the ship quickly finished her repairs and joined the blockade 6 November. After the crisis eased, the ship remained in the Caribbean operating with the Navy's newest and biggest carrier, the nuclear-powered USS Enterprise (CVN-65). She returned to Norfolk 8 December 1962.

| | |
|---|---|
| Sensors and processing systems: | AN/SPS-39 3D air search radar<br>AN/SPS-10 surface search radar<br>AN/SPG-51 missile fire control radar<br>AN/SPG-53 gunfire control radar<br>AN/SQS-23 Sonar |
| Armament: | 1x launcher for Tartar SAM system<br>2x Mark 42 5in(127mm)/54<br>1x ASROC Launcher<br>6x 12.8in(324mm) ASW Torpedo Tubes (2xMark 32 Surface Vessel Torpedo Tubes) |
| Aircraft carried: | None |
| Motto: | "Power for Peace" |

*John King* departed for her second Mediterranean cruise 6 February 1963. After visiting various ports on 6th Fleet maneuvers, she steamed to Kiel, Germany, 23 June 1963, then returned to Norfolk 17 July 1963. The next twelve months were spent on training and readiness exercises off the Virginia Capes and in the Caribbean, including a week at the Anti-submarine Warfare School, Key West, Florida, in April 1964.

The destroyer sailed for the Mediterranean Sea once more 3 August 1964 and joined the 6th Fleet 16 August near the strife-torn island of Cyprus. She remained in the Mediterranean until the end of 1964.

*John King* returned to Norfolk 29 January and operated along the East Coast until sailing for the "Med" 14 October. Following 4 months of operations with the 6th Fleet, she returned to Norfolk 7 March 1966. In the summer she visited the Mediterranean and recrossed the Atlantic on NATO Exercise "Straight Laced." Back at homeport in the fall she operated out of Norfolk until sailing for another 6th Fleet deployment 10 January 1967. Her movements were concentrated in the Western Mediterranean until she sailed for home 11 May. Arriving Norfolk on the 19th, *John King* entered the Norfolk Naval Shipyard 27 June 1967 for an overhaul to prepare for future service.

# Final years of service

*John King* was decommissioned on 30 March 1990, stricken from the Naval Vessel Register on 12 January 1993 and sold for scrap on 10 February 1999.

# References

*This article includes text from the public domain* Dictionary of American Naval Fighting Ships. *The entry can be found here (http://www.history.navy.mil/danfs/j3/john_king.htm).*

# External links

- Naval Vessel Register - DDG-3 (http://www.nvr.navy.mil/nvrships/details/DDG3.htm)
- Dictionary of American Naval Fighting Ships - John King (http://www.history.navy.mil/danfs/j3/john_king.htm)
- MaritimeQuest USS John King DDG-3 pages

(http://www.maritimequest.com/warship_directory/us_navy_pages/destroyers/pages/uss_john_kin

- USS John King DDG-3 Association (http://www.ussjohnkingassociation.org/)
- DDG-3 Personnel Roster at HullNumber.com (http://www.hullnumber.com/DDG-3)

Retrieved from "http://en.wikipedia.org/wiki/USS_John_King_%28DDG-3%29"
Categories: Charles F. Adams class destroyers | Cold War destroyers of the United States

- This page was last modified on 29 April 2008, at 15:15.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c) (3) tax-deductible nonprofit charity.

# DDG-3

John King

(DDG-3: dp. 3,370; l. 437'; b. 47'; dr. 22'; s. over 30 k. cpl. 354; a. Tartar missiles, 2 5", ASROC, 2 21" tt., cl. Charles F. Adams)

John King ( DDG-3) was laid down by Bath Iron Works Corp., Bath, Maine, 25 August 1958, Iaunched 30 January 1960; sponsored by Mrs. Paul J. Kilday, wife of Representative Kilday of Texas, and commissioned 4 February 1961 at Boston, Comdr. A. M. Sackett in command.

Following shakedown training out of Guantanamo Bay, Cuba, John King carried out weapons tests on the East Coast before arriving Norfolk 7 September 1961 for regular duty. One of a new class of guided missile destroyers, she featured latest hull design with all-aluminum superstructure and mounted the very latest in modern armament and electronic equipment. Departing 27 November 1961, the ship cruised to England and Northern Europe until 1 January 1962, when she sailed from Dublin for the Mediterranean. There, John King joined the 6th Fleet in its constant role of peacekeeping in this troubled region. After her return to Norfolk in April, the ship conducted missile firing exercises and training in the Caribbean. She arrived Washington 10 July 1962 for a 4 day stay, entertaining a group of Senators and Congressmen as well as Secretary of the Navy Korth.

Following additional exercises, John King entered Norfolk Navy Yard 11 October. Soon afterward, the introduction of offensive missiles into Cuba precipitated a crisis; and, as Navy ships placed a quarantine around the island, the ship quickly finished her repairs and joined the blockade 6 November. After the crisis eased, the ship remained in the Caribbean operating with the Navy's newest and biggest carrier, the nuclear powered Enterprise. She returned to Norfolk S December.

John King departed for her second Mediterranean cruise 6 February 1963. After visiting various ports on 6th Fleet maneuvers, she steamed to Kiel, Germany, 23 June, then returned to Norfolk 17 July. The next twelve months were spent on training and readiness exercises off the Virginia Capes and in the Caribbean, including a week at the Antisubmarine Warfare School, Key West, in April.

The destroyer sailed for the Mediterranean once more 3 August and joined the 6th Fleet 16 August near the strife torn island of Cyprus. She remained in the Mediterranean until the end of 1964.

John King returned to Norfolk 29 January and operated along the East Coast until sailing for the "Med" 14 October. Following 4 months of operations with the 6th Fleet, she returned to Norfolk 7 March 1966. In the summer she visited the Mediterranean and recrossed the Atlantic on NATO Exercise "Straight Laced." Back at homeport in the fall she operated out of Norfolk until sailing for another 6th Fleet deployment 10 January 1967. Her movements were concentrated in the Western Mediterranean until she sailed for home 11 May. Arriving Norfolk on the 19th, John King entered the Norfolk Naval Shipyard 27 June for an overhaul to prepare for future service.

 

NAVAL VESSEL REGISTER

**This information resides on a DOD interest computer.**
**Important conditions, restrictions, and disclaimers apply.**

# DUPONT (DD 941)

## DESTROYER

| | | | |
|---|---|---|---|
| | | UIC: | 52200 |
| Class: | DD 931 | Fleet: | |
| Status: | Disposed of, sold by Defense Reutilization and Marketing Service (DRMS) for scrapping | Homeport: | |
| Date status changed: | 12/11/1992 | Berth: | |
| Maintenance Category: | | | |
| Force: | | MARAD Type: | |

| | | | |
|---|---|---|---|
| Builder: | BATH IRON WKS CORP | | |
| | | Delivery Date: | 06/21/1957 |
| Award Date: | 07/30/1954 | Age (since delivery) (At time of disposal): | 35.5 years |
| Keel Date: | 05/11/1955 | Commission Date: | 07/01/1957 |
| Launch Date: | 09/08/1956 | Decommission Date: | 03/04/1983 |
| Age (since launch) (At time of disposal) | 36.3 years | Years from Commission to Decommission: | 25.7 |
| | | Stricken Date: | 06/01/1990 |

| | | |
|---|---|---|
| Overall Length: | Waterline Length: | |
| Extreme Beam: | Waterline Beam: | |
| Maximum Navigational Draft: | Draft Limit: | |
| Light Displacement: | Full Displacement: | |
| Dead Weight: | | |
| Hull Material: | | |

Number of Propellers:
Propulsion Type:
Accommodations:                    Officers:                    Enlisted:

Custodian: SCHOOLS, ORGANIZATIONS AND PRIVATE              Ships Program
          ENTERPRISES                                       Manager:
Planning Yard:

*No changes to this information were reported since 09/04/2001*

---

| RELATED LINKS | DOD DISCLAIMER |
| SHIPS | SERVICE CRAFT | HOME |

**Related Links**    **DoD Disclaimer**    **Ships**    **Service Craft**    **Home**

---



**NAVSHIPSO**
NAVSEA Shipbuilding Support Office
Norfolk Naval Shipyard Detachment
3751 Island Avenue, Third Floor
Philadelphia, PA 19153-3297
(215) 365-5767
(215) 365-5506 (FAX)

**NSLC**


# DD-941

Dupont III

(DD-941: dp. 3,807 (f.); l. 418'5"; b. 45'1"; dr. 14'2"n; s. 30 k.; cpl. 311; a 3 5", 4 3", 4 21" tt., 1 dct.; cl. Forrest Sherman)

The third Du Pont (DD-941) was launched 8 September 1956 by Bath Iron Works Corp., Bath, Maine; sponsored by Mrs. H. B. Du Pont, great-great-grandniece of Rear Admiral Du Pont; and commissioned 1 July 1957, Commander W. J. Maddocks in command.

From 6 to 31 July 1958 Du Pont served on a midshipman cruise and antisubmarine exercises in the Atlantic, duty broken by a visit to New York. Du Pont sailed 2 September for a tour of duty with the 6th Fleet in the Mediterranean, during which she participated in highly realistic air defense and antisubmarine warfare problems. She returned to Norfolk 12 March 1959, to prepare for Operation "Inland Sea," the historic first passage of a naval task force into the Great Lakes through the Saint Lawrence Seaway. She escorted HMS Brittania with Queen Elisabeth II of England embarked during the dedicatory ceremonies of 26 June.

Du Pont crossed the Atlantic in August and September 1959, visiting Southhampton, England, after serving as plane guard for the transatlantic flight of President D. D. Eisenhower. On 28 January 1960 Du Pont sailed from Norfolk for a second tour of duty with the 6th Fleet in the Mediterranean, returning to Norfolk on 31 August for an overhaul in the Naval Shipyard where she remained through the end of 1960.

.

# EXHIBIT 3



# INSTRUCTIONS

for

## Operation, Care and Maintenance

## of Griscom-Russell Navy Type

## Low Pressure Distilling Plants

N R O S     5-0

U.S.N. _____ COMPANY

BALTIMORE, MD.

Bulletin 318

(revised)

Built By

THE GRISCOM-RUSSELL COMPANY

285 MADISON AVENUE          NEW YORK 17, N. Y.



EXHIBIT

P