1 | Dean A. Hanley, Esq.   (State Bar No. 169507)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
2 | PAUL AND HANLEY LLP
1608 Fourth Street, Suite 300
3 | Berkeley, California 94710
Telephone:  (510) 559-9980
4 | Facsimile:   (510) 559-9970
Email:  dhanley@paulandhanley.com
5 | Email:  drosenthal@paulandhanley.com

6 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERI REDMAN, individually and as successor-in-interest to RONALD REDMAN, deceased; and JERI REDMAN, AMY REDMAN, DAVID C. REDMAN, MARK REDMAN and PAUL REDMAN, as legal heirs of RONALD REDMAN, deceased,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON, et al.,<br><br>　　　　Defendants. | Case No.: 08-cv-03013-BZ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO REPLY**<br><br>[FRCP 6; ND CA Local Rules 6-3, 7-2, 7-3 & 7-10] |

This matter came before Honorable Jeffrey White, in the above-entitled Court, without appearance by counsel. Based on the papers filed herein, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Ex Parte Application is GRANTED. Plaintiffs' reply papers in response to defendant's Opposition to Plaintiffs' Motion for Remand shall be filed and served on or before August 13, 2008. The hearing date of September 5, 2008, shall remain on calendar, and this matter shall be heard on that date unless the Court determines before that date that no oral argument is necessary.

DATED: _____

_____
HONORABLE JEFFREY WHITE