1  Dean A. Hanley, Esq.  (State Bar No. 169507)
   Deborah R. Rosenthal, Esq. (State Bar No. 184241)
2  PAUL AND HANLEY LLP
   1608 Fourth Street, Suite 300
3  Berkeley, California 94710
   Telephone: (510) 559-9980
4  Facsimile:  (510) 559-9970
   Email: dhanley@paulandhanley.com
5  Email: drosenthal@paulandhanley.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  JERI REDMAN, individually and as          )  Case No.: 08-cv-03013-BZ
    successor-in-interest to RONALD REDMAN,   )
12  deceased; and JERI REDMAN, AMY            )  [PROPOSED] ORDER GRANTING
    REDMAN, DAVID C. REDMAN, MARK             )  PLAINTIFFS' EX PARTE APPLICATION
13  REDMAN and PAUL REDMAN, as legal          )  FOR EXTENSION OF TIME TO REPLY
    heirs of RONALD REDMAN, deceased,         )
14                                            )  [FRCP 6; ND CA Local Rules 6-3, 7-2, 7-3 & 7-10]
                                              )
15        Plaintiffs,                         )
                                              )
16  vs.                                       )
                                              )
17  A.W. CHESTERTON, et al.,                  )
                                              )
18        Defendants.                         )
                                              )
19

20        This matter came before Honorable Jeffrey White, in the above-entitled Court, without

21  appearance by counsel.  Based on the papers filed herein, and for good cause shown,

22        IT IS HEREBY ORDERED that Plaintiffs' Ex Parte Application is GRANTED.

23  Plaintiffs' reply papers in response to defendant's Opposition to Plaintiffs' Motion for Remand

24  shall be filed and served on or before August 13, 2008.  The hearing date of September 5, 2008,

25  shall remain on calendar, and this matter shall be heard on that date unless the Court determines

    before that date that no oral argument is necessary.

26  DATED:  _August 5, 2008_

27
                                              _____
28                                            HONORABLE JEFFREY WHITE

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO REPLY
S:\Clients\Plaintiffs\R\Redman. Ronald 10267\Fed Court Action\Ex parte app - prop order.doc