Dean A. Hanley, Esq.   (State Bar No. 169507)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
dhanley@paulandhanley.com
drosenthal@paulandhanley.com

Attorneys for Plaintiff(s)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DISTRICT

| | |
|---|---|
| JERI REDMAN, individually and as successor-in-interest to RONALD REDMAN, deceased; and JERI REDMAN, AMY REDMAN, DAVID C. REDMAN, MARK REDMAN and PAUL REDMAN, as legal heirs of RONALD REDMAN, deceased,<br><br>                Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON, et al.,<br><br>                Defendants. | Case No.: 08-cv-03013-JSW<br><br>**SUPPLEMENTAL DECLARATION OF DEBORAH R. ROSENTHAL IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND AND FOR COSTS INCURRED AS A RESULT OF REMOVAL**<br><br>Date:            September 5, 2008<br>Time:           9:00 a.m.<br>Courtroom:  2, 17th Floor<br>Judge:          Jeffrey White |

I, Deborah R. Rosenthal, declare as follows:

1.      I am an attorney admitted to practice law before this Court and all the courts of the State of California and am an associate of Paul & Hanley LLP, attorneys of record for plaintiff herein.  I offer this Supplemental Declaration in further support of Plaintiffs' Motion for Remand.  The matters stated herein are true to my own personal knowledge, except as otherwise stated.  If called upon as a witness, I could and would testify to the following facts.

SUPPLEMENTAL DECLARATION OF DEBORAH R. ROSENTHAL IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND AND FOR COSTS INCURRED AS A RESULT OF REMOVAL

PAGE 1

S:\Clients\Plaintiffs\R\Redman, Ronald 10267\Fed Court Action\IAD remand motion - reply - DRR doc.doc

1  2.    Attached hereto as **Exhibit 1** is a true and correct copy of relevant portions of the

2  Reporter's Transcript of the Deposition of Charles Cushing provided on January 11, 2005, in

3  *Simonetta v. Saberhagen Holdings, Inc.*,  King County Superior Court, Washington, Case No.

4  04-2-02874-4 SEA.

5  3.    Attached hereto as **Exhibit 2** is a true and correct copy of relevant portions of the

6  Reporter's Transcript of the Deposition of Charles Cushing provided on November 15, 2007, in

7  *Andregg v. A.W. Chesteron Co.*, San Francisco Superior Court, California, Case No. 274208.

8  4.    Attached hereto as **Exhibit 3** is a true and correct copy of relevant portions of

9  MIL-B-15071(SHIPS), the U.S. Navy Military Specification for Books, Instructions,

10  Preparation, Contents, and Approval for shipboard equipment, effective April 1, 1950.

11  5.    Attached hereto as **Exhibit 4** is a true and correct copy of relevant portions of

12  MIL-M-15071(C)(SHIPS), the U.S. Navy Military Specification for Manual, Technical, for

13  Mechanical and Electrical Equipment (Less Electronics) for shipboard equipment, effective

14  September 10, 1957.

15  6.    Attached hereto as **Exhibit 5** is a true and correct copy of relevant portions of

16  MIL-STD-129, Military Standard Marking of Shipments, effective August 9, 1951.

17  7.    Attached hereto as **Exhibit 6** is a true and correct copy of relevant portions of

18  MIL-STD-129A, Military Standard Marking for Shipment and Storage, effective January 18,

19  1955.

20  8.    Attached hereto as **Exhibit 7** is a true and correct copy of relevant portions of

21  MIL-STD-129C, Military Standard Marking for Shipment and Storage, effective November 27,

22  1963.

23  9.    Attached hereto as **Exhibit 8** is a true and correct copy of correspondence

24  between shipyard commanders and the U.S. Navy Bureau of Ships Chief regarding technical

25  manuals for equipment supplied for use aboard Navy ships.

26  10.    I received Viad's Opposition on July 30, 2008.  The Opposition consists of 1½

27  inches of paper, including a 27-page brief.  The five-page Cushing Declaration, which VIAD

28  **SUPPLEMENTAL DECLARATION OF DEBORAH R. ROSENTHAL IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND AND FOR COSTS INCURRED AS A RESULT OF REMOVAL**

PAGE 2

S:\Clients\Plaintiffs\R\Redman, Ronald 10267\Fed Court Action\VIAD remand motion - reply - DRR doc.doc

1  counsel attested was to be "critical" to the Opposition, is only one of three declarations and is

2  largely redundant of statements in the Affidavit of Rear Admiral Ben J. Lehman, whose

3  declaration with six lengthy supporting exhibits comprises the primary evidence supporting the

4  Opposition. I request that the Court take judicial notice of the Opposition, which is currently on

5  file and in the records of this Court.

6      11.    After a cursory review of the materials, I contacted counsel for Viad and

7  requested that defendant stipulate to allowing me an additional week to file Plaintiffs' Reply. I

8  informed defense counsel that defendant did not stipulate, I would seek ex parte relief. Defense

9  counsel responded that although defendant did not oppose such an extension, defendant would

10 not stipulate to it, thereby requiring plaintiffs to draft and file an ex parte application seeking the

11 extension. Attached hereto as **Exhibit 9** is a true and correct copy of email correspondence

12 between myself and Ms. Rosenfeld with regard to the requested extension.

13     12.    I spent approximately 2.5 hours preparing Plaintiffs' Ex Parte Application for

14 Extension of Time to Reply. Viad did not oppose the application, and this Court granted the

15 extension. Attached hereto as **Exhibit 10** is a true and correct copy of the Court's Order

16 Granting Plaintiffs' Ex Parte Application for Extension of Time to Reply.

17     13.    I spent approximately 20 hours responding to Viad's Opposition.

18     I declare under the penalty of perjury under the laws of the State of California and of the

19 United States that the foregoing is true and correct. Executed on August 12, 2008, in Berkeley,

20 California.

21

22

23                                                 Deborah R. Rosenthal

24

25

26

27

28 SUPPLEMENTAL DECLARATION OF DEBORAH R. ROSENTHAL IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND
   AND FOR COSTS INCURRED AS A RESULT OF REMOVAL

**EXHIBIT "1"**

0001

1

    IN THE SUPERIOR COURT OF WASHINGTON

2

    FOR KING COUNTY

3

    - - - - - - - - - - - - - - - - - -x

4    JOSEPH A. SIMONETTA and JANET E. :

    SIMONETTA, a married couple,

5                                :

             Plaintiffs,

6                                :

             -against-         Index No.

7                         :04-2-02874-4 SEA

    SABERHAGEN HOLDINGS, INC., ET AL,

8                         :

             Defendants.

9                         :

    - - - - - - - - - - - - - - - - - -x

10

11         DEPOSITION of CHARLES R. CUSHING,

12    taken by Plaintiffs, at the offices of Mound,

13    Cotton, Wollan & Greengrass, One Battery Park

14    Plaza, New York, New York  10004, pursuant to

15    subpoena, on January 11, 2005, commencing at 10:00

16    o'clock a.m., before Catherine M. Donahue, a

17    Certified Shorthand Reporter and Notary Public

18    within and for the State of New York.

19

20

21            BARBARA JOHNSON REPORTING

22    Certified Shorthand Reporters & Videographers

23            425 Eagle Rock Avenue

24          Roseland, New Jersey 07068

25      (973) 618-2159    Fax: (866) 497-2404

002

1

2    A P P E A R A N C E S:

3

     (Via telephone)

4    BERGMAN & FROCKT

5    705 Second Avenue, Suite 1601

6    Seattle, Washington  98104

7    BY: DAVID S. FROCKT, ESQ.

8              - and -

9    STANLEY MANDEL & IOLA, L.L.P.

10   3100 Monticello Avenue, Suite 750

11   Dallas, Texas  75205

12   BY: WILLIAM A. GALERSTON, ESQ.

13   Attorneys for Plaintiffs

14

15   GARDNER BOND TRABOLSI ST. LOUIS & CLEMENT, PPLC

16   2200 Sixth Avenue, Suite 600

17   Seattle, Washington  98121

18   BY: RONALD C. GARDNER, ESQ.

19              - and -

20   MOUND COTTON WOLLAN & GREENGRASS

21   One Battery Park Plaza

22   New York, New York  10004-1486

23   BY: ELLEN G. MARGOLIS, ESQ.

24   Attorneys for VIAD CORP.

25

003

```
 1
 2    A P P E A R A N C E S  (Continued):
 3    (Via Telephone)
 4    FORSBERG & UMLAUF
 5    900 Fourth Avenue, Suite 1700
 6    Seattle, Washington 98164
 7    BY: MELISSA HABECK, ESQ.
 8    Attorneys for Defendant Elliott Company
 9
10    (Via Telephone)
11    WILSON SMITH COCHRAN
12    1700 Financial Center
13    1215 Fourth Avenue
14    Seattle, Washington  98161-1007
15    BY: MICHAEL. A. JAEGER, ESQ.
16    Attorneys for Defendant Carrier Corporation
17
18
19
20
21
22
23
24
25
```

004

1

2          IT IS HEREBY STIPULATED AND

3     AGREED that the filing and sealing of

4     the within deposition be, and the same

5     are hereby waived;

6          IT IS FURTHER STIPULATED AND

7     AGREED that all objections, except as

8     to the form of the question, be and

9     the same are hereby reserved to the

10    time of the trial;

11         IT IS FURTHER STIPULATED AND

12    AGREED that the within deposition may

13    be sworn to before any Notary Public

14    with the same force and effect as if

15    sworn to before a Judge of this Court;

16         IT IS FURTHER STIPULATED that the

17    transcript is to be certified by the

18    reporter.

19

20

21

22

23

24

25

005

```
1              Charles R. Cushing - January 11, 2005
2      C H A R L E S    R.    C U S H I N G, called as a
3              witness by Plaintiffs, having been first
4              duly sworn by Catherine M. Donahue, a
5              Notary Public within and for the State of
6              New York, was examined and testified as
7              follows:
8      EXAMINATION BY MR. GALERSTON:
9              Q.    State your full name for the record
10     sir.
11             A.    Charles Robert Cushing,
12     C-u-s-h-i-n-g.
13             Q.    How old a man are you, sir?
14             A.    I'm 69.
15             Q.    And where do you currently reside?
16             A.    I live in New Jersey in a town
17     called Spring Lake.
18             Q.    What is your address in Spring Lake?
19             A.    205 Madison Avenue, Spring Lake, New
20     Jersey.
21             Q.    Who resides there with you?
22             A.    My wife.
23             Q.    What is your wife's name?
24             A.    Elke, E-l-k-e.
25             Q.    How long have you been married, sir?
```

006

1           Charles R. Cushing - January 11, 2005

2           A.   About 34 years.

3           Q.   If you think that's wrong, we'll

4    make sure that we put there "inaudible," so she

5    won't know you got it wrong.

6                How are you currently employed,

7    Mr. Cushing?

8           A.   I'm the president of a firm of naval

9    architects and marine engineers.

10          Q.   What is the name of your company?

11          A.   The company is C.R. Cushing &

12   Company, Inc.

13          Q.   How long has C.R. Cushing & Company,

14   Inc. been in existence?

15          A.   Since 1968.

16          Q.   Have you always been president of

17   C.R. Cushing & Company, Inc.?

18          A.   Yes, sir.

19          Q.   What other employees, if any, does

20   C.R. Cushing & Company, Inc. have?

21          A.   It has naval architects.  It has

22   marine engineers.  It has draftsmen.  It has

23   inspectors.  It has clerical staff.

24          Q.   How many employees in total?

25          A.   Eighteen.

009

1         Charles R. Cushing - January 11, 2005

2    what was your next endeavor?

3        A.   I went to sea.

4        Q.   Were you an ablebodied seaman or

5    were you in the U.S. Navy?

6        A.   No, I was 15 years old.  I was not

7    able to sail on American ships, so I sailed on a

8    Danish ship called THE FLYDENBORG,

9    F-L-Y-D-E-N-B-O-R-G.

10        Q.   What was your position on THE

11    FLYDENBORG?

12        A.   In English it would be called young

13    men.

14        Q.   Is it a cabin steward?

15        A.   It was -- half of the work was

16    steward department work and half of the day was

17    spent as an ordinary seaman.

18        Q.   How long did you sail on THE

19    FLYDENBORG?

20        A.   FLYDENBORG.

21        Q.   FLYDENBORG, excuse me.

22        A.   Better part of a year.

23        Q.   Had you completed high school at

24    this time?

25        A.   Yes, sir.

010

1            Charles R. Cushing - January 11, 2005

2            Q.    How old were you when you graduated

3       from high school?

4            A.    Fifteen.

5            Q.    What was your next endeavor?

6            A.    I went to City College, the City

7       College of New York.

8            Q.    What was your course of study?

9            A.    Engineering.

10           Q.    And what year was it that you began

11      that in?

12           A.    That would have had to have been

13      '51.  1951.

14           Q.    You were studying engineering?

15           A.    Yes, sir.

16           Q.    Mechanical, civil, electrical?

17           A.    Freshman year it is pre-engineering.

18           Q.    And what degree did you graduate

19      with from the City College of New York?

20           A.    I attended for one year only.

21           Q.    So you took your pre-engineering

22      courses?

23           A.    Right.

24           Q.    And I assume you took some English

25      and math courses, as well?

011

1          Charles R. Cushing - January 11, 2005

2          A.    Yes, sir.

3          Q.    In 1952, what was your next

4     endeavor?

5          A.    I entered the U.S. Merchant Marine

6     Academy at Kings Point, New York.

7          Q.    Are you 18 years old yet?

8          A.    Seventeen, I think.

9          Q.    They accepted you even though you

10    were still under age?

11         A.    That was the minimum age for

12    entrance was 17 because you were a midshipman in

13    the Naval Reserve, you had to be 17.

14         Q.    So you're at Kings Point.

15               How long were you at Kings Point?

16         A.    The course of study is four years,

17    of which one year is spent at sea.

18         Q.    Did you complete all four years?

19         A.    Yes.

20         Q.    Did you do them all consecutively

21    from 1952 to '56?

22         A.    Correct.

23         Q.    Upon completion, what is your degree

24    and rank?

25         A.    I received a bachelor of science

012

1          Charles R. Cushing - January 11, 2005

2     degree in marine transportation.  I received a

3     U.S. Coast Guard license, unlimited license, a

4     third officer, and I received a commission in

5     the Naval Reserve as an ensign.

6               Q.   Have you ever served in the active

7     Navy?

8               A.   On active duty?

9               Q.   Yes.

10              A.   No, sir.

11              Q.   Have you ever been assigned or

12    served upon a U.S. Navy vessel?

13              A.   Yes, sir.

14              Q.   Which vessels and what years?

15              A.   I don't remember the name of the

16    vessel.  It was one of my Naval Reserve units

17    when I was in Bellingham, Washington.  It was as

18    a destroyer escort.

19              Q.   What was your rating at that time,

20    still an ensign?

21              A.   Lieutenant JG.

22              Q.   So you were over the engineering

23    department, would that be correct?

24              A.   No, sir.

25              Q.   What is correct, what were your

013

```
 1              Charles R. Cushing - January 11, 2005
 2     duties and responsibilities as lieutenant JG as
 3     a destroyer escort?
 4          A.   Mostly training.
 5          Q.   How long was that assignment?
 6          A.   Less than a year.
 7          Q.   This was as you were a reservist,
 8     correct?
 9          A.   Yes.
10          Q.   And as a reservist were you assigned
11     for less than a year continuously or is that for
12     a few days, a month or a year?
13          A.   No, it wasn't continuous.  It was
14     once-a-week drills, that kind of thing.
15          Q.   So, cumulatively, we're talking
16     about probably a time frame of less than a month
17     that you were actually on board and actually
18     would have been doing duties?
19          A.   Yes, sir.
20          Q.   Any other time that you were
21     assigned to a U.S.A. Navy vessel?
22          A.   Assigned, no, no other time.
23          Q.   After graduating in 1956 from Kings
24     Point, what was your next endeavor?
25          A.   I went to sea, sailed on my license,
```

014

1           Charles R. Cushing - January 11, 2005

2     sailing for a company called United States

3     Lines.  I was third mate on the passenger ship

4     AMERICA for six months and then I was third

5     officer on cargo ships sailing to the Far East

6     for a total of a year.

7           Q.   I tell you what, I just realized I

8     do believe I saw a CV in the materials.

9               Do you have a CV with you?

10          A.   I have a CV, yes.  Actually, I gave

11    copies to counsel.

12               MR. GARDNER:  You're right.  That

13          is an extra copy for you.

14               MR. GALERSTON:  If you would,

15          let's have the court reporter mark yours

16          as Exhibit 1.

17               (Copy of curriculum vitae was

18          marked as Exhibit No. 1 for

19          identification, as of this date.)

20    BY MR. GALERSTON:

21          Q.   How long were you at the U.S. Lines?

22          A.   I sailed for one year with them.

23          Q.   And then what was your next

24    endeavor?

25          A.   I entered the Massachusetts

095

1          Charles R. Cushing - January 11, 2005

2     installed on any vessel that you were

3     responsible for the design or retrofit for?

4          A.    I don't recall.

5          Q.    Other than evaporators and fuel oil

6     heaters, what do you understand what were the

7     other maritime equipment that Griscom Russell

8     manufactured and sold?

9          A.    I don't recall any other.

10          Q.    Do you believe that there were other

11     and you're not aware of them and don't recall

12     them, or do you believe that is the only two

13     types of pieces of equipment that Griscom

14     Russell sold that had a maritime application?

15          A.    I don't know.

16          Q.    What type of investigation or

17     research have you personally done or someone at

18     your direction relating to Griscom Russell's

19     relationship to the United States Navy in the

20     relevant time frame of the construction of the

21     USS SAUFLEY?

22          A.    None.

23          Q.    Have you ever seen any documents or

24     agreements between the United States Navy or any

25     shipyard that was building a vessel for the

096

```
1          Charles R. Cushing - January 11, 2005
2     United States Navy and Griscom Russell?
3          A.   I'm not sure I understand the
4     question.
5          Q.   Have you ever seen any documents,
6     contracts, letters or other types of memorandum
7     regarding Griscom Russell providing parts,
8     equipment or services to the United States Navy
9     or shipyards that were building vessels for the
10    United States Navy?
11         A.   On a previous project relating to
12    ships built at the New York Naval Shipyard in
13    Brooklyn --
14         Q.   Do you need a break for a drink?
15         A.   No.  I recall having seen
16    correspondence between the New York Naval
17    Shipyard and Griscom Russell.
18         Q.   What was the nature of that
19    correspondence?
20         A.   It was the back and forth kind of
21    correspondence that a shipyard that is
22    constructing a ship would have with various
23    manufacturers, such as request for spare parts,
24    request for instruction manuals, that kind of
25    thing.
```

097

1          Charles R. Cushing - January 11, 2005

2          Q.    What was the piece of equipment in

3    question or different types of equipment in

4    question?

5          A.    My recollection was it had to do

6    with distillers.

7          Q.    To the best of your recollection,

8    did it specifically pertain to instruction

9    operation manuals for Griscom Russell

10   distillers?

11         A.    I don't recall specifically what

12   that correspondence was because I wasn't

13   specifically looking for Griscom Russell

14   correspondence.

15         Q.    So it may have been regarding spare

16   parts, it may not have been, it may have been

17   related to manuals or even delivery of original

18   equipment?

19         A.    That kind of thing.

20         Q.    What other types of documents or

21   information have you reviewed relating to

22   Griscom Russell's relationship with the United

23   States Navy?

24         A.    None other.

25         Q.    Have you ever testified previously

098

1         Charles R. Cushing - January 11, 2005

2    in regards to any type of case, be it property

3    damage, personal injury or otherwise, relating

4    to a Griscom Russell product?

5         A.    No, sir.

6         Q.    Have you ever been asked to evaluate

7    a Griscom Russell product in terms of its cause

8    or its contributing to an accident that wasn't

9    involved in litigation?

10        A.    No, sir.

11        Q.    Prior to your involvement -- the New

12   York Naval Shipyard case where you saw the

13   Griscom Russell correspondence, what case was

14   that involving, do you recall?

15        A.    It had to do with litigation between

16   shipyard workers and General Electric Company.

17        Q.    Were the shipyard workers suing

18   General Electric based upon exposure to asbestos

19   or some other matter?

20        A.    I think that's what the suit

21   involved.

22        Q.    And you and your firm were retained

23   on behalf of General Electric in that matter.

24             What was the nature of your

25   testimony in that matter, if you recall?

099

1          Charles R. Cushing - January 11, 2005

2          A.    The testimony was deposition

3     testimony, not trial.  Court testimony.  And it

4     had to do with the equipment that was on board

5     various naval vessels built by the New York

6     Naval Shipyard.

7          Q.    But you did not give an opinion with

8     regards to Griscom Russell products in that

9     matter?

10         A.    No, sir.

11         Q.    Was it just related to General

12    Electric turbines and other equipment?

13         A.    Yes, sir.

14         Q.    Have you ever seen an instruction

15    manual or an operations manual or repair manual

16    for a Griscom Russell distiller?

17         A.    I believe I have, but I can't say

18    exactly, because I'm referring back to the 40

19    some vessels that we converted.  And, of course,

20    I reviewed a lot of those manuals and there

21    could have been instruction manuals for the

22    Griscom Russell in that stack.

23         Q.    That would have been in the 1960,

24    '61 time frame, is that correct?

25         A.    Yes, that was in the 1961, '68 time

100

1          Charles R. Cushing - January 11, 2005

2    frame.

3          Q.    But is it fair to say you don't

4    recall anything specific about that, if you did

5    review them?

6          A.    Not specific.

7          Q.    And those vessels that you were

8    converting, those were not DD 445s, correct?

9          A.    No, sir.

10         Q.    But there wouldn't be any difference

11   between a distilling plant on a Fletcher-class

12   destroyer as opposed to one of the other

13   vessels, the true transports that you had?

14         A.    They might vary in size or capacity,

15   but, generally, Griscom Russell manufactured

16   both for the commercial market, as well as the

17   naval market, and the product was very, very

18   similar.

19         Q.    In the work that you have done on

20   behalf of Viad in the last year or so, have you

21   been provided with any materials related to

22   operational manuals or anything like that of any

23   Griscom Russell product?

24         A.    No.

25         Q.    Have you been provided with any

**EXHIBIT "2"**

Page 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

COURT OF UNLIMITED JURISDICTION

JON ANDREGG AND JANICE          )
ANDREGG,                        )
                                )
            Plaintiffs,         )
                                )
    vs.                         )   NO. 274208
                                )
A.W. CHESTERTON COMPANY,        )
ET AL.,                         )
                                )
            Defendants.         )
_____    )

TELEPHONIC DEPOSITION OF CHARLES CUSHING, PH.D.

Thursday, November 15, 2007

REPORTED BY:

JENNIFER J. ANGELOV
CSR NO. 12287

JOB NO.
53297HAN

5d83a9c0-db5c-4511-8cc4-43a985d26fba

Page 2

```
1        SUPERIOR COURT OF THE STATE OF CALIFORNIA
2            FOR THE COUNTY OF SAN FRANCISCO
3               COURT OF UNLIMITED JURISDICTION
4
5   JON ANDREGG AND JANICE    )
    ANDREGG,              )
6                         )
        Plaintiffs,   )
7                     )
    vs.               ) NO. 274208
8                     )
    A.W. CHESTERTON COMPANY,  )
9   ET AL.,           )
                      )
10      Defendants.   )
    _____)
11
12
13
14      Telephonic deposition of CHARLES CUSHING, PH.D.,
15   taken on behalf of Plaintiffs, commencing at
16   5:04 p.m. on Thursday, November 15, 2007, before
17   Jennifer J. Angelov, CSR No. 12287, a Certified
18   Shorthand Reporter for the State of California.
19
20
21
22
23
24
25
```

Page 3

```
1   APPEARANCES:
2
3   For the Plaintiffs:
4
    PAUL, HANLEY & HARLEY, LLP
5   BY: STEPHEN J. HEALY
        Attorney at Law
6   1608 Fourth Street
    Suite 300
7   Berkeley, California 94710-1709
    (510) 559-9980
8
9   For Defendant Viad Corporation:
10
    CHARTER DAVIS
11  BY: WHITNEY A. DAVIS
        Attorney at Law
12  1730 I Street
    Suite 240
13  Sacramento, California 95814
    (916) 448-9000
14
    MOUND, COTTON, WOLLAN & GREENGRASS
15  BY: ELLEN MARGOLIS
        Attorney at Law
16  1051 Divisadero Street
    San Francisco, California 94115
17  (415) 561-8440
18
19
        -o0o-
20
21
22
23
24
25
```

Page 4

```
1               I N D E X
2   EXAMINATION BY                    PAGE
3   MR. HEALY                  4
4
5
6
7            E X H I B I T S
8           (NONE OFFERED)
9
10
11
12   INFORMATION TO BE SUPPLIED
13           (NONE)
14
15
16
17      QUESTIONS MARKED
18          (NONE)
19
20
21           -o0o-
22
23
24
25
```

Page 5

```
1   TELEPHONIC DEPOSITION; THURSDAY, NOVEMBER 15, 2007
2           5:04 p.m.
3
4
5           CHARLES CUSHING, PH.D.,
6   having declared under penalty of perjury to tell
7   the truth, was examined and testified as follows:
8
9               EXAMINATION
10  BY MR. HEALY:
11      Q   Good evening, sir.
12      A   Good evening.
13          MR. HEALY: Just for the record, Mr. Davis and
14  Ms. Margolis, do we have a stipulation that even though
15  the court reporter and the witness are in two different
16  locations, that this deposition transcript may be used
17  for all purposes under the California Code of Civil
18  Procedure?
19          MR. DAVIS: Yes.
20          MR. HEALY: Thanks so much.
21      Q   Dr. Cushing, as part of your work in preparing
22  for testimony, did you receive from the lawyers for Viad,
23  a document called "Description of and Operating
24  Instructions for Soloshell," S-o-l-o-s-h-e-l-l, "LP
25  Distilling Plant, 12,000 Gallons Per Day, Installed on
```

Page 10

1  one, two, three, four -- five pages of typed notes that
2  begin, "Rough Notes, C.R. Cushing & Company Rough Notes."
3     Q   I've got them.
4        Thank you so much, sir.
5     A   Then in the folder are also a CV and the notice
6  of depositions and notice of intention to videotape
7  depositions.
8        And that's what constitutes my note file.
9     Q   All right.  You have never served aboard the
10  USS Hamner.
11       Have I got that right?
12    A   That's correct, sir.
13    Q   Have you ever boarded that ship for any reason?
14    A   No, sir.
15    Q   Have you ever boarded a gearing-class destroyer
16  at any time in your life?
17    A   Yes, sir.
18    Q   Did you have occasion -- how many times have you
19  done that in your lifetime?
20    A   Approximately -- I can only estimate -- a half a
21  dozen times.
22    Q   During those half a dozen times, did you have
23  occasion to inspect or otherwise repair or operate a
24  distiller evaporator on a gearing-class destroyer?
25    A   No.  I did not operate or repair an evaporator

Page 11

1  on a gearing-class destroyer.
2     Q   Did you ever have to inspect it or otherwise
3  manipulate it or become involved with it?
4     A   Not involved with it, no, sir.
5     Q   Your best recollection would be that if you saw
6  one, you just walked past it?
7     A   Yes, sir.
8        I'm familiar with it, but I didn't operate it or
9  I wasn't involved in operating it.
10    Q   In your career, sir, were you ever involved with
11  the Grissom-Russell Company evaporators?  Did you ever
12  have to work on one or design one or work on the plans
13  for one?
14    A   Not work on the plans or design one, but I've
15  been involved with them on commercial vessels in the
16  course of my career.
17    Q   This particular one at issue in this case --
18  there's no doubt in your mind that the USS Hamner had a
19  12,000 gallon Grissom-Russell distiller evaporator in the
20  forward engine room on the Hamner when Mr. Andregg served
21  on that ship?
22       MR. DAVIS: Vague as to time.
23  BY MR. HEALY:
24    Q   Have I got that right?
25    A   At the time he was aboard -- I know it was

Page 12

1  installed onboard the vessel -- at least I believe it was
2  installed on the vessel when the vessel was constructed.
3     Q   And you've seen the photographs that were
4  attached as Exhibit 6 to the deposition of Mr. Andregg
5  which depict Mr. Andregg in front of a machine, right?
6     A   In front of an evaporator, yes.
7     Q   And that evaporator, to the best of your
8  knowledge, was a Grissom-Russell evaporator?
9     A   It looks like a Grissom-Russell evaporator might
10  look like, yes.
11    Q   Now, in this case we were provided another
12  operating manual that has a dark cover that says,
13  "Instructions for Operation, Care, and Maintenance of
14  Grissom-Russell Navy-Type Low-Pressure Distilling
15  Plants."
16       Have you seen that document?
17    A   Yes, sir, I have.
18    Q   Are those the only two operating manuals for the
19  Grissom-Russell 12,000 gallon evaporator at issue in this
20  case that you are aware exists today?
21    A   Yes.
22    Q   In connection -- let's go back to the first one
23  we talked about, the Soloshell Distilling Plant.
24       Do you have that in mind, sir?
25    A   Yes, sir.

Page 13

1     Q   Looking at page 1-5 -- let me ask you this.
2        Is your testimony -- setting aside your --
3  naturally, your education, your training, your expertise,
4  and your years in the Navy and Marine engineering,
5  setting that aside for just a moment, the specifics of
6  this Grissom-Russell evaporator, are your opinions
7  derived from a review of plans and schematics?
8        MR. DAVIS: Vague.
9        MR. HEALY:  Okay.
10       THE WITNESS:  I'm sorry.  Would you mind
11  terribly repeating that question, because you're
12  excluding a lot of things and --
13  BY MR. HEALY:
14    Q   Okay.  Would it be a fair statement that your
15  opinions about the potential for asbestos exposure to
16  Mr. Andregg from working with, near, or around the
17  Grissom-Russell evaporator on the USS Hamner comes from
18  your review of schematics and operating manuals for the
19  distiller for Grissom-Russell?
20       MR. DAVIS:  Compound.
21       THE WITNESS:  No.  Not alone.  That's just one
22  of many things I'm relying on.
23  BY MR. HEALY:
24    Q   All right.  Looking at page 1-5 that I asked you
25  to look at.

4  (Pages 10 to 13)

**EXHIBIT "3"**

■ 9999906 2107269 T98 ■

MIL-B-15071(SHIPS)
1 April 1950
SUPERSEDING
35B2(INT)
1 July 1945

## MILITARY SPECIFICATION

### BOOKS, INSTRUCTION; PREPARATION, CONTENTS, AND APPROVAL

1. CLASSIFICATION

1.1 Types.- Instruction books shall be furnished in the following types as specified (see 6.1):

Type A - (Type A instruction books may be required where the system or equipment to be described is of a highly specialized or extremely complex nature, and where the importance of the equipment justifies unusual effort in the preparation of the instruction book.) (See 3.2.)

Type B - (Type B instruction books are required where the equipment or system to be described has no direct commercial counterpart or which is sufficiently complex that a detailed description, and maintenance instructions are required and must be supplemented by sufficient photographs, drawings, parts lists, etc.) (See 3.3.)

Type C - (Type C instruction books are required where the equipment or system to be described is an adaptation or variation of conventional commercial equipment, where with certain modifications and additional data, the type of instructional matter normally furnished will serve the purpose.) (See 3.4.)

Type D - (Type D instruction books are required where the equipment or system to be described is generally the same as equivalent commercial equipment, or is sufficiently simple that standard manufacturer's instruction pamphlets and service data are adequate.) (See 3.5.)

2. APPLICABLE SPECIFICATIONS, OTHER PUBLICATIONS, AND DRAWINGS

2.1 Specifications.- The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification:

Military Specifications
JAN-P-105 - Packaging and Packing for Overseas Shipment, Boxes; Wood, Cleated, Plywood.
JAN-P-106 - Packaging and Packing for Overseas Shipment, Boxes; Wood, Nailed.
JAN-B-107 - Boxes; Wood, Wire-Bound (Overseas Type).
JAN-P-125 - Packaging and Packing for Overseas Shipment, Barrier-Materials, Waterproof, Flexible.
JAN-P-140 - Packaging and Packing for Overseas Shipment, Adhesives, Water-Resistant, Case-Liner.

Navy Department Specification
General Specifications for Inspection of Material.

(Army.- Copies of specifications should be obtained from the procuring agency or as directed by that agency. Both the title and identifying number or symbol should be stipulated when requesting copies.)

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01669551
Not for Resale,2007/11/14 18:55:18 GMT

■ 9999906 2107270 70T ■

MIL-B-15071(SHIPS)

(Navy.- Copies of Military (including Joint Army-Navy and National Military Establishment specifications) and Navy Department specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington 25, D. C., except that activities of the Armed Forces should make application to the Commanding Officer, Naval Supply Center, Norfolk 11, Va. Both the title and identifying number or symbol should be stipulated when requesting copies.)

(Air Force.- Copies of Military specifications (including Joint Army-Navy and National Military Establishment specifications) may be obtained upon application to the Commanding General, Air Materiel Command, Wright-Patterson Air Force Base, Dayton, Ohio. Both the title and identifying number or symbol should be stipulated when requesting copies.)

(Marine Corps.- Copies of Military specifications (including Joint Army-Navy and National Military Establishment specifications) may be obtained upon application to the Quartermaster General, Headquarters U.S. Marine Corps, Navy Department, Washington 25, D. C. or the Depot Quartermaster, Marine Corps Depot of Supplies, 1100 South Broad Street, Philadelphia 46, Pa. Both the title and identifying number or symbol should be stipulated when requesting copies.)

2.2 Other publications.- The following publications, of the issue in effect on date of invitation for bids, form a part of this specification:

Navy Administrative Office Publication
    NAVEXOS P-29 - Security Measures for the Protection of Classified Printed Matter
                  During Production.

(Copies of Publication NAVEXOS P-29 may be obtained upon application to the Administrative Office, Navy Department, Washington 25, D. C.)

Bureau of Supplies and Accounts Publication
    Navy Shipment Marking Handbook.

(Copies of the Navy Shipment Marking Handbook should be obtained from the sources given for obtaining specifications.)

2.3 Drawings.- The following drawing, of the issue in effect on date of invitation for bids, forms a part of this specification:

Bureau of Ships Drawing
    S0103-73729 - Standard Drawing Format for Production Drawings.

(Copies of Bureau of Ships drawings may be obtained only upon application to the Bureau of Ships, Navy Department, Washington 25, D. C. Both the title and identifying number or symbol should be stipulated when requesting copies.)

3. REQUIREMENTS

3.1 Material.- The minimum material requirements are as specified hereinafter. A good grade material shall be used when a definite material is not specified.

3.2 Type A instruction books.- Type A instruction books shall be as specified in the individual contract or order (see 6.1).

2

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01669551
Not for Resale,2007/11/14 18:55:18 GMT

■ 9999906 2107271 646 ■

MIL-B-15071(SHIPS)

3.3  Type B instruction books.-

3.3.1  Contents.-  Type B instruction books shall contain the following information as applicable, presented in a logical arrangement (see figs. 1 to 8, inclusive):

(a) Title page (see fig. 2).
(b) General data (see 3.3.1.1).
(c) Table of contents, listing all divisions and primary and secondary subdivisions (such as chapters, sections, etc.) with their corresponding page numbers.
(d) List of illustrations and plans, specifying titles, figure numbers and pages on which such illustrations appear.
(e) Introduction (see 3.3.1.2).
(f) Detailed description (see 3.3.1.3).
(g) Installation instructions (see 3.3.1.4).
(h) Adjustments and tests (see 3.3.1.5).
(i) Principles of operations (see 3.3.1.6).
(j) Operating instructions (see 3.3.1.7).
(k) Maintenance (see 3.3.1.8).
($\ell$) Parts identification (see 3.3.1.9).
(m) Drawings (see 3.3.1.10 and 3.3.2.4.5.4).
(n) Memorandum pages (see 3.3.1.11).

NOTE:  Although these requirements are directly applicable to instruction books covering specific equipment, they shall be followed as closely as possible for instruction books covering systems, such as engineering piping systems.  When an instruction book covers a system or an equipment composed of several distinct units (for example, a generating set consisting of a diesel engine, a generator, a voltage regulator, and a controller), it may be desirable to arrange the book in major divisions, each covering one unit.  If so, the major divisions may be arranged by sub-divisions, each corresponding to the requirements herein.

3.3.1.1  General data.-  This division shall contain data such as the following:

(a) Safety notice (where high voltages or special hazards are involved).
(b) Component list containing:
    Description of item.
    Navy type designation.
    Navy or bureau or agency stock number (if available).
    Dimensions.
    Weight (with or without packing).
(c) Input power requirements and heat dissipation.
(d) Salient design characteristics.
(e) Electron tube complement.
(f) Serial number (if appropriate).

3.3.1.2  Introduction.-  This division shall include a general description of the equipment, i.e., explain briefly what it is, where it is used, and what it will do, also all information of a general character applicable to the complete equipment.  When the text contains technical terms or terms not commonly used, definitions shall be included.

3

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01668551
Not for Resale,2007/11/14 18:55:18 GMT

■ 9999906 2107272 582 ■

MIL-B-15071(SHIPS)

3.3.1.3 Detailed description.- This division shall contain a complete detailed description of component assemblies and accessories which comprise the complete equipment; for example, in the case of a ship's service turbine generator set, the turbine, the gear, the generator, the exciter, and the voltage regulator. Allowable clearances, temperatures, tolerances, etc. shall be shown in tabular form.

3.3.1.4 Installation instructions.- This division shall contain methods of installation, alignment, precautions, mounting instructions, recommendations regarding shielding, grounding, bonding, etc.

3.3.1.5 Adjustment and tests.- This division shall contain instructions for the adjustment and test of the system and its major components upon initial installation or under other conditions such as after major overhaul where complete system readjustment may be required.

3.3.1.6 Principles of operation.- This division shall contain a brief resume of the principles of operation together with such illustrations, sketches, schematic piping diagrams and schematic wiring diagrams to convey an understanding of the function and operation of the equipment. Descriptions of components and assemblies using electron tubes should provide an explanation of the electronic circuits. A preferred method of describing electronic circuits is to present the description in sections, such as amplifier features, power circuits, main audio transmission path and mechanical arrangements. Theory of operation should be included where unusual or unconventional circuits or techniques are involved.

3.3.1.7 Operating instructions.- This division shall contain simple, brief and effective instructions, including normal routines and precautions to be observed in starting, operating, and shutting-down the equipment. Where operations are to be performed in specified sequence, step-by-step procedure shall be used. Operations shall be numbered in the order in which they are to be performed. Operating data which is frequently referred to in operating the equipment shall be included in this division. Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.3.1.8 Maintenance instructions.-

3.3.1.8.1 Preventative maintenance.- This division shall cover all maintenance procedures, inspection and routine adjustments which should be performed periodically and regularly for the purpose of preventing failure or impairment of equipment. Included in this division shall be routine maintenance check charts containing the following:

  (a) A tabulation of periodic routine mechanical and electrical tests and checks which should be accomplished regularly to insure continuity of service at peak performance.
  (b) Arrangement of the table shall be such as to indicate what is to be done, when it is to be done and how to do it.
  (c) Emphasis shall be placed upon the test facilities which may be incorporated in the various components.
  (d) Instructions shall be provided for the care, inspection and cleaning of all pertinent parts.
  (e) Instructions on lubrication shall be provided as applicable, preferably in chart form. They shall include information regarding lubrication recommended by the manufacturer, the type of lubricant to be used, together with specific time periods. Lubricants shall be described by Government specification numbers where applicable and by commercial designations.
  (f) Instructions shall be included stressing the importance of properly maintaining any safety devices, interlocks, etc., provided to prevent damage to equipment or injury to personnel.

4

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01669551
Not for Resale,2007/11/14 18:56:18 GMT

■ ꟿꟿꟿꟿꟿ06 2107273 419 ■

MIL-B-15071(SHIPS)

3.3.1.8.2 Corrective maintenance.- This division shall cover all information necessary to permit a technician to locate trouble and to make repairs or adjustments to each component, assembly or sub-assembly of the equipment. Included in this division shall be the following:

    (a) Trouble shooting guides for the localization of faults giving possible sources of trouble, their systems, probable cause, and instructions for remedying the faults.

    (b) Complete instructions on signal tracing for electric and electronic circuits, use of test instruments and other common servicing techniques.

    (c) Ample illustrations, photographs, exploded views giving details of mechanical assemblies, and simplified schematic diagram of the electric circuits. Illustrations, etc., contained in other divisions may be used and referred to under this division without duplicating them.

    (d) Voltage and resistance diagrams or tables for each electronic assembly showing normal voltages (with and without audio signal) and resistances as measured at the terminals of each tube socket and at other significant points in the circuit.

3.3.1.9 Parts identification.- This division shall contain identification data covering all renewal parts (parts and/or assemblies which are wearable and/or expendable during normal repair) to facilitate ready identification of parts for replacement and ordering purposes. These data shall be presented in one of the three following alternate arrangements.

    (a) Parts list and illustrations.- Where the instruction book does not include reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729, listing all renewal parts, the parts identification shall be in the form of a parts list with illustrations, arranged as specified in 3.3.1.9.1 and 3.3.1.9.2.

    (b) Drawings and illustrations.- Where the instruction book includes reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729 (see fig. 5) listing all renewal parts, and where only mechanical parts are involved, the parts identification shall be in the form of illustrations to supplement the lists of material on the drawings. Illustrations shall be prepared for each assembly, subassembly and their component renewal parts in accordance with 3.3.1.9.2 except that the index numbers shall be identical with the part numbers assigned on the above drawings. Appropriate notes shall be added to these illustrations referring to the drawings on which the assigned numbers are listed.

    (c) Drawings, illustrations and functual listing.- Where the instruction book includes reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729, and which list all renewal parts, and where electrical or electronic parts are involved, the parts identification shall be in the form of a functional listing of electrical and electronic parts with illustrations to supplement both the functional listing and the list of materials on the drawings. The functional listing of all electrical and electronic parts shall be prepared in accordance with 3.3.1.9.1.3.2. Illustrations shall be prepared for each assembly, subassembly and the component renewal parts thereof in accordance with 3.3.1.9.2, except that the index numbers shall be identical with the part numbers assigned on the above drawings (for mechanical parts) and with the reference designation assigned on the schematic wiring diagram (for electrical or electronic parts) appropriate notes shall be added to these illustrations referring to the drawings on which the assigned numbers are listed.

5

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01669851
Not for Resale,2007/11/14 18:55:18 GMT

**EXHIBIT "4"**

■ 9999906 2106143 903 ■

Raytheon
Santa Barbara
Library C. 1

**MIL-M-15071C(SHIPS)**
**10 SEPTEMBER 1957**
**SUPERSEDING**
**MIL-T-15071B(SHIPS)**
**16 AUGUST 1954**

# MILITARY SPECIFICATION

## MANUAL, TECHNICAL, FOR MECHANICAL

## AND ELECTRICAL EQUIPMENT (LESS ELECTRONICS)

## 1. SCOPE.

**1.1 Scope.** — This specification covers the minimum requirements for preparing and revising technical manuals for electrical and mechanical equipment(s). The requirements for electronic equipment are covered in Specification MIL-M-16616. In addition, it covers the requirements for approval procedures; production and reproduction; quality and distribution; and packing and packaging.

**1.2 Classification.** — Technical manuals shall be of the following types as specified (see 6.1):

Type I — Type I manuals are required for experimental equipment procured to determine either military suitability or the ability of a manufacturer to meet military specifications. (See 3.1 and 3.2)

Type II - Type II manuals are required where the equipment to be described has no direct commercial counterpart or which is sufficiently complex that more extensive information is necessary. (See 3.1 and 3.3)

Type III — Type III manuals are required where the equipment to be described is an adaptation or variation of conventional commercial equipment, where, with certain modifications and additional data, the type of instruction matter normally furnished will serve the purpose. (See 3.1 and 3.4)

Type IV — Type IV manuals are standard commercial manufacturers' instructions on relatively simple equipment which will be adequate subject to minor modifications. (See 3.1 and 3.5)

## 2. APPLICABLE DOCUMENTS

2.1 The following specifications, standards, drawings and publications, of the issue in effect on date of invitation for bids form a part of this specification:

SPECIFICATIONS

FEDERAL

LLL-B-631-Boxes; Fiber Corrugated (for Domestic Shipment).
LLL-B-636-Boxes; Fiber Solid, (for Domestic Shipment).
PPP-B-585-Boxes; Wood, Wirebound.
PPP-B-591-Boxes; Fiberboard, Wood-Cleated.
PPP-B-601-Boxes; Wood, Cleated-Plywood.
PPP-B-621-Boxes; Wood, Nailed and Lock-Corner.

MILITARY

JAN-P-108-Packaging and Packing for Overseas, Shipment Boxes, Fiberboard (V-Board and W-Board),
    Exterior and Interior.
MIL-P-116-Preservation, Methods of
MIL-B-10377-Boxes; Wood-Cleated, Veneer, Paper Overlaid.
MIL-L-10547-Liners, Case, Waterproof.

1

3084

Licensed by Information Handling Services

NAVY DEPARTMENT

General Specifications for Inspection of Material.

STANDARDS

MILITARY

MIL-STD-218-2 Technical Manuals Part 2 – Production or Procurement of Artwork for Technical Manuals.
MIL-STD-218-3 Technical Manuals Part 3 – Preparation of Manuscript (Final, Typed) for Technical Manuals.
MIL-STD-12 Abbreviations for use on Drawings.
MIL-STD-15 Electrical and Electronic Symbols.
MIL-STD-16 Electrical and Electronic Reference Designations.
MIL-STD-17 Mechanical Symbols.
MIL-STD-103 Abbreviations (for Electrical and Electronic Use).
MIL-STD-129 Marking for Shipment and Storage.

DRAWINGS

BUREAU OF SHIPS

S0103-73729 – Standard Drawing Format for Production Drawings Prepared by Contractor or Manufacturer for approval by Government Agencies.

PUBLICATIONS

DEPARTMENT OF DEFENSE

DD441 (Attachment) – Industrial Security Manual for Safeguarding Classified Information.

(Copies of specifications, standards, drawings and publications required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

2.2 **Other publications.** – The following document forms a part of this specification. Unless otherwise indicated, the issue in effect on date of invitation for bids shall apply.

CONSOLIDATED CLASSIFICATION COMMITTEE

Consolidated Freight Classification Rules.

(Application for copies should be addressed to the Consolidated Classification Committee, 202 Chicago Union Station, Chicago 6, Ill.)

## 3. REQUIREMENTS.

### 3.1 General requirements.

3.1.1 **Material.** – The minimum material requirements shall be as specified hereinafter. A good grade of printing and materials shall be used when not definitely specified.

3.1.2 **Identification.** – Technical manuals shall be identified by a Navy identification number of the form "NAVSHIPS 300-0000" (see figures 1 and 2). Numbers will be assigned only by the Bureau of Ships upon receipt of a preliminary copy of the manual. In urgent cases, a letter request, containing complete descriptive data of the equipment, will be honored for the purpose of assigning a NAVSHIPS number (see 3.1.8.1). This number shall be imprinted on the upper left hand corner of the cover, and printed on the upper right hand corner of the title page of all final copies of the manuals prior to distribution (see figures 1 and 2).

Licensed by Information Handling Services

■ 9999906 2107144 737 ■

3.1.3 **Copyright.** — Technical manuals shall not be copyrighted. The bureau or agency concerned reserves the right to reproduce or have reproduced in part or in entirety all manuals procured under this specification.

3.1.4 **Security classification.** — The security classification of the manuals shall be as designated by the bureau or agency concerned. If classified, the security requirements of the Industrial Security Manual for Safeguarding Classified Information DD441 (Attachment) shall be followed. For classified manuals all pages shall bear appropriate security classification located as shown on figures 1 through 13. The word "UNCLASSIFIED" shall appear on each page of unclassified sections of classified manuals. Revisions (see 3.1.6) shall be classified as required by their subject matter. Revised pages (see 3.1.6.2) shall have the same classification as the original pages, unless otherwise specified by the bureau or agency concerned. Information with a security classification higher than that established in table I for a section that is considered essential shall be brought to the attention of the bureau or agency concerned. A volume shall be classified the same as the highest classification within the volume. The sections of the manual shall be classified as shown in table I, unless the bureau or agency concerned approves content with a higher classification.

TABLE I

| SECTION | Equipment classification | | |
|---|---|---|---|
| | UNCLASSIFIED | CONFIDENTIAL[1] | SECRET |
| 1. General Information | UNCLASSIFIED | CONFIDENTIAL[1] | SECRET |
| 2. Principles of Operations | UNCLASSIFIED | CONFIDENTIAL[1] | SECRET |
| 3. Operating Instructions | UNCLASSIFIED | UNCLASSIFIED | UNCLASSIFIED |
| 4. Installation | UNCLASSIFIED | UNCLASSIFIED | UNCLASSIFIED |
| 5. Maintenance | UNCLASSIFIED | CONFIDENTIAL[1] | SECRET |
| 6. Parts list | UNCLASSIFIED | UNCLASSIFIED | UNCLASSIFIED |
| 7. Drawings | UNCLASSIFIED | CONFIDENTIAL[1] | SECRET |

[1]Substitute - "Confidential - Modified handling authorized" - for equipments so classified.

In addition to being marked with the appropriate security classification each classified manual shall bear the following notation printed on the title page (as shown on figure 2):

"WARNING: This material contains information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C., Sections 793 and 794, the transmission or revelation of which in any manner to an unauthorized person is prohibited by law."

3.1.5 **Additional manuals.** — There shall be printed upon the title page of all final manuals the notice as shown on figure 2 advising where additional copies of the manual may be obtained.

3.1.6 **Revision to incorporate changes.** — New, revised, or supplementary pages shall be furnished until the guarantee period of the equipment expires.

3.1.6.1 **New pages.** — When it is found necessary to include new information to augment the content of the original manual, new pages shall be issued. These pages shall be identified with the following legend placed in the bottom outside corner adjacent to the page number but toward the binding edge of each page. Include on the first line, the word "New" followed by the NAVSHIPS identification number, and on the second line, the month and year of issue. New pages shall bear the same number as the page they follow and shall be further annotated using the decimal system; for example, original page 1-1-14, new pages 1-1-14.1 and 1-1-14.2 (see 3.3.2.5 for numbering). A reproduction copy of each new page shall be provided.

3

■ 9999906 2107145 673 ■

**MIL-M-15071C(SHIPS)**

3.1.6.2 **Revised pages.** – If it is determined that information originally furnished in manuals must be changed for clarification, correction or because every equipment covered by the manual has been uniformly modified, revised pages shall be issued. These pages shall be identified with the following legend placed in the bottom outside corner adjacent to the page number but toward the binding edge of each page. Include on the first line, the word "Revised" followed by the NAVSHIPS identification number, and on the second line the month and year of issue. Revised pages shall bear the same number as the page they replace and if the revised information should require the use of additional pages they shall be annotated using the decimal system (see 3.3.2.5 for numbering.) A reproduction copy of each revised page shall be provided.

3.1.6.3 **Supplementary pages.** – In instances where modifications are made only to a portion of the total number of equipments covered by the manual, resulting in the need for alternate instructions to cover those items modified, this information shall be issued in the form of supplementary pages. These pages shall be identified with the following legend placed in the bottom outside corner adjacent to the page number but toward the binding edge of each page. Include, on the first line, the word "Supplementary" followed by the NAVSHIPS identification number, on succeeding lines the hull numbers of the specific ships to which the page applies and on the last line, the month and the year of issue. Supplementary pages shall bear the same number as the manual page they follow and shall be further annotated using the decimal systems; for example, original pages 1-1-14, supplementary pages 1-1-14.1 and 1-1-14.2. (See 3.3.2.5 for numbering.) A reproduction copy of each supplementary page shall be provided.

3.1.7 **Time of delivery.** – Every effort shall be made to submit the preliminary manual in ample time to permit approval and final printing prior to the delivery date of the equipment (see 3.1.8.1). Two copies of each final manual shall be delivered with the first unit and each succeeding unit of equipment shipped (see 3.6). If final manuals are not available at the time of delivery of equipment, two copies of an adequate preliminary manual packed with each unit of equipment shall be furnished. In all instances where preliminary manuals are furnished in lieu of final manuals they shall be replaced with final manuals within 60 days (see 3.1.8.2.4).

3.1.8 **Preliminary manuals.** –

3.1.8.1 **Method of approval.** – Prior to printing final manuals, the manufacturer shall prepare and submit, as indicated herein, a preliminary manual, in duplicate, for approval and assignment of a NAVSHIPS number (see 3.1.2). NAVSHIPS numbers will be assigned only by the Bureau of Ships. At the time of submission of preliminary manuals, the manufacturer shall submit a letter of transmittal forwarding the preliminary manual which shall state the expected delivery date of final manuals and the quantity of manuals being furnished for stock in accordance with 3.6. The preliminary manuals shall be forwarded by the contractor to one of the following activities, as appropriate:

(a) *Manuals procured by the Bureau of Ships* - Contractor shall forward preliminary copies via the cognizant Government inspector to the Bureau of Ships for approval and assignment of a NAVSHIPS number.

(b) *Manuals procured by Naval activities other than the Bureau of Ships* – Contractor shall forward preliminary copies to the Naval activity for their approval and transmittal to the Bureau of Ships for assignment of a NAVSHIPS number.

(c) *Manuals procured for the Navy by a commercial activity (such as a shipbuilder at a private yard) or other Government agency* – Contractor shall forward preliminary manuals to the cognizant Naval supervising activity or other Government agency, as appropriate, for their approval and transmittal to the Bureau of Ships for assignment of a NAVSHIPS number.

3.1.8.2 **Contents.** –

3.1.8.2.1 **Approval and procurement record page.** – In each preliminary manual exactly identical to one previously procured and assigned a NAVSHIPS number an approval and procurement record page (see figure 3a) shall be provided and inserted immediately following the title page. In each preliminary manual not exactly identical to one previously procured and assigned a NAVSHIPS number, an approval and procurement record page (see figure 3b) shall be provided and inserted immediately following the title page.

3.1.8.2.2 **Text.** – Preliminary manuals shall consist of a complete text of the instructions required for the type of manual to be furnished.

4

*Licensed by Information Handling Services*

■ 9999906 2107146 50T ■

**MIL-M-15071C(SHIPS)**

3.1.8.2.3 **Figures.** – Preliminary manuals shall contain a list of all figures (photographs, exploded views, and drawings) and shall include sample art work (all exploded views and sketches) which will appear in the final manual. If the final manual is to include test data, or a table of weights, for example, and if any of the items are not available when the preliminary manual is issued, then a foreword shall state which items have been omitted.

3.1.8.2.4 **Manual identification.** – In all instances where preliminary manuals are furnished in lieu of final manuals, the NAVSHIPS identification number preceded by the word ''PRELIMINARY'' shall be stamped or hand printed on the covers of all copies of the preliminary manuals prior to distribution (see 3.1.2). This number shall be imprinted on the upper left hand corner of the cover, and printed on the upper right hand corner of the title page.

3.1.8.2.5 **Covers.** – Covers for preliminary manuals shall be at least 20 by 26-65/500 - basis gray antique finish cover stock or similar material, bellows fold, with the title and other pertinent information on the cover. This information shall be identical with that which will appear on the final manual. (See figure 1).

3.1.8.2.6 **Printing.** – The text of preliminary manuals may be printed by any quick, economical method, such as multigraph, mimeograph or similar method.

3.2 **Type I manuals.** – The preparation and contents of the type I manuals shall be as specified in the individual contract or order.

3.3 **Type II manuals.** –

3.3.1 **Contents.** – Type II manuals shall contain the following information as applicable presented in the order listed (see figures 1 to 13 inclusive).

> Front matter.
> Section 1 - General information.
> Section 2 - Principles of operations.
> Section 3 - Operating instructions.
> Section 4 - Installation.
> Section 5 - Maintenance.
> Section 6 - Parts list.
> Section 7 - Drawings.
> Memorandum.

**Note.** – When a manual covers an equipment composed of several distinct units (for example, a generating set consisting of a diesel engine, a generator, a voltage regulator, and a controller), it may be necessary to arrange the manual in major divisions, each covering one unit. If so, the major divisions may be arranged by subdivisions, each corresponding to the requirements listed herein. The order listed herein may be altered with the approval of the Bureau or agency concerned.

3.3.1.1 **Front matter.** – The front matter for type II manuals shall consist of the following:

> (a) Cover.
> (b) Title page.
> (c) Approval and procurement record page.
> (d) List of effective pages.
> (e) Correction page.
> (f) Table of contents.
> (g) List of figures.
> (h) List of tables.

3.3.1.1.1 The list of effective pages shall be required in classified manuals only, and in multiple volume manuals shall be a separate page for the contents of each volume.

3.3.1.1.2 The title page, table of contents, list of figures and list of tables shall be a separate page for the contents of each volume.

5

*Licensed by Information Handling Services*

■ 9999906 2107147 446 ■

MIL-M-15071C (SHIPS)

3.3.1.1.3 **Approval and procurement record page.** – In all final copies of the manual, the manufacturer shall include an approval and procurement record page inserted immediately following the title page. Figures 3a or 3b gives the format that shall be followed in its preparation.

3.3.1.1.4 **List of effective pages.** – A list of effective pages (see figure 4) shall be prepared for all final manuals classified for security purposes (see 3.1.4) and copies thereof. For multiple volume manuals there shall be prepared a separate list for the contents of each volume.

3.3.1.1.5 **Correction page.** – A correction page (see figure 5) shall be furnished for all final manuals and copies thereof for the purpose of making revisions in accordance with 3.1.6. For multiple volume manuals there shall be prepared a separate correction page for each volume.

3.3.1.1.6 **Table of contents.** – The table of contents (see figure 6) shall list all primary divisions and secondary subdivisions such as chapters, sections, and main paragraphs, with their corresponding paragraph numbers and page numbers. Where sub-manufacturers are furnishing associated equipment it shall be the responsibility of the prime contractor to integrate and reflect the information provided by the sub-manufacturers within the table of contents.

3.3.1.1.7 **List of figures and drawings.** – A list of figures (see figure 7) which have been assigned figure numbers shall be prepared. The list shall be arranged in numerical sequence by figure number and shall give the figure title (see 3.3.3.8) and page number.

3.3.1.1.8 **List of tables.** – The list of tables (see figure 8) shall follow the list of figures and drawings. It shall include all tables assigned numbers and shall be arranged in numerical sequence by table number.

3.3.1.2 **Section 1 – General information.** – This section shall include general data, an introduction, and a detailed description.

3.3.1.2.1 **General data.** – This portion of the manual shall contain the following data:

(a) Component list and performance design characteristics: The name of each component and the respective manufacturer's name with its complete rated performance characteristics for continuous or intermittent operation and, where applicable, maximum permissible overload characteristics and their duration. In addition, a description of the the item shall be included to distinguish it from other items of the same general category. For instance, a motor shall be distinguished as to the specific type of motor for example, as a.c., synchronous, totally enclosed, etc.

(b) Navy type designation.
(c) Principal overall dimensions.
(d) Weights (with or without packing).
(e) Allowable clearances, temperatures, pressures, pressure and blow range settings or tolerances shall be shown in tabular form.

3.3.1.2.2 **Introduction.** – This division shall include a general description of the equipment; explain briefly what it is, where it is used, what it will do, and the general overall and interrelated operation of the various units. All information of a general character applicable to the complete equipment shall also be given. Where the text contains technical terms, terms not commonly used, or symbols, definitions shall be included.

3.3.1.2.3 **Detailed description.** – This division shall contain a complete detailed description of units and assemblies which comprise the complete equipment; for example, ship service turbogenerator, the turbine, reduction gear, generator and exciter.

3.3.1.2.4 **Section 2 – Principles of operation.** – This division shall contain a brief resume of the principles of operation. Figures, sketches, performance curves, and schematic wiring diagrams shall be included to convey an understanding of the function and operation of the equipment (see 3.3.1.2.9).

3.3.1.2.5 **Section 3 – Operating instructions.** – Information shall include routine and emergency procedures, and safety precautions; maximum and minimum loads; normal temperature or pressure limits or both; trans-

6

■ 9999906 2107148 382 ■

for from manual to automatic operation (or the reverse), to be observed in the starting, operating, stopping, and shutting down of the equipment. In addition, action(s) shall be described which should be taken in the event of power failure; control air failure; generating tube failure; lube-oil failure; steering gear failure; partial failure of equipment; and similar conditions. Action(s) described in the event of partial failure shall include, where practicable, those procedures necessary to provide continued service of the equipment until an opportune time is available to repair the equipment. Where operating procedures are to be performed in specific sequence, step-by-step procedures shall be given. Operations shall be numbered in the order in which they are performed. Operating data which is frequently referred to in operating the equipment shall be included. Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.3.1.2.6 **Section 4 – Installation.** — This division shall contain methods of installation, including packing or unpacking, handling, preparation of foundation, alignment, precautions, mounting instructions, bolting diagrams, recommendations regarding shielding, safety guards, grounding or bonding.

3.3.1.2.7 **Section 5 – Maintenance.** –

3.3.1.2.7.1 **Preventive maintenance.** — This division shall cover all maintenance procedures, inspection, tests, test data, and adjustments which should be performed periodically and regularly for the purpose of preventing failure or impairment of the equipment. Routine maintenance check charts or instructions or both shall be provided. They shall include, but shall not necessarily be limited to the following:

    (a) A tabulation of periodic, routine, mechanical, and electrical tests and checks which should be accomplished regularly to insure continuity of service at optimum performance.
    (b) Tables or charts or both to indicate what is to be done, when it is to be done, and how to do it.
    (c) Utilization of the test facilities which may be incorporated in the various components.
    (d) Instructions for the care, inspection, and cleaning of all pertinent parts.
    (e) Instructions stressing the importance of properly maintaining any safety devices or interlocks provided to prevent damage to equipment or injury to personnel.
    (f) Instructions on lubrication shall be provided as applicable, preferably in chart form. They shall include information regarding lubrication recommended by the manufacturer, the type of lubricant to be used, together with specific time periods. Lubricants shall be described by Military specification numbers where applicable and by commercial designations.

3.3.1.2.7.2 **Corrective maintenance.** — This division shall cover all information necessary to permit a technician to locate trouble, and to make repairs, adjustments and conduct tests of each component, assembly or sub-assembly of the equipment upon initial installation or under other conditions such as after major overhaul where complete readjustment may be required. Included in this division shall be the following:

    (a) Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptons, probable cause, and instructions for remedying the faults.
    (b) Complete instructions on signal tracing for electric circuits, use of test instruments and other common servicing techniques.
    (c) Ample figures, photographs, exploded views giving details of mechanical assemblies, and simplified schematic diagrams of electrical, mechanical, hydraulic and pneumatic circuits. Figures contained in other divisions may be used and referred to under this division without duplicating them.

3.3.1.2.8 **Section 6 – Parts list.** — This section shall contain identification data covering all repair parts to facilitate ready identification of parts for replacement and ordering purposes. Do not list standard hardware, structural parts, indicating instrument parts or other parts which have no maintenance significance.

3.3.1.2.8.1 **Contents.** — The parts list shall contain the following subdivisions:

    (a) Introduction.
    (b) Parts tabulation.
    (c) Special tools.

3.3.1.2.8.1.1 **Introduction.** — This division shall contain sufficient instructions to explain the following:

7

Licensed by Information Handling Services

**EXHIBIT "5"**



SUPERSEDED

MIL–STD–129
9 August 1951

SUPERSEDING
MIL–M–3157
20 March 1950
Army 94–40645B
11 June 1947
Army 100–2E
9 September 1944
AN–M–13A (in part)
15 July 1948
AF 40737B
26 April 1948
AF 40985A
1 May 1946
QMC Tent. OQMG–94B
21 March 1949
QMC Tent. OQMG–130
1 December 1944
ENG. T–2462.
18 January 1946
NAVY SHIPMENT MARKING
   HANDBOOK
June 1950

# MILITARY STANDARD
# MARKING OF SHIPMENTS



UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1951

For sale by the Superintendent of Documents, U. S. Government Printing Office
Washington 25, D. C.   •   Price 35 cents

EUBANKS 00030

# MUNITIONS BOARD STANDARDS AGENCY
## DEPARTMENT OF DEFENSE
## WASHINGTON, D. C.

**9 August 1951**

Marking of Shipments
MIL–STD–129

1. This standard has been approved by the Departments of the Army, the Navy, and the Air Force and is published as a means of establishing uniform requirements for marking of shipments.

2. The Munitions Board Standards Agency approved this standard for printing and inclusion in the MIL series of standards on 9 August 1951.

3. In accordance with established procedure the Munitions Board Standards Agency has designated the Quartermaster Corps as custodian of this standard.

4. This standard or applicable excerpts therefrom, is mandatory for use effective immediately upon date of receipt by the Departments of the Army, the Navy, and the Air Force for the marking of shipments. Where repeated deviations from the approved Military standard are granted by a department, a report shall be made to the Munitions Board Standards Agency by that department with reason for the deviation.

5. Recommended corrections, additions, or deletions should be addressed to the Director, Munitions Board Standards Agency, Washington 25, D. C.

ii

1759

EUBANKS 00031

# CONTENTS

| | | Page |
|---|---|---|
| 1. | INTRODUCTION AND GENERAL REQUIREMENTS | 1 |
| 1.1 | Purpose | 1 |
| 1.2 | Deviations | 1 |
| 1.3 | Abbreviations | 1 |
| 1.4 | Unauthorized markings | 2 |
| 1.5 | Domestic address | 2 |
| 1.6 | Overseas address | 2 |
| 2. | DEFINITIONS AND MARKING TERMS | 3 |
| 2.1 | Definitions | 3 |
| 2.2 | Marking terms | 3 |
| 3. | MATERIALS | 7 |
| 3.1 | General | 7 |
| 3.2 | Waterproofing lacquer and varnish | 7 |
| 3.3 | Label adhesive and cement | 7 |
| 3.4 | Stencil marking material | 7 |
| 3.5 | Obliterating lacquer, enamel, or paint | 7 |
| 3.6 | Labels | 7 |
| 3.7 | Tags | 7 |
| 4. | METHODS AND SIZE OF MARKING | 9 |
| 4.1 | Interior packages, shipping containers, and unpacked items | 9 |
| 5. | INTERIOR PACKAGE MARKING OTHER THAN SUBSISTENCE AND PETROLEUM PRODUCTS | 11 |
| 6. | STANDARD MARKINGS ON SHIPPING CONTAINERS OTHER THAN SUBSISTENCE AND PETROLEUM PRODUCTS | 13 |
| 6.1 | Permanent marking | 13 |
| 6.2 | Contract data marking | 13 |
| 6.3 | Destination marking | 13 |
| 6.4 | Service designations | 13 |
| 6.5 | Packing list and invoice to accompany shipment | 13 |
| 7. | SPECIAL MARKINGS ON SHIPPING CONTAINERS | 15 |
| 7.1 | Restrictive markings | 15 |
| 7.2 | Set or assembly marking | 15 |
| 7.3 | Handling markings | 15 |
| 7.4 | Structural markings | 16 |
| 7.5 | Preservation marking | 16 |
| 7.6 | Technical data marking | 17 |
| 7.7 | Special assembly instructions and warnings | 17 |
| 7.8 | Regulation and statute marking | 17 |
| 8. | LOCATION OF MARKINGS OTHER THAN "ELECTRONICS" (NAVY), SUBSISTENCE, AND PETROLEUM PRODUCTS | 19 |
| 8.1 | General | 19 |
| 8.2 | Interior packages | 19 |
| 8.3 | Boxes and crates | 19 |
| 8.4 | Barrels and drums | 20 |
| 8.5 | Bales | 20 |
| 8.6 | Unpacked items and small containers | 21 |
| 8.7 | Rods, shafting, bars, etc | 21 |
| 8.8 | Reels of cable and wire | 21 |
| 8.9 | Coils of wire | 21 |
| 8.10 | Palletized unit load | 22 |
| 8.11 | Shipping sacks | 22 |
| 9. | "ELECTRONIC" (NAVY) EQUIPMENT MARKING | 23 |
| 9.1 | General | 23 |
| 9.2 | Use of the word "electronics" | 23 |

iii

|  |  | Page |
|---|---|---|
| 9.3 | Special symbols | 23 |
| 9.4 | Instructions for opening | 23 |
| 9.5 | Containers | 23 |
| 10. | MARKING OF SHIPPING CONTAINERS FOR SUBSISTENCE | 25 |
| 10.1 | General | 25 |
| 10.2 | Shipping containers other than shipping sacks | 25 |
| 10.3 | Shipping sacks | 25 |
| 10.4 | Destination marking | 25 |
| 10.5 | Service designation | 25 |
| 10.6 | Fragile marking | 25 |
| 10.7 | Precautionary, regulation and statute marking | 25 |
| 10.8 | Size of lettering | 25 |
| 10.9 | Location of markings | 25 |
| 11. | MARKING OF CONTAINERS FOR PETROLEUM PRODUCTS | 27 |
| 11.1 | General | 27 |
| 11.2 | Method of application of markings on containers | 27 |
| 11.3 | Service designation markings | 27 |
| 11.4 | Product symbols | 27 |
| 11.5 | Composition of markings | 27 |
| 11.6 | Shipping containers | 29 |
| 11.7 | Intermediate packages | 29 |
| 11.8 | Overseas destination code | 29 |

## LIST OF FIGURES

| Figure | |
|---|---|
| 1A | Army Service symbols. |
| 1B | Bureau and Corps symbols. |
| 2 | Symbol for Medical services of the Armed Forces. |
| 3 | Fragile label. |
| 4 | Basic marking for box. |
| 5 | Basic marking for unsheathed crate. |
| 6 | Markings for sheathed crate. |
| 7A | Basic marking for steel drum (other than petroleum products). |
| 7B | Basic marking for barrel (other than subsistence and petroleum products). |
| 8 | Basic marking for tubular bale (preserve end). |
| 9A | Method I of marking palletized unit load. |
| 9B | Method II of marking palletized unit load. |
| 9C | Method III of marking palletized unit load. |
| 10 | Marking for shipping sack. |
| 11 | Symbols for "electronic" (Navy) equipment. |
| 12 | Marking of shipping container for "electronic" (Navy) equipment. |
| 13 | Crescent symbol for subsistence. |
| 14A | Marking of shipping container for nonperishable subsistence, issue item. |
| 14B | Marking of shipping container for nonperishable subsistence, resale item. |
| 14C | Marking of shipping container for perishable subsistence, issue item. |
| 14D | Marking of shipping container for perishable subsistence, resale item. |
| 15 | Markings for standard unit containers, top and bottom heads (for petroleum products). |
| 16 | Markings for standard unit containers, side (for petroleum products). |
| 17 | Marking 5-gallon can, gasoline (Military). |
| 18 | Marking of shipping container for petroleum products. |
| 19 | Symbol for radiation hazard marking. |

Sold to:PAUL, HANLEY & HARLEY, 01647129

EUBANKS 00033

MIL–STD–129
9 August 1951

# 1. INTRODUCTION AND GENERAL REQUIREMENTS

**1.1 PURPOSE.** The purpose of this standard is to provide uniform marking for shipment of material for the Armed Forces. Compliance with this standard will eliminate all unnecessary marking on shipping containers and unpacked items; will insure the minimum number of markings on overseas shipments, thus allowing the overseas address to be prominently displayed; and will insure sufficient space for markings used by overseas theaters and bases for transshipment of supplies.

**1.2 DEVIATIONS.** When deviations from this standard are found to be necessary, owing to peculiar circumstances, specific instructions shall be obtained from the procuring activity having responsibility for the shipment.

**1.3 ABBREVIATIONS.** When space does not permit complete spelling, the following abbreviations may be used in the markings. Periods will not be used with abbreviations except those representing states.

*(a)* Package units:

| | |
|---|---|
| Ball | BA |
| Barrel | BBL |
| Book | BK |
| Bottle | BOT |
| Bundle | BDL |
| Cake | CK |
| Carton | CTN |
| Case | CS |
| Chest | CHT |
| Cone | CE |
| Crate | CRT |
| Deck | DK |
| Envelope | ENV |
| Flask | FLK |
| Hank | HK |
| Length | LG |
| Package | PKG |
| Pallet | PL |
| Paper | PA |
| Piece | PC |
| Ribbon | RI |
| Roll | RL |
| Sheet | SH |

| | |
|---|---|
| Skid box | SB |
| Stick | ST |
| Unit | UN |

*(b)* Quantitative units:

| | |
|---|---|
| Dozen | DOZ |
| Each | EA |
| Gross | GR |
| Hundred | C |
| Pair | PR |
| Quire | QR |
| Ream | RM |
| Round | RD |
| Thousand | M |
| Great gross | GG |

*(c)* Weights and measure units:

| | |
|---|---|
| Bushel | BU |
| Cord | CD |
| Cubic centimeter | CC |
| Cubic foot | CU |
| Dram | DM |
| Foot | FT |
| Gallon | GAL |
| Hundredweight | CWT |
| Inch | IN |
| Linear feet | LNF |
| Linear yard | LNY |
| Ounce | OZ |
| Pint | PT |
| Pound(s) | LB(S) |
| Quart | QT |
| Square foot | SQF |
| Square yard | SQY |
| Net long ton | TLN |
| Net short ton | TSN |
| Long ton | TLG |
| Gross short ton | TSG |
| Yard | YD |
| Weight | WT |

*(d)* Miscellaneous abbreviations:

| | |
|---|---|
| Advance base construction depot | ABCD |
| Advance base depot | ABD |
| Advance base section | ABS |
| Aviation supply annex | ASA |
| Basic boxed base load | BBB |

1

Provided by IHS

Sold to:PAUL, HANLEY & HARLEY, 01647129

EUBANKS 00034

MIL–STD–129
9 August 1951

| | |
|---|---|
| Bill of lading. | B/L |
| Ocean bill of lading | OB/L |
| Government bill of lading | GB/L |
| Contract | CONT |
| Engine | ENG |
| Chemical Corps | CMLC |
| Naval Ammunition and Net Depot. | NA & ND |
| Naval Degaussing Station | NDS |
| Naval Magazine | NM |
| Naval Ordnance Plant | NOP |
| Naval Supply Center | NSC |
| Naval Torpedo Station | NTS |
| Naval Ordnance Test Station | NOTS |
| Central Torpedo Office | CTO |
| Invoice | INV |
| Mark | MK |
| Naval Aviation Supply Depot | NASD |
| Naval Supply Depot | NSD |
| Officer | OFF |
| Requisition | REQ |
| Shipment order | SO |
| U. S. Coast Guard | USCG |
| United States ship | USS |
| U. S. Marine Corps | USMC |
| Naval Ammunition Depot | NAD |
| Naval Gun Factory | NGF |
| Naval Mine Depot | NMD |
| Naval Powder Factory | NPF |
| Ordnance Supply Depot | OSD |
| Ordnance Stock Office | OSO |

**1.4 UNAUTHORIZED MARKINGS.** No markings shall be placed on containers other than those specified or permitted by the procuring activity or those required by regulation and/or statute.

**1.5 DOMESTIC ADDRESS.**

1.5.1 Sealed carloads and full truckloads. Unless otherwise specified, by the procuring activity on sealed carload and full truckload shipments moving from a single point of origin to one destination for delivery direct to the ultimate consignee, domestic address will be required on 10 percent, to the nearest unit, of the shipping containers, palletized unit loads, or unpacked items, except that when 10 percent of units exceed 10, only 10 units shall be so marked.

1.5.2 Less than carload (LCL) and less than truckload (LTL). The domestic address will be required on all shipping containers, palletized unit loads, and unpacked items for less than carload and less than truckload lots.

**1.6 OVERSEAS ADDRESS.** Unless otherwise specified by the procuring activity, the overseas address will be required on all shipping containers, palletized unit loads, and unpacked items.

2

1 763

Provided by IHS

Sold toPAUL, HANLEY & HARLEY, 01647129

EUBANKS 00035

MIL–STD–129
9 August 1951

# 7. SPECIAL MARKINGS ON SHIPPING CONTAINERS

## 7.1 RESTRICTIVE MARKINGS.

7.1.1 Classified material. When classified material is being shipped, marking shall be as specified by the procuring activity. Any markings indicating the nature of the classified material, its manufacture, and its restricted, confidential, or secret classification shall not appear on the outside of the container.

7.1.2 Valuable and security items. On such items as certain drugs, radio-active materials, radio crystals, precious metals, navigation watches, clocks, sun glasses, etc., the marking shall be as specified by the procuring activity. For service symbol to be used for radio-active materials see figure 19.

7.1.3 Code marking. Code marking, when required, shall be as specified by the procuring activity.

## 7.2 SET OR ASSEMBLY MARKING. When a set or assembly is shipped, the following set or assembly marking shall appear on the container in the location hereinafter specified.

7.2.1 Regular (other than machines and calibrated components). When a set or assembly is placed in two or more containers, each container shall bear, in addition to its own number, the total number of containers making up the set or assembly and the number of the set or assembly within each shipment. A 2-inch colored disk shall be placed above the numbers on each container signifying that all containers in the set in the shipment should be shipped together. The color of the disk for the Army and Air Force shipments shall be the appropriate service color; for the Navy Department bureaus and Marine Corps, shall be black. Thus, a box which is the second container of a group of four making up Set 28 should be marked as follows:



SET 28 2/4

7.2.2 Machines. When a machine is disassembled for shipment and the component parts are packed in two or more containers, each container shall be marked as specified in 7.2.1, except that the serial number of the machine shall be used instead of the number for the set.

7.2.3 Calibrated components. When the components of a single stock-numbered item are packed in two or more shipping containers, and the component packed in one shipping container is especially calibrated to the component packed in another shipping container, then each container, in addition to the marking specified in 7.2.1, shall be marked with the serial number of the item. The shipping containers shall be numbered within each set so that like contents shall always be contained in like numbered containers of all sets and the total number of containers employed per set for an item shall not vary.

## 7.3 HANDLING MARKINGS.

7.3.1 Fragile items. At least three surfaces of all rectangular containers or three equally spaced points on the circumference of cylindrical containers packed with delicate or fragile articles shall bear a fragile label affixed with water resistant label adhesive and placed so as to be conspicuous but not to interfere with any other markings. The label shall be imprinted with a red fractured disk on which is imposed in white the word "FRAGILE." (See fig. 3). The size of the label shall be 2½, 4, or 6 inches in diameter depending upon the size of the container to which it is attached. The fragile label shall not be used indiscriminately, and shall be affixed only to those containers which, because of the delicate or fragile nature of their contents, require particular care in handling. The label shall not be placed on the lower one-third of the sides unless specifically required by regulation or statute.

7.3.2 Arrows. Where consideration of the safety of the contents necessitates that containers be stacked with the top surface up, two sides of rectangular containers and two equidistant points on circumference of cylindrical

15

Sold to:PAUL, HANLEY & HARLEY, 01647129

EUBANKS 00045

MIL-STD-129
9 August 1951

containers shall be stenciled with the word "UP", and an arrow pointing toward the top of the containers shall be placed beneath each stenciled word. Arrows shall be employed only to indicate, or supplement the words "This Side Up". These markings shall not be used indiscriminately and are to be affixed only when it is essential.

7.3.3 Equipment including battery. When equipment includes a battery, the type of battery shall be plainly marked in large letters directly under description of contents as "WET BATTERY CHARGED", "UNFILLED BATTERY—NOT CHARGED", "UNFILLED BATTERY—CHARGED", or "DRY CELL BATTERY".

7.3.4 Boxes containing electrolyte. Boxes containing electrolyte shall be conspicuously marked with the words "CONTAINS ELECTROLYTE CORROSIVE LIQUID PACKED ACCORDING TO ICC (OR COAST GUARD) REGULATIONS" as applicable.

7.3.5 Shipment without tires. Shipments of equipment without normal complement of tires shall be plainly marked in large letters directly under the description of contents "NOT EQUIPPED WITH TIRES."

7.3.6 Center of balance and sling points. A ½-inch wide vertical line locating center of balance shall be painted on the bottom edge of both sides of containers over 10 feet in length or those which are unbalanced and the same shall be identified by stenciling or printing in 1-inch letters the words "CENTER OF BALANCE" immediately above or alongside of the mark (see fig. 6). It shall be left to the discretion of the procuring activity, as to which other containers shall be so marked in the interest of safe handling. On unboxed or mobile equipment, the location of sling points shall be marked in red and clearly indicated.

7.3.7 Boxes containing permanent magnets. Boxes containing high-powered permanent magnets shall be conspicuously marked with the words "MAGNETICALLY SHIELDED PACK FOR AIR SHIPMENT. MAINTAIN A MINIMUM DISTANCE OF SEVEN FEET BETWEEN THIS PACK AND SENSING DEVICE OF COMPASS".

7.4 STRUCTURAL MARKING. When applicable, the following structural markings shall appear on shipping containers (see fig. 6):
(a) "INSPECTION DOOR."
(b) "BATTERY INSPECTION DOOR."
(c) "REMOVE TOP FIRST."
(d) "TO OPEN UNSCREW TOP."
(e) "REUSEABLE CONTAINER."
(f) "CUT STRAPPING."

7.5 PRESERVATION MARKINGS.

7.5.1 Waterproof case liner. When specified by the procuring activity, all shipping containers which have been lined with a sealed waterproof case liner shall be clearly marked on one or more surfaces as follows:

SEALED WATERPROOF CASE LINER
DO NOT OPEN EXCEPT FOR USE OR INSPECTION

7.5.2 Method I, IA, or IB pack. When specified by the procuring activity, all shipping containers, contents of which have been preserved by method I, IA or IB shall be clearly marked on one or more surfaces of the shipping container as follows:

PRESERVED BY METHOD (I, IA OR IB as applicable)
(DATE)
DO NOT OPEN EXCEPT FOR USE OR INSPECTION

7.5.3 Method II pack. All shipping containers, any contents of which have been preserved by method II, shall be clearly marked on one or more surfaces as follows:

PRESERVED METHOD II DESICCANT
(DATE)
DO NOT OPEN EXCEPT FOR USE OR INSPECTION

16

1774

Sold to:PAUL, HANLEY & HARLEY, 01647129

EUBANKS 00046

MIL–STD–129
9 August 1951

**7.5.4 Fungus proofing (tropicalization).** Each shipping container, containing equipment, component or parts which has been fungus-proofed shall bear the following information on one or more surfaces:

```
        FUNGUS-PROOFED
TYPE        SPECIFICATION NO.
      DATE (fungus-proofed)
```

**7.6 TECHNICAL DATA MARKING.** Technical data marking, when required, shall be shown in accordance with the instructions, specifications, and drawings, for such markings as supplied by the procuring activity concerned.

**7.7 SPECIAL ASSEMBLY INSTRUCTIONS AND WARNINGS.** When special assembly instructions and warnings are required, they shall be supplied by the shipper and shall be conspicuously indicated.

**7.8 REGULATION AND STATUTE MARKING.** Special handling instructions and warnings shall be shown as required by the Interstate Commerce Commission regulations, U. S. Coast Guard regulations, Civil Aeronautics Board publications, and by statute.

17

Sold to:PAUL, HANLEY & HARLEY, 01647120

EUBANKS 00047

**EXHIBIT "6"**

**MIL–STD–129A**
**CHANGE NOTICE 1**
**18 JANUARY 1955**

## MILITARY STANDARD

## MARKING FOR SHIPMENT AND STORAGE

ORDM 4-4 COP

### TO ALL ACTIVITIES

1. THE FOLLOWING PAGES OF THIS STANDARD HAVE BEEN REVISED AND SUPERSEDE THE PAGES LISTED:

| New page | Date | Superseded page | Date |
|---|---|---|---|
| 14 | 18 January 1955 | 14 | 8 February 1954 |
| 57 | 18 January 1955 | 57 | 8 February 1954 |

2. RETAIN THIS COVER PAGE AND INSERT BEFORE THE TABLE OF CONTENTS OF THIS STANDARD.

GPO—O—Army—ORD—258

405

*1L*

EUBANKS 00080

**MIL–STD–129A**

8 February 1954

SUPERSEDING
MIL–STD–129
9 August 1951

# MILITARY STANDARD

# MARKING FOR SHIPMENT AND STORAGE



UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1954

For sale by the Superintendent of Documents, U. S. Government Printing Office
Washington 25, D. C. - Price 45 cents

EUBANKS 00081

**MIL–STD–129A**
**8 February 1954**

# OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE

## WASHINGTON 25, D. C.

Supply and Logistics

8 FEBRUARY 1954

Marking for Shipment and Storage
MIL–STD–129A

1. This standard has been approved by the Department of Defense for use by the Departments of the Army, the Navy, and the Air Force.

2. In accordance with established procedure the Standardization Division has designated the Quartermaster Corps, Bureau of Supplies and Accounts, and Air Force, respectively, as Army-Navy-Air Force custodians of this standard.

3. This standard is mandatory for use effective 5 April 1954 by the Departments of the Army, the Navy, and the Air Force.

4. Recommended corrections, additions, or deletions should be addressed to the Standardization Division, Office of the Assistant Secretary of Defense (Supply and Logistics), Washington 25, D. C.

II

408

EUBANKS 00082

MIL–STD–129A
8 February 1954

# CONTENTS

| | | Page |
|---|---|---|
| 1. | INTRODUCTION AND GENERAL REQUIREMENTS | 1 |
| 1.1 | Purpose | 1 |
| 1.2 | Marking precedence | 1 |
| 1.3 | Deviations | 1 |
| 1.4 | Abbreviations | 1 |
| 1.5 | Unauthorized markings | 2 |
| 1.6 | Domestic address | 2 |
| 1.7 | Overseas address | 3 |
| 2. | DEFINITIONS AND MARKING TERMS | 4 |
| 2.1 | Definitions | 4 |
| 2.2 | Marking terms | 4 |
| 3. | MATERIALS | 8 |
| 3.1 | General | 8 |
| 3.2 | Waterproofing lacquer, varnish and tape | 8 |
| 3.3 | Undercoating material | 8 |
| 3.4 | Overcoating material | 8 |
| 3.5 | Label adhesive and cement | 8 |
| 3.6 | Stencil marking material | 8 |
| 3.7 | Undercoating and obliterating lacquer, enamel, or paint | 8 |
| 3.8 | Labels | 8 |
| 3.9 | Tags | 8 |
| 3.10 | Waterproof envelopes | 8 |
| 3.11 | Decals and transfers | 8 |
| 4. | METHODS AND SIZE OF MARKING | 9 |
| 4.1 | Interior packages, unpackaged items, shipping containers, and loose or unpacked items | 9 |
| 5. | INTERIOR PACKAGE MARKING OTHER THAN SUBSISTENCE AND PETROLEUM PRODUCTS | 11 |
| 5.1 | Unit or intermediate packages | 11 |
| 5.2 | Fragile items | 11 |
| 5.3 | Arrows | 11 |
| 5.4 | Fungus-proofing (tropicalization) | 11 |
| 6. | STANDARD MARKINGS FOR SHIPMENT OR STORAGE OTHER THAN SUBSISTENCE AND PETROLEUM PRODUCTS | 12 |
| 6.1 | Identification marking | 12 |
| 6.2 | Contract data marking | 12 |
| 6.3 | Shipping container number | 12 |
| 6.4 | Bill of lading or shipping order number | 12 |
| 6.5 | Destination marking | 13 |
| 6.6 | Service designations | 13 |

III

EUBANKS 00083

MIL–STD–129A
8 February 1954

*Page*

6. 7    Packing list, invoice and shipping documents to accompany
        shipment_____    13
6. 8    Precautionary regulation and statute marking_____    14
6. 9    Mutual Defense Assistance Program (MDAP) shipments_____    14
7.      SPECIAL MARKINGS ON SHIPPING CONTAINERS____    15
7. 1    Restrictive markings_____    15
7. 2    Set or assembly marking_____    15
7. 3    Handling markings_____    16
7. 4    Structural markings_____    17
7. 5    Preservation markings_____    17
7. 6    Packing markings_____    18
7. 7    Technical data marking_____    18
7. 8    Special assembly instructions and warnings_____    18
7. 9    Service data_____    18
7. 10   Engineering or technical order changes or modifications_____    18
8.      LOCATION OF MARKINGS OTHER THAN SUBSIST-
        ENCE, AND PETROLEUM PRODUCTS_____    19
8. 1    General_____    19
8. 2    Interior packages and unpackaged items_____    19
8. 3    Boxes and crates_____    19
8. 4    Barrels, drums, etc. (other than petroleum products)_____    20
8. 5    Bales_____    21
8. 6    Loose or unpacked items and small containers_____    22
8. 7    Rods, shafting, bars, etc_____    22
8. 8    Reels of cable and wire (except barbed wire)_____    22
8. 9    Coils of wire_____    22
8. 10   Palletized unit load_____    22
8. 11   Paper shipping sacks_____    23
8. 12   Shipping sacks other than paper_____    23
8. 13   Wrapped rolls_____    23
8. 14   Boxed carboys_____    23
9.      "ELECTRONIC" (NAVY) EQUIPMENT MARKING_____    24
9. 1    General_____    24
9. 2    Use of the word "electronics"_____    24
9. 3    Special symbols_____    24
9. 4    Instructions for opening_____    24
9. 5    Shipping containers_____    24
10.     MARKING OF SHIPPING CONTAINERS FOR SUB-
        SISTENCE_____    25
10. 1   General_____    25
10. 2   Shipping containers other than shipping sacks_____    25
10. 3   Shipping sacks_____    25
10. 4   Destination marking_____    26
10. 5   Service designation_____    26
10. 6   Fragile marking_____    26
10. 7   Precautionary, regulation and statute marking_____    26
10. 8   Size of lettering_____    26
10. 9   Location of markings_____    26

IV

EUBANKS 00084

MIL–STD–129A
8 February 1954

| | | Page |
|---|---|---|
| 11. | MARKING OF CONTAINERS FOR PETROLEUM PRODUCTS | 28 |
| 11.1 | General | 28 |
| 11.2 | Method of application of markings on containers | 28 |
| 11.3 | Service designation markings | 28 |
| 11.4 | Product symbols | 28 |
| 11.5 | Composition of markings | 28 |
| 11.6 | Shipping containers (boxes) | 30 |
| 11.7 | Intermediate packages | 31 |
| 11.8 | Overseas destination code | 31 |

411

EUBANKS 00085

MIL–STD–129A
8 February 1954

# 7. SPECIAL MARKINGS ON SHIPPING CONTAINERS

## 7.1 RESTRICTIVE MARKINGS.

**7.1.1** *Classified material.*—When classified material is being shipped, marking shall be as specified by the procuring activity or departmental regulations. Except as specified in Section 9 any markings indicating the nature of the classified material, its manufacture, and its confidential, or secret classification shall not appear on the outside of the container.

**7.1.2** *Valuable and security items.*—On such items as certain drugs, radio-active materials, radio crystals, precious metals, navigation watches, clocks, sun glasses, flight clothing, etc., the marking shall be as specified by the procuring activity or departmental regulations. For service symbol to be used for radio-active materials see figure 19.

**7.1.3** *Code marking.*—Code marking, when required, shall be as specified by the procuring activity or departmental regulations.

## 7.2 SET OR ASSEMBLY MARKING.

When a set or assembly is shipped, the following set or assembly marking shall appear on the container and shall be located in the lower right hand corner of the side and end containing the identification marking. (See fig. 6.)

**7.2.1** *Regular (other than machines and calibrated components).*—When a set or assembly is placed in two or more containers, each container shall bear, in addition to its own number, the total number of containers making up the set or assembly and the number of the set or assembly within each shipment. A 2-inch colored disk shall be placed above the numbers on each container signifying that all containers in the set in the shipment should be shipped together. The color of the disk for the Army and Air Force shipments shall be the appro-

priate service color; for the Navy Department bureaus and Marine Corps, shall be black. When shipment is made by military organizations other than shipping services, the color shall be red. Thus, a box which is the second container of a group of four making up Set 28 should be marked as follows:



SET 28
No. 2 of 4

**7.2.2** *Machines and other items (disassembled).*—When a machine or item is disassembled for shipment and the component parts are packed in two or more containers, each container shall be marked as specified in 7.2.1, except that the serial number of the machine or item shall be shown immediately below the number which identifies the individual container and the total containers comprising the set. For example:



SET 2
No. 1 of 3
Serial 19864.

**7.2.2.1** When an item is disassembled for shipment which does not have a serial number and the parts of the item are not interchangeable with parts of a similar item, then the set comprising the interchangeable parts shall be indicated by using a date followed by a capital letter in lieu of a serial number. For example:



SET 2
No. 1 of 3
12–1–52A

15

EUBANKS 00101

**MIL-STD-129A**
8 February 1954

**7.2.3** *Calibrated components.*—When the components of a single stock-numbered item are packed in two or more shipping containers, and the component packed in one shipping container is especially calibrated to the component packed in another shipping container, then each container, in addition to the marking specified in 7.2.1, shall be marked with the serial number of the item. The shipping containers shall be numbered within each set so that the contents shall always be contained in like numbered containers of all sets and the total number of containers employed per set for an item shall not vary.

**7.3 HANDLING MARKINGS.**

**7.3.1** *Fragile items.*—At least three surfaces of all rectangular containers or three equally spaced points on the circumference of cylindrical containers packed with delicate or fragile articles shall be marked "fragile" by any of the applicable methods listed below (see fig. 3). The fragile marking shall not be used indiscriminately, and shall be used only on those containers which, because of the delicate or fragile nature of their contents, require particular care in handling. The fragile marking shall not be placed on the lower one-third of the sides unless specifically required by regulations or statute.

**7.3.1.1** *Fragile labels.*—The label shall be imprinted with a red fractured disc (see fig. 3) on which is imposed in white the word "Fragile." The labels shall be either cut out to the shape of the fragile disc or imprinted on square material. The size of the discs shall be 2½, 4, or 6 inches in diameter depending on the size of the container. When imprinted on square material, the above size discs shall be on 3½, 4, or 7 inch minimum squares, respectively. Labels shall be affixed with water resistant adhesive and placed so as to be conspicuous but not interfere with any other markings.

**7.3.1.2** *Fragile stencils.*—Stencils may be used in lieu of labels for imprinting the fragile disc on shipping containers providing the word "Fragile" imposed on the red disc is in contrast-

ing color. The size of the discs shall be either 2½, 4, or 6 inches in diameter depending on the size of the container.

**7.3.1.3** *Fragile imprints.*—Containers imprinted with the fractured disc may be used in lieu of labels providing the color of the background (and color which forms the word fragile, etc.) is in contrast to the red of the fractured disc. The size of the disc shall be either 2½, 4, or 6 inches in diameter depending on the size of the container. The imprint shall be of a permanent nature.

**7.3.2** *Arrows.*—Where consideration of the safety of the contents necessitates that the containers be stacked with the top surface up, two sides of rectangular containers and two equidistant points on circumference of cylindrical containers shall be stenciled with the word "UP", and an arrow pointing toward the top of the containers shall be placed beneath each stenciled word. Arrows shall be employed only to indicate, or supplement the words "This Side Up." These markings shall not be used indiscriminately and are to be affixed only when it is essential.

**7.3.3** *Equipment including battery.*—When equipment includes a battery, the type of battery shall be plainly marked in large letters directly under description of contents as "WET BATTERY CHARGED", "UNFILLED BATTERY — NOT CHARGED", "UNFILLED BATTERY—CHARGED", or "DRY CELL BATTERY."

**7.3.4** *Boxes containing electrolyte.*—Boxes containing electrolyte shall be conspicuously marked with the words "CONTAINS ELECTROLYTE CORROSIVE LIQUID PACKED ACCORDING TO ICC (OR COAST GUARD) REGULATIONS" as applicable.

**7.3.5** *Shipment without tires.*—Shipments of equipment without normal complement of tires shall be plainly marked in large letters directly under the description of contents "NOT EQUIPPED WITH TIRES."

16

EUBANKS 00102

**7.3.6** *Center of balance and sling points.*—A ½-inch wide vertical line locating center of balance shall be painted on the bottom edge of both sides of containers over 10 feet in length or those which are unbalanced and the same shall be identified by stenciling or printing in 1-inch letters, the words "CENTER OF BALANCE" immediately above or alongside of the mark (see fig. 6). It shall be left to the discretion of the procuring activity, as to which other containers shall be so marked in the interest of safe handling. On unboxed or mobile equipment, the location of sling points shall be marked in red and clearly indicated.

**7.3.7** *Precautionary markings.*—Marking such as "TOP," "GLASS," "KEEP DRY," "PERISHABLE," "KEEP FROZEN," or other special handling instructions of a similar nature shall appear on shipping containers as applicable. However, such markings shall not interfere or obscure other markings on shipping containers.

**7.3.8** *Boxes containing permanent magnets.*—Boxes containing high powered permanent magnets shall be conspicuously marked on two opposite sides of each container with a RED CAUTION label with white lettering as follows:

CAUTION

THIS PACKAGE CONTAINS HIGH POWERED PERMANENT MAGNETS MAINTAIN A *MINIMUM* DISTANCE OF SEVEN FEET FROM COMPASS SENSING DEVICE AND OTHER CARGO WHICH MAY BE AFFECTED

**7.3.9** *Radiation hazard.*—Unless otherwise specified (see 7.1.2), shipping containers, etc., containing radio active materials which may constitute radiation hazards, shall be marked on the sides where practicable, with the radiation hazard label as shown by figure 19, and in accordance with applicable regulations or statute markings.

**7.3.10** *Legend "USE NO HOOKS".*—When required by the cognizant activity, the legend "USE NO HOOKS" in letters not less than 1½ inches in height shall be stenciled on all shipping containers susceptible to damage by use of hooks.[1] In addition, a hook symbol with a superimposed "X" sufficiently heavy to convey the intended prohibitory use of the hook shall be placed directly beneath the legend. Legend and hook shall be labeled or stenciled in the center of each side of the container. (See fig. 8 and fig. 21.)

**7.3.11** *Load bearing areas.* When shipping containers and contents are subject to damage caused by "bending" and "twisting" from uneven container stresses or strains, load bearing areas and lift points shall be marked on the exterior of the container.

**7.4** STRUCTURAL MARKINGS. When applicable, the following structural markings shall appear on shipping containers and shall be located on or near the structure described (see fig. 6):

   (a) "INSPECTION DOOR."
   (b) "BATTERY   INSPECTION DOOR."
   (c) "REMOVE TOP FIRST."
   (d) "TO OPEN UNSCREW TOP."
   (e) "REUSABLE CONTAINER."
   (f) "CUT STRAPPING."

**7.5** PRESERVATION MARKINGS.

**7.5.1** *Waterproof case liner.* All shipping containers which have been lined with a sealed waterproof case liner shall be clearly marked on one side and end as follows:[2]

SEALED WATERPROOF CASE LINER

DO NOT OPEN EXCEPT FOR USE OR INSPECTION

**7.5.2** *Method I, IA, IB, IC or III pack.*

**7.5.2.1** *Method I, IA, IB, IC or III unit pack.*—All shipping containers contents which are a unit pack (contain a single item or a number of items of an assembly) which have been preserved Method I, IA, IB, IC, or III shall be clearly marked on one side and one end of the shipping contained as follows:[2]

_____

[1] It is intended that this marketing be accomplished by technical services at the depots and not at ports of embarkation.
[2] May be omitted on Army shipments.

17

EUBANKS 00103

**MIL-STD-129A**
**8 February 1954**

```
PRESERVED BY METHOD (I, IA, IB, IC or
III AS APPLICABLE

            (DATE)

DO NOT OPEN EXCEPT FOR USE OR
INSPECTION
```

**7.5.2.2** *Method I, IA, IB, IC or III two or more unit packages.* — Shipping containers which contain two or more interior packages preserved by Method I, IA, IB, IC or III shall be clearly marked on one side and one end of the shipping containers as follows: [a]

```
            CONTAINS

   INTERIOR PACKAGES PRESERVED

METHOD I, IA, IB, IC or III (AS APPLICABLE)

            (DATE)
```

**7.5.3** *Method II pack.*

**7.5.3.1** *Method II unit pack.*—All shipping containers contents which are a unit pack (contain a single item or a number of items of an assembly) which have been preserved Method II shall be clearly marked on one side and one end of the shipping container as follows:

```
PRESERVED METHOD II DESICCANT
            (DATE)

DO NOT OPEN EXCEPT FOR USE OR
INSPECTION
```

**7.5.3.2** *Method II, two or more unit packages.*—Shipping containers, which contain two or more interior packages preserved Method II, shall be clearly marked on one side and one end of the shipping container as follows:

```
            CONTAINS

   INTERIOR PACKAGES PRESERVED

       METHOD II (AS APPLICABLE)

            (DATE)
```

[a] May be omitted on Army shipments.

**7.5.4** *Fungus proofing (tropicalization).*— Each shipping container containing equipment, component, or parts which have been moisture fungus proofed shall be marked with the symbol "MFP."

**7.6  PACKING MARKINGS.**

**7.6.1** *Materials not to be repacked.*—Material that is not to be repacked because of a particular characteristic such as fragility, sensitivity, or other reasons will be clearly marked on the top of the container "DO NOT REPACK."

**7.6.2** *Air shipments.*—When shipments are specifically packed for movement by air transportation in lightweight containers that will not withstand movement by land transport to destination, the containers will be stenciled on the top side "PACKED FOR AIR ONLY."

**7.7  TECHNICAL DATA MARKING.** Technical data marking, when required, shall be shown in accordance with the instructions, specifications, and drawings, for such markings as supplied by the procuring activity concerned.

**7.8  SPECIAL ASSEMBLY INSTRUCTIONS AND WARNINGS.** When special assembly instructions and warnings are required, they shall be supplied by the shipper and shall be conspicuously indicated.

**7.9  SERVICE DATA.** When drawings, pamphlets, books, spare parts lists, or wiring diagrams to be used for installation, operation, or maintenance of the equipment are packed within the same shipping container as the major item or component part; such containers shall be marked to indicate that such material is contained therein and shall be located on the side opposite from the one marked with the overseas address.

**7.10  ENGINEERING OR TECHNICAL ORDER CHANGES OR MODIFICATIONS.** It shall be the responsibility of the contractor to include in all markings, information pertaining to engineering or technical order changes or modifications which have been incorporated in the item and to indicate date such changes or modifications were accomplished.

18

EUBANKS 00104

**EXHIBIT "7"**



**MIL–STD–129C**
**Change Notice 5**
**27 November 1963**

# SUPERSEDED

## MILITARY STANDARD

# MARKING FOR SHIPMENT AND STORAGE

TO ALL ACTIVITIES:

1. The following pages of MIL–STD–129C have been revised and supersede the pages listed:

| New page | Date | Superseded page | Date |
|---|---|---|---|
| v | 27 November 1963 | v | 28 August 1962 |
| 13 | 27 November 1963 | 13 | 28 August 1962 |
| 14 | 27 November 1963 | 14 | 28 August 1962 |
| 14a | 27 November 1963 | 14a | 28 August 1962 |
| 67 | 27 November 1963 | 67 | 28 August 1962 |

2. The following pages are to be added: None.

3. The following is a cumulative list of earlier changes:

| New pages | Date | Superseded page | Date |
|---|---|---|---|
| v | 28 August 1962 | v | 25 May 1962 |
| 1 | 28 August 1962 | 1 | 11 July 1960 |
| 2 | 28 August 1962 | 2 | 11 July 1960 |
| 3 | 28 August 1962 | 3 | 25 May 1962 |
| 4 | 28 August 1962 | 4 | 25 May 1962 |
| 5 | 28 August 1962 | 5 | 11 July 1960 |
| 6 | 28 August 1962 | 6 | 25 May 1962 |
| 7 | 28 August 1962 | 7 | 25 May 1962 |
| 8 | 28 August 1962 | 8 | 25 May 1962 |
| 9 | 28 August 1962 | 9 | 11 July 1960 |
| 10 | 28 August 1962 | 10 | 11 July 1960 |
| 11 | 28 August 1962 | 11 | 11 July 1960 |
| 12 | 28 August 1962 | 12 | 11 July 1960 |
| 13 | 28 August 1962 | 13 | 25 May 1962 |
| 14 | 28 August 1962 | 14 | 25 May 1962 |
| 14a | 28 August 1962 | 14a | 25 May 1962 |
| 14b | 28 August 1962 | 14b | 25 May 1962 |
| 14c | 28 August 1962 | | |
| 15 | 28 August 1962 | 15 | 11 July 1960 |
| 16 | 25 March 1963 | 16 | 28 August 1962 |
| 16a | 28 August 1962 | | |
| 17 | 28 August 1962 | 17 | 25 May 1962 |
| 18 | 28 August 1962 | 18 | 11 July 1960 |
| 18a | 28 August 1962 | | |
| 19 | 28 August 1962 | 19 | 11 July 1960 |
| 20 | 25 March 1963 | 20 | 28 August 1962 |
| 20a | 28 August 1962 | | |
| 21 | 28 August 1962 | 21 | 11 July 1960 |
| 22 | 28 August 1962 | 22 | 11 July 1960 |
| 23 | 28 August 1962 | 23 | 11 July 1960 |
| 24 | 28 August 1962 | 24 | 25 May 1962 |
| 25 | 28 August 1962 | 25 | 11 July 1960 |
| 26 | 25 March 1963 | 26 | 28 August 1962 |

Obtained From
GLOBAL ENGINEERING DOCUMENTS
2625 So. Hickory St., Santa Ana, CA 92707
(714)540-9870; (213)624-1216; (800)854-7179


**MIL-STD-129C**
**27 November 1963**

| New pages | Date | Superseded page | Date |
|---|---|---|---|
| 27 | 28 August 1962 | 27 | 11 July 1960 |
| 29 | 28 August 1962 | 29 | 11 July 1960 |
| 30 | 28 August 1962 | 30 | 11 July 1960 |
| 30a | 28 August 1962 | | |
| 31 | 28 August 1962 | 31 | 11 July 1960 |
| 32 | 28 August 1962 | 32 | 11 July 1960 |
| 33 | 28 August 1962 | 33 | 11 July 1960 |
| 34 | 28 August 1962 | 34 | 11 July 1960 |
| 35 | 28 August 1962 | 35 | 25 May 1962 |
| 36 | 28 August 1962 | 36 | 25 May 1962 |
| 37 | 28 August 1962 | 37 | 11 July 1960 |
| 40 | 28 August 1962 | 40 | 11 July 1960 |
| 42 | 28 August 1962 | 42 | 11 July 1960 |
| 45 | 28 August 1962 | 45 | 11 July 1960 |
| 46 | 28 August 1962 | 46 | 11 July 1960 |
| 46a | 28 August 1962 | 46 | 11 July 1960 |
| 54 | 28 August 1962 | 54 | 11 July 1960 |
| 54a | 28 August 1962 | 54 | 12 July 1960 |
| 55 | 28 August 1962 | 55 | 11 July 1960 |
| 56 | 28 August 1962 | 55 | 11 July 1960 |
| 56a | 28 August 1962 | 56 | 11 July 1960 |
| 57 | 28 August 1962 | 57 | 11 July 1960 |
| 64 | 28 August 1962 | 64 | 11 July 1960 |
| 67 | 28 August 1962 | 67 | 10 February 1961 |

4.  Retain this notice and insert before the table of contents.

5.  Holder of MIL-STD-129C will verify that page changes indicated above have been entered and will destroy the previous notice. Activities which stock these notices for issue are warned that each notice, together with its appended revised pages, is in effect a separate publication to be retained until the military standard is completely revised or canceled.

EUBANKS 00224

MIL–STD–129C
27 November 1963

## LIST OF FIGURES*

*Figure*
1. Basic marking for unit and intermediate packages.
2. Deleted.
3. Precautionary label (method II).
4. Special markings.
5. Mutual security label.
6A. Overseas address marking.
6. Basic markings for box under 10 cubic feet.
7A. Domestic address marking.
7. Basic markings for box over 10 cubic feet.
8. Basic markings for unsheathed crate under 10 cubic feet.
9. Basic markings for unsheathed crate over 10 cubic feet.
10. Basic markings for bales.
11. Basic markings for cloth covered bundles.
12. Basic markings for shipping sacks and bags.
13. Basic markings for drums—metal or fiber.
14. Basic markings for wooden barrels and kegs other than subsistence.
15. Basic markings for miscellaneous packs.
16A. Method A markings for unit loads.
16B. Method B markings for unit loads.
17A. Method C markings for unit loads.
17B. Method D markings for unit loads.
18. Deleted.
19. Deleted.
20. Fragile label.
21. Basic marking of shipping container for electronic equipment.
22. Symbols for electronic equipments.
23. Subsistence marking for paper shipping sacks, export.
24. Marking for shipping bags (textile and laminated textile) subsistence.
25. Crescent symbol for subsistence items.
26. Marking of shipping containers for nonperishable subsistence, overseas shipment.
26A. Marking of shipping containers for perishable subsistence, overseas shipment.
27. Deleted.
28. Deleted.
29. Caution label for magnetic equipment suitable for air shipment.
30. Caution label for magnetic equipment not suitable for air shipment.

*Where CF appears in the figure it shall be deleted and CU substituted to denote the abbreviation for cubic displacement of the shipping container.

*Note.* Figures 2, 18, 19, and 27 are deleted in Change Notice 3. Disregard references to these figures as they may appear throughout the basic document. In the next revision of MIL–STD–129 the figures that are retained will be renumbered to be in accordance with the deletions.

In Figures 16 and 17, change "palletized loads" to "unit loads" in each of the titles.

EUBANKS 00225

EUBANKS 00226

use may be used only when approved by the cognizant activity.

(c) Quantity and unit of issue (see 3.21 and 3.27).

(d) ·Contract or order number (when specified).

   (1) When specified, contract item (or subitem) number shall be marked on all interior containers when the contract contains more than one line item.

(e) Level of preservation and date.

(f) Serial number when specified (see 3.30).

(g) Lot batch or control number (as required by statue or when specified).

(h) Manufacturer's part number (when specified).

(i) Manufacturer's Federal Supply Code from Cataloging Handbook (M–4–1) or name and address (when specified).

(j) Special markings when applicable (see 5.2.2). ·

**5.2.1.2** *Level C packages.*

(a) Federal stock number. (When no Federal stock number is referenced, other identification number or manufacturer's part number as specified shall be used).

(b) Item description.

(c) Quantity and unit.

(d) Contract or order number (when specified).

(e) Level of preservation and date.

**5.2.1.3** *Markings for consolidated package.* When an assortment of individually identified items, which cannot be identified under one stock number, one packaged in a single

interior container, a. brief description of the contents will be permitted. The level of protection of the package date will not be indicated. A label may be applied to the container to identify the contents, e.g.,

*Consolidated package*

| | |
|---|---|
| 2 Ea Gear ...............| 1010–721–4616 |
| 5 Ea Worm Shaft ........| 1015–507–3103 |
| 3 Ea Bearing ............| 3120–347–5897 |

**5.2.1.4** *Shipping package.* When the container of a unit package is used also as the shipping container, the identification marking applicable to shipping containers (see 5.3.1) will be used in lieu of interior packaging marking.

**5.2.2** *Special markings.* When applicable, items shall be marked in accordance with 5.2.2.1 through 5.2.2.9, as applicable.

**5.2.2.1** *Arrows.* Where consideration for the safety of the contents of unit or intermediate packages necessitates that the container be stacked with the top surfaces up, the containers shall be marked to indicate the proper position at which the container is to be maintained at all times.

**5.2.2.2** *Method II pack.* Method II packs, which are interior packages, shall bear a precautionary label or stamp (see fig. 3), on all unit and intermediate packages as prescribed in Specification MIL–P–116. When space is not available for the required label or stamp, the words METHOD II PACK—DO NOT OPEN UNTIL READY FOR USE in as large letters as possible shall be placed below the last line of the identification markings.

**5.2.2.3** *Radioactive material.* When radioactive material has been added to the packaged item, the unit, intermediate and shipping containers shall be marked in accordance with Specification MIL–M–19590.

EUBANKS 00227

**MIL–STD–129C**
**27 November 1963**

This page is deleted in Change Notice 5.

In the next revision of MIL–STD–129, the pages will be renumbered to be in accord with this deletion.

EUBANKS 00228

MIL–STD–129C
27 November 1963

**5.2.2.4** *Hazardous chemicals.* All package units of hazardous chemicals to be ultimately issued to the consumer who may be exposed to such chemicals under conditions of ordinary use, shall have affixed thereto such warning labels as may be required by the Manufacturing Chemists Associations Manual L–1, A Guide for Preparation of Warning Labels for Hazardous Chemicals, or by appropriate Department of Defense instructions and Military specifications and standards as published which shall take precedence.

**5.2.2.5** *Date manufactured.* For all items or assemblies required by applicable specifications, bulletins, drawings, or other documents to be marked with date of manufacture, the date of manufacture as required in the applicable document shall be used and shown on unit and intermediate packages.

**5.2.2.6** *Date cured.* For all rubber (or synthetic elastomers) items required by applicable specifications, bulletins, drawings, other documents to be marked with cure date, the cure date as required in the applicable document shall be used and shown on unit and intermediate packages.

**5.2.2.7** *Expiration date.* The expiration date used shall be that date which has been established by the manufacturers or specified by an authorized activity.

**5.2.2.8** *Sensitized materials.* For sensitized materials and for other items specified in the contract or order, except drugs and biologicals, the expiration date shall be used and shown by month and year on unit and intermediate packages, and shall be indicated as shown by the following example: EXPIRES 7/61.

**5.2.2.9** *Fragile items.* Unit and intermediate packages containing delicate or fragile articles shall be marked to indicate the fragility by means of a fragile label, stamp or stencil.

**5.2.2.10** *Modification work order number.* Interior packages containing material furnished for a modification work order shall be marked with modification work order number, preceded by the symbol, FOR MWO, in addition to the required marking on all applicable packages.

EUBANKS 00229

**MIL-STD-129C**
**27 November 1963**

**5.3 STANDARD EXTERIOR MARKINGS FOR SHIPMENT OR STORAGE (SHIPPING CONTAINERS, PALLETIZED UNIT LOADS AND UNPACKED ITEMS OTHER THAN SUBSISTENCE ITEMS FOR RESALE, AND ITEMS OF PERISHABLE SUBSISTENCE).**

**5.3.1** *Identification marking.* Identification marking shall be composed of the following information for levels A, B and C packs:

Identification marking is basic and shall appear on all shipping containers, palletized unit loads, and unpacked items, as specified for the particular pack. For example and arrangement of markings, see the appropriate container section. Arrangements of markings should be followed as closely as available space permits. The words Federal Stock Number, Item Description, Quantity and Unit shall not be made a part of the marking, but the information shall be supplied. For level C shipments (f) may be omitted.

(a) Federal stock number, other identification number, or manufacturer's part number as specified (see 3.25 and 5.2.1.1).

(b) Item description.

(c) Quantity and unit (see 3.21 and 3.26).

(d) Level of preservation (see 3.10) date such A/B—4/60, i.e., to indicate level A packaging, level B packing, and month and year of the earliest package date. When omission of the date marking is required for security reasons, it shall be specified in the contract or order.

(e) Gross weight and cube (see 5.3.1.3 and 5.3.1.4).

(f) Lot, batch or control number (as required by statue or when specified (see 3.12 and 5.3.1.2).

(g) Outside dimensions when applicable (see 5.3.1.5).

(h) Serial number when specified (see 3.30).

(i) Special markings when applicable (see 5.3.3.5).

When shipments of nonperishable subsistence are for domestic consumption or assembly into rations and the subsistence was purchased in commercial containers, any information required by (a) through (g) that is shown in the commercial printing may be retained and the additional required marking added. If the advertising on the container completely covers the area to be marked so that any marking over the area would be illegible or hard to read, the manufacturer will either obliterate the advertisement or use a label sufficiently large to cover it and then mark the label in accordance with the requirements of this paragraph.

**5.3.1.1** *Marking for assorted items (excluding kits).* When an assortment of items (excluding kits) which cannot be identified under one stock number is packed in a shipping container, the gross weight and cube, outside dimensions (when applicable) and special marking shall be applied, plus a brief description of the contents in lieu of the identification data. For example: Repair parts for pump, centrifugal, 2 inch disc engine Jaeger 2–APS–1, 55 GPM, Ser 12345; for unrelated items (see 5.3.4.1).

**5.3.1.2** *Lot, control or batch numbers.* Lot, control or batch numbers shall be preceded by the proper designation, e.g., Lot No. 53.

**5.3.1.3** *Marking of net weight and gross weight.* The capital letters WT shall precede gross weight numerals. When net weight (see 3.16) is required the letters NET WT shall be used.[3] All weights shall be numerically indicated and shall be expressed in pounds to the nearest whole number.

---

[3] The net weight shall not be shown on Air Force shipments.

EUBANKS 00230

MIL–STD–129C
27 November 1963

Figure 28 *Radiation symbols.*

This figure is deleted in Change Notice 5.

In the next revision of MIL–STD–129, the figures that are retained will be renumbered to be in accord with this deletion.

EUBANKS 00231

MIL–STD–129C
27 November 1963



FIGURE 29.



FIGURE 30.

EUBANKS 00232

**EXHIBIT "8"**

PORTSMOUTH NAVAL SHIPYARD

PORTSMOUTH, N. H.    IN REPLY REFER TO

245P
N102-58884(X)
(7/1)

JUN 8 1959

From:    Commander, Portsmouth Naval Shipyard
To:      Chief, Bureau of Ships

Subj:    SS(N)593 Class Submarines, Technical Manual for Low
         Pressure Brine Pump for 8000 GPD Distillation Unit;
         forwarding preliminary copies for approval and as-
         signment of NAVSHIPS number

Ref:     (a) PTSMH NAVSHIPYD Contract N102-58884(X) with Warren
             Pumps Inc Warren Mass
         (b) Detail Specs for Building Submarine SS(N)593
         (c) Military Spec MIL-M-15071C (Ships) of 10 Sep 1957

Encl:    (1) Preliminary copy of Technical Manual, Low Pres-
             sure Brine Pump for 8000 GPD Distillation Unit,
             PTSMH No. B-9884  (2 copies)

1.  Subject preliminary technical manual has been prepared
under reference (a).  As required by references (b) and (c),
copies are forwarded for Bureau approval and assignment of
a NAVSHIPS identification number.  Approval is recommended
subject to the following comments:

    a.  Cover and Title Page:  After "Low Pressure Brine
Pump", add "for 8000 GPD distillation unit."

    b.  Approval and Procurement Record Page:  the approved
style of APR page as outlined in reference (c) shall be used
in the final manuals.

    c.  Table of Contents:  Add ahead of listing "Part I Low
Pressure Brine Pump", below listing of Part I add "Part II
Electrical Motor."

    d.  Page 1:

        (1)  Line 1; after "description" add word "install-
ation".

        (2)  Line 2; type "1 1/8-CVOC-5" is proper designa-
tion.

6 26

SS(N)59 > clem /547

ur

USS Haddock
021

245P
N102-58884(X)
(7/1)

(3)  Line 3; after "suction," change to read "semi-open impeller, close-coupled type."

(4)  CAUTION note (bottom of page); second sentence should read "It is not to be dropped or jarred and should always be transported with the pump unit supported on resilient mounts or, if rigidly supported on the distillation unit, the entire assembly should be supported on resilient mounts during shipping."

e.  Page 3:

(1)  Alignment; delete this paragraph.

(2)  Check for Alignment; delete line 5 and substitute "aligned and balanced."

(3)  Trouble Shooting Guide;

Low capacity – strike out causes "9, 10 and 29"
Low pressure developed – strike out cause "29"
Excessive power required – strike out cause "29"
Excessive leakage from stuffing box – strike out
   cause "22"

f.  Pages 4 and 5:  Lists of troubles; delete items 9, 10, 22, 29, 42, 44, 45 and 46.

g.  Page 5:  Mechanical Troubles; item 41 delete words "or failure of a hydraulic balancing device, causes excessive thrust." Comment:  There is no hydraulic balancing device.

h.  Page 5:  Dismantling; paragraph 5, after "removing bolts (20) add ", loosening Piece (13),"

i.  Page 5:  Reassembling;

(1)  Paragraph 5, after "washers (30)" should read "on studs (13) and (14)."

(2)  Paragraph 8, should read "on studs (13) and (14)."

(3)  Paragraph 10, delete ". . .bolt together with bolts." and substitute "and secure with screws (20)".

(4)  Paragraph 11, delete "along with the resilient mounts."

6111062-59

USS Haddock
022

245P
N102-68884(X)
(7/1)

2.  To meet scheduled dates, Bureau approval is requested within
three weeks.  Final printed copies will be distributed in accord-
ance with reference (b) approximately 120 days after receipt of
Bureau approval.  Twenty-five copies of the manual will be for-
warded to Ships Parts Control Center, Mechanicsburg, Pa., for
stock.

L. WOOLSTON
BY DIRECTION

Copy to:
BUSHIPS (Code 525)
MARE NAVSHIPYD (w/2 copies encl (1))

6111062-59

3

USS Haddock
023

*B*

## PORTSMOUTH NAVAL SHIPYARD

### PORTSMOUTH, N. H.

IN REPLY REFER TO

245P
N102-68648(X)
(7/1)

JUN 8 1959

From:   Commander, Portsmouth Naval Shipyard
To:     Chief, Bureau of Ships

Subj:   SS(N)593 Class Submarines; Technical Manual for Type
        31K De Laval - IMO Pump, forwarding preliminary
        copies for approval and assignment of NAVSHIPS No.

Ref:    (a) PTSMH NAVSHIPYD Contract N102-68648(X) with
            De Laval Steam Turbine Co Trenton N J
        (b) Detail Specs for Building Submarine SS(N)593
        (c) Military Spec MIL-M-15071C (Ships) of 10 Sep 1957

Encl:   (1) Preliminary Copy of Technical Manual Type 31K
            De Laval - IMO Pump, PTSMH No. B-9901 (2 copies)

1.   Subject preliminary technical manual has been prepared
under reference (a).  As required by references (b) and (c),
copies are forwarded for Bureau approval and assignment of a
NAVSHIPS identification number.  Approval is recommended
subject to the following comments:

    a. Complete approval and procurement record page.

    b.  Pages 1-1; 1-1-1 Introduction - Second paragraph
should begin: "Each unit consists of a pump and motor,
flexibly coupled, complete with mounting brackets.  All
pumps are identical.  Motor drives are 100 HP or 50 HP.
Arrangement of the 50 HP units, etc."

2.   To meet scheduled dates, Bureau approval is requested
within three weeks.  Final printed copies will be distributed
in accordance with reference (b) approximately 120 days after
receipt of Bureau approval.  Twenty-five copies of the manual
will be forwarded to Ships Parts Control Center, Mechanicsburg,
Pa., for stock.

6-26                    6111240-59

            S S(N)593 Class/547

                                        J. WOOLSTON
                                        BY DIRECTION
Copy to:
BUSHIPS (Code 525)
MARE NAVSHIPYD (w/2 copies encl (1))

USS Haddock
034

PORTSMOUTH

SS(N)593 C1/347(649P)
Ser 649P-

From:    Chief, Bureau of Ships
To:      Commander, Portsmouth Naval Shipyard
         Portsmouth, New Hampshire                          29 JUN 1959

Subj:    Contract N102-68884(X) - SS(N)593, Low Pressure
         Brine Pump for 8000 GPD Distillation Unit - Pre-
         liminary Manual for Approval

Ref:     (a)  NAVSHIPID PTSMH ltr 245P N102-68884(X)(7/1)
              of 8 June 1959
         (b)  Warren Pumps, Incorporated, technical manual,
              Low Pressure Brine Pumps - NAVSHIPS 347-3378

1.  Preliminary technical manual, reference (b), was for-
warded to the Bureau for approval and assignment of NAVSHIPS
number by reference (a).

2.  Reference (b) has been assigned the NAVSHIPS number ap-
pearing above and is approved subject to conformance with
the comments contained in reference (a) and additional com-
ments as follows:

    a.  On page 1 of the text, under paragraph headed
"General Data", delete the present paragraph in its entirety
and insert "the complete pump and motor characteristics, the
Table of Weights, clearances, List of Reference Drawings, List
of Onboard Repair Parts, and any other pertinent data". This
data should be listed in tabular form as required by paragraph
3.3.1.2.1 of Specification MIL-M-15071C".

3.  All drawings and illustrations contained in the text shall
be total reproductions of final approved and validated drawings.

4.  This letter in no way authorizes any increase in the cost
of the subject equipment being procured under the subject con-
tract, or approval of any changes in commitments or delivery
schedule.

Copy to:
525
1500L Attn: Mr. Kooyman
626B4                                    WILLIAM A. BUDDING, JR.
                                         By direction

Prepared by A. Napoletano, Ext. 62217
Typed by Marilyn Janda, 6-24-59
6111062

USS Haddock
025

S8(X)9SEM/X47(6844)
Ser 6868-3365

From:  Chief, Bureau of Ships
To:    Commander, Portsmouth Naval Shipyard

Subj:  THRESHER (SSN593) class, IMO hydraulic pump, type XIK 156;    13 JUL 1959
       approval of technical manual for

Ref:   (a) PTNMH Ir 245F, N102-68648(x) (7/1) of 8 June 1959

1.  NAVSHIPS number 347-3377 is assigned to the technical manual for-
warded by reference (a) for subject equipment manufactured by De Laval
Steam Turbine Company.

2.  The subject manual is hereby approved by the Bureau subject to the
following comments, in addition to the Shipyard comments:

    a.  Sample Cover, delete title "Type XIX De Laval-IMO Pump" sub-
        stitute "IMO PUMP for MAIN and VITAL HYDRAULIC SYSTEMS"

    b.  Sample approval page, delete title, "Type XIX De Laval-IMO PUMP"
        substitute "IMO PUMP for MAIN and VITAL HYDRAULIC SYSTEMS"

    c.  Page 1-1, Section 1-1-1 Introduction, after first paragraph,
        add a note "The terms fluid and oil are used synonymously and
        both refer to the power transmission liquid in the hydraulic
        system"

    d.  Page 1-1, Section 1-1-2, (1) Fluid Operating Temperature Range,
        °F, delete "70-120" substitute "70-160" (2) Fluid Viscosity
        Range, SSU, delete "270-3800" substitute "185-1600"

    e.  Page 1-2 Section 2 Unit Drawings also Page 1-3/4, Page 1-5/6,
        The title of the drawings, "Outline, Certification Data, List
        of On-Board Repair Parts, Tools and Characteristic Curves"
        does not reflect content of the drawings since the list of on-
        board repair parts, tools and characteristic curves are not shown.
        Either the title of the drawings should be revised or the missing
        data filled in.

    f.  Page 5-1, Section 5-1-1 General, line 2, "oil soluble" rust
        preventative is not applicable since the system is designed to
        use phosphate ester hydraulic fluid.

Copy to:
COMMANSHIPYD MARE
SUPSHIP PASCAGOULA

                                                        N. C. WENGER
                                                          Induction

632
424
Prepared by F.R. McAninch Ext. 65455

USS Haddock
033

PORTSMOUTH NAVAL SHIPYARD
PORTSMOUTH, N. H.

265F
N102-68605(X)
(8/26)

JUL -7 1959

From: Commander, Portsmouth Naval Shipyard
To: Nash Engineering Co., South Norwalk, Conn.

Subj: SS(N)593 Class Submarines; Technical Manual for Hytor
Vacuum Priming Pump for Trim and Drain Pump, NAVSHIPS
347-3374, approval of

Ref: (a) Contract N102-68605(X) Item 3 Technical Manuals
(b) Nash Engineering Co ltr of 17 Dec 1958
(c) Military Spec MIL-M-15071C (Ships) of 10 Sep 1957

1. The subject technical manual, prepared under reference (a)
and submitted for approval by reference (b), is approved sub-
ject to the following comments:

a. Figure 1-1 should be of current design showing new
seal water tank of Nash drawing AA-626.

b. Include drawing AA-626, Seal Water Tank, with drawings.

c. Complete the Approval and Procurement Record Page.

d. Make corrections to drawings in accordance with
Portsmouth Naval Shipyard letter 254A N102-68605(X) of 13
December 1958 with exception noted in Portsmouth Naval Shipyard
speedletter of 18 December 1958.

e. Pages 1-4, 1st paragraph, 12th sentence - "orifice
bushing (26)" should be "orifice bushing (16)". Also 13th
sentence "(16)" instead "(26)". 17th sentence - "fitting (30)"
should be "elbow (31)" and "pipe (21)" should be "pipe (22)".

f. Pages 1-6, 3rd paragraph, 6th line - after "vacuum"
insert "during operation". 3rd paragraph, 7th line - after
"packing" insert "while primer is not operating". 4th para-
graph, last line delete phrase in parentheses (Details under
Repairs, etc.). Subtitle beginning with "Primer" - after word
"Volume" add "of Air".

SS(N)593 class/Jet 7 8101116-59

USS Haddock
030

245P
M102-68605(X)
(8/26)

g.  Pages 1-7 part (b), 2nd line replace semicolon after
"bushing" with comma.  3rd line after "centrifugal" add "pump".
Part G - delete "comma" and the words "not open".

h.  Pages 1-7, Title line "Water Out Air Discharge" - add
"Pipe".  Next paragraph, 1st line, delete "over", insert "out
with air".

i.  Pages 1-7, Title line "Repairs" reword directions to
"Refer to Figures 1-6 and 1-7 for List of On Board Repair
Parts."

j.  Pages 1-7, Title line "Dismantling" add "Pump Only".
6th paragraph line 5 - delete words "two of" and put semicolon
after (2) line 6.  Delete words "The remaining two" and insert
words "and the tapered".  Line 7 - delete words "are tapered
and" and insert "which".

k.  Pages 1-8, 1st line (a) - after "studs" delete "(22)"
and insert "(21)".  Subsection (g), line 1 - after word "studs"
change "(21)" to "(22)".  Subsection (g), line 6 - change word
"Point" to "Paragraph".

l.  Pages 1-10, 2nd paragraph line 1 - after "cone" insert
"(2)".  Subsect (b), line 1 - after "studs" change "21" to "22".
Add subsect "(g) Tighten all nuts evenly."

m.  Pages 1-13, 4th paragraph - after word "drilling" add
"If there is no rubbing, tighten nuts (26) on studs (21)
evenly and then drill for dowels."

n.  Page iv Table of Contents and List of Illustrations,
delete Chapter II - Electrical Motor; also, delete Chapter I
headings.  Motor Information shall not be bound into the
manual.  Instead, staple each motor insert in its upper left
corner and ship the unbound inserts packaged with the pump
manuals.

2.  Provision of reference (c) requires that final manuals be
delivered to this Shipyard within ninety days of receipt of
this approval.  Information is requested as to the anticipated
shipping date.

'8101116-59

USS Haddock
031

245P
N102-68605(X)
(8/26)

3. You are requested to comply with the requirements of paragraph 3.4.4.9 of reference (c) and forward a reproducible copy of subject manual directly to Naval Supply Depot, Mechanicsburg, Pennsylvania. Please make reference to the Contract and NAVSHIPS numbers when forwarding reproducible copy of the manual. Also, please forward copy of transmittal to Portsmouth Naval Shipyard, Portsmouth, New Hampshire, attention Code Z45P.

4. This letter in no way authorizes any changes in the conditions, funds, or extension of delivery times beyond those stated in the contract. If the contractor believes a change is necessary or that additional time or funds are required because of the above authorization or approval, he must so state immediately in reply to this letter and receive authorization from the Contracting Officer before proceeding.

J. WOOLSTON
BY DIRECTION

Copy to:
BUSHIPS (525)(3)
INSMAT Bridgeport (2)
SPCC MECH

8101116-59

3

USS Haddock
022

PORTSMOUTH NAVAL SHIPYARD

PORTSMOUTH, N. H.

IN REPLY REFER TO

EIS

245P
N102-68643(X)
(9/3)

AUG 13 1959

From:    Commander, Portsmouth Naval Shipyard
To:      Chief, Bureau of Ships

Subj:    SS(N)593 Class Submarines; Technical Manual for Low
         Pressure Brine Pump for 2000 GPD Still, forwarding
         preliminary copies for comment and assignment of
         NAVSHIPS number

Ref:     (a) PTSMH NAVSHIPYD Contract N102-68643(X) with
             Warren Pumps Inc Warren Mass
         (b) Detail Specs for Building Submarine SS(N)593
         (c) Military Spec MIL-M-15071c (Ships) of 10-Sep 1957

Encl:    (1) Preliminary copy of Technical Manual, Low Pressure
             Brine Pump for 2000 GPD Still, PTSMH No. B-9885
             (2 copies)

1.  Subject preliminary technical manual has been prepared under
reference (a).  As required by references (b) and (c), copies
are forwarded for Bureau comment and assignment of a NAVSHIPS
identification number.  Approval will be granted subject to
the following comments:

    a.  Approval and Procurement Record Page - The approved
style of APR page shall be used in the final manual.

    b.  Page 1, Introduction:  Line 1 after "operation" add
"installation"; line 2, substitute "3/4-GVOC-4" for "1-1/4-
GVOC-5"; line 3, substitute "semi-open" for "open".

    c.  Page 1, Detailed Description: Paragraph 3, line 4,
substitute "drilled" for "tapped"; "Caution" Note, last
sentence should read - "It is not to be dropped or jarred
and should always be supported on the resilient mounts."

    d.  Page 3 Alignment: Delete this paragraph.

    e.  Page 3, Check for Alignment: Delete last line in
paragraph and substitute "aligned and balanced."

624

SS(N)593 class/547

USS Haddock
019

245P
N102-68643(X)
(9/3)

f.　Page 4:　Delete "Troubles No. 9, 10, 22, 29.

g.　Page 5:　Delete Trouble No. 41.

h.　Page 5 <u>Dismantling</u>:　Paragraph 5, substitute
"screws (20)" for "bolts (20).

i.　Page 6 <u>Reassembling</u>:　Paragraph 8 add "and (14)";
paragraph 10 delete "and bolt together with bolts (20)".

2.　To meet scheduled dates, Bureau approval is requested
within three weeks.　Final printed copies will be distributed
in accordance with reference (b) approximately 120 days
after receipt of Bureau approval.　Twenty-five copies of
the manual will be forwarded to Ships Parts Control Center,
Mechanicsburg for stock.

J. WOOLSTON
BY DIRECTION

Copy to:
BUSHIPS (Code 525) (3)
MARE NAVSHIPYD (2 copies encl (1))

8200727-59

2

USS Haddock
820

SS(X)5930L/S47(649P)
Ser 649P-2436

From: Chief, Bureau of Ships
To:   Commander
      Portsmouth Naval Shipyard          17 SEP 1959
      Portsmouth, New Hampshire

Subj: Contract N102-68643(X) with Warren Pumps, Incorporated,
      SS(X)593 Class Submarines - 2000 GPD Distilling Unit
      Low Pressure Brine Pump - Preliminary Technical Manual
      for Approval

Ref:  (a) NAVSHIPYD Portsmouth ltr 245P, N102-68643(X),
          (9/3) of 13 August 1959
      (b) Warren Pumps, Incorporated Preliminary Technical
          Manual - 2000 GPD Distilling Unit L. P. Brine
          Pump - NAVSHIPS 347-3436

1.  Preliminary technical manual, reference (b), was for-
warded to the Bureau of Ships for approval and assignment
of a NAVSHIPS number by reference (a).

2.  Reference (b) has been assigned the NAVSHIPS number ap-
pearing above and is approved subject to conformance with
the comments contained in reference (a) and additional com-
ments as follows:

    a.  On page 1 of the text, under paragraph headed
"General Data", delete the present paragraph in its entirety
and insert the complete pump and motor characteristics, the
Table of Weights, Clearances, List of Reference Drawings,
List of Onboard Repair Parts and other pertinent data.  This
data shall be listed in tabular form as required by paragraph
3.3.1.2.1 of Specification, MIL-P-15071C.

3.  All drawings and illustrations contained in the text
shall be total reproductions of final approved and validated
drawings.

4.  This letter in no way authorizes any increase in the cost
of the subject equipment being procured under the subject
contract, or approval of any changes in commitments or de-
livery schedule.

Copy to:
622B
626B4
525
622.3

Prepared by A. Napoletano, Ext. 62217
Typed by Marilyn Janda, 9-17-59
8200727-59

D. G. PETROFF

USS Haddock
024

**EXHIBIT "9"**

## Deborah R. Rosenthal (DRR)

**From:**   Mia S. Rosenfeld [MSR@Charter-Davis.com]

**Sent:**   Thursday, July 31, 2008 10:26 AM

**To:**   Deborah R. Rosenthal (DRR)

**Cc:**   Whitney A. Davis; wdavislaw@comcast.net

**Subject:**   RE: Redman v Viad - stip for extension of time?

Deborah,

We are presently unable to stipulate to your extension request (although we likely would have had authority to so stipulate had your office stipulated to our extension request, and asked for a reciprocal courtesy extension *at that time*.)  As you know, you not only refused to stipulate to our brief extension request, but also proceeded to file formal opposition papers to further hinder the Court's ability to quickly rule on the issue.  Accordingly, at this time, we will defer to the Court's discretion as far as a ruling on your extension.  Notwithstanding, please be advised that, at this time, we do not intend to formally oppose your extension papers so long as they track your email request, seeking an extension to August 13, 2008 and do not otherwise require/request rescheduling of the currently set hearing date. However, not having seen your formal papers, we do reserve the right to submit opposition as may otherwise become necessary. Thank you.

-----Original Message-----
**From:** Deborah R. Rosenthal (DRR) [mailto:DRosenthal@paulandhanley.com]
**Sent:** Wednesday, July 30, 2008 6:28 PM
**To:** Mia S. Rosenfeld; Whitney A. Davis
**Subject:** Redman v Viad - stip for extension of time?

Dear Counsel

I am in receipt of your Opposition to Plaintiffs' Motion for Remand.  When you requested an extension to oppose, you stated that you required the extension in order to obtain the Declaration of Charles Cushing, whose testimony was critical to the Opposition and who was out of the country.  You obtained the extension based on this testimony.

However much if not most of your Opposition is based on the Declaration of Ben Lehman, which has extensive exhibits attached.

In addition, by regular noticed motion, you would have had 14 days to oppose Plaintiffs' Motion, and I would have had 7 days after receiving your Opposition to Reply.

Your requested extension resulted in you getting 28 days to oppose, yet still left me with only 7 days to reply.

Based on the foregoing, I ask that you execute the attached stipulation and agree to a 7 day extension for my reply papers, allowing them to be filed up to and including August 13, 2008.

If I receive this stipulation by or before tomorrow at noon, I will file it concurrently with a proposed order.

If you decline to stipulate, I will file an ex parte request with the Court for the extension.

If I do not hear back from you, I will assume you are not willing to stipulate.

<<VIAD remand motion - stip re extension.doc>>

Deborah R. Rosenthal
Attorney
(510) 559-9980 Ext.240
DRosenthal@PaulandHanley.com
================================================================

NOTICE: This message is intended solely for the use of the individual or entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the address via the U.S. Postal Service and electronic mail as follows:

PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone: (510) 559-9980
Facsimile: (510) 559-9970
www.PaulandHanley.com

**EXHIBIT "10"**

1    Dean A. Hanley, Esq.   (State Bar No. 169507)
    Deborah R. Rosenthal, Esq. (State Bar No. 184241)
2    PAUL AND HANLEY LLP
    1608 Fourth Street, Suite 300
3    Berkeley, California 94710
    Telephone:  (510) 559-9980
4    Facsimile:  (510) 559-9970
    Email:  dhanley@paulandhanley.com
5    Email:  drosenthal@paulandhanley.com

6    Attorneys for Plaintiffs

7

8            UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11    JERI REDMAN, individually and as     )  Case No.: 08-cv-03013-BZ
    successor-in-interest to RONALD REDMAN, )
12    deceased; and JERI REDMAN, AMY     )  **[PROPOSED] ORDER GRANTING**
    REDMAN, DAVID C. REDMAN, MARK   )  **PLAINTIFFS' EX PARTE APPLICATION**
13    REDMAN and PAUL REDMAN, as legal   )  **FOR EXTENSION OF TIME TO REPLY**
    heirs of RONALD REDMAN, deceased,   )
14                                   )  **[FRCP 6; ND CA Local Rules 6-3, 7-2, 7-3 & 7-10]**
             Plaintiffs,                 )
15                                     )
16    vs.                                      )
                                     )
17    A.W. CHESTERTON, et al.,            )
                                     )
18             Defendants.                )
                                     )
19

20        This matter came before Honorable Jeffrey White, in the above-entitled Court, without

appearance by counsel.  Based on the papers filed herein, and for good cause shown,

21        IT IS HEREBY ORDERED that Plaintiffs' Ex Parte Application is GRANTED.

22 Plaintiffs' reply papers in response to defendant's Opposition to Plaintiffs' Motion for Remand

23 shall be filed and served on or before August 13, 2008.  The hearing date of September 5, 2008,

24 shall remain on calendar, and this matter shall be heard on that date unless the Court determines

25 before that date that no oral argument is necessary.

26 DATED:   August 5, 2008

27                       _Jeffrey S White_
                     HONORABLE JEFFREY WHITE

28