Dean A. Hanley, Esq.   (State Bar No. 169507)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
PAUL AND HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
dhanley@paulandhanley.com
drosenthal@paulandhanley.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERI REDMAN, individually and as successor-in-interest to RONALD REDMAN, deceased; and JERI REDMAN, AMY REDMAN, DAVID C. REDMAN, MARK REDMAN and PAUL REDMAN, as legal heirs of RONALD REDMAN, deceased,<br><br>     Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON, et al.,<br><br>     Defendants. | Case No.: 08-cv-03013-JSW<br><br>**AMENDED TABLE OF AUTHORITIES FOR PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR REMAND AND FOR COSTS AND EXPENSES INCURRED**<br><br>[28 U.S.C. § 1447(c); FRCP 7(b); ND CA Local Rules 7-2, 7-4 & 7-5]<br><br>Date:          September 5, 2008<br>Time:          9:00 a.m.<br>Courtroom:   2, 17th Floor<br>Judge:          Jeffrey White |

Plaintiffs filed and served their Memorandum of Points and Authorities In Support of Motion to Remand on July 3, 2008.  However, the Table of Authorities accompanying that Memorandum was not properly formatted.  Plaintiffs therefore submit the attached Amended Table of Authorities for Plaintiffs' Memorandum of Points and Authorities In Support of Motion for Remand and For Costs and Expenses Incurred.

DATED: August 14, 2008                        PAUL & HANLEY LLP

                                                          By: _____
                                                               Deborah R. Rosenthal
                                                               Attorneys for Plaintiffs

# TABLE OF AUTHORITIES

## FEDERAL CASES

*Boyle v. United Technologies Corp.*, 487 U.S. 500 (1988) .......................... 7, 8, 9, 10, 11, 12, 13

*Butler v. Ingalls Shipbuilding*, 89 F.3d 582 (9th Cir. 1996) .......................... 13

*Carpenter v. Wichita Falls Independent Sch. Dist.*, 44 F.3d 362 (5th Cir. 1995) .......................... 16

*Gotro v. R&B Realty Group* (9th Cir. 1995) 69 F.3d 1485 .......................... 20

*In re Hawaii Fed. Asbestos Cases*, 960 F.2d 806 (9th Cir. 1992) .......................... 10, 11, 13

*In re Joint E. & S. Dist. New York Asbestos Litig.*, 897 F.2d 626 (2d Cir. 1990) .......................... 13

*Jones v. Gen. Tire & Rubber Co.*, 541 F.2d 660 (7th Cir. 1976) .......................... 16

*Martin v. Franklin Capital Corp.*, 546 U.S. 132 (2005) .......................... 17, 18

*Mertan v. E.R. Squibb & Sons, Inc.*, 581 F. Supp. 751 (C.D. Cal. 1980) .......................... 18, 19

*Mesa v. California*, 489 U.S. 121 (1989) .......................... 7, 15

*Moore v. Permanente Med. Group, Inc.*, 981 F.2d 443 (9th Cir. 1992) .......................... 17

*Morris v. Bridgestone Firestone Inc.*, 985 F.2d 238 (6th Cir. 1993) .......................... 17

*Neilsen v. George Diamond Vogel Paint Co.*, 892 F.2d 1450 (9th Cir. 1990) .......................... 11

*Sheppard v. Northrop Grumman Sys. Corp.*, 2007 U.S. Dist. LEXIS 38463 .......................... 16

*Sundstrom v. McDonnell Douglas Corp.*, 816 F. Supp. 587 (N.D. Cal 1993) .......................... 11

*Uriarte v. R & J Mach.*, 2000 U.S. Dist. LEXIS 18084 (N.D. Cal. 2000) .......................... 17

*Wehr v. Pheley*, 2000 U.S. Dist. LEXIS 2375 (N.D. Cal. 2000) .......................... 17

*Westbrook v. Asbestos Defendants (BHC)*, 2001 U.S. Dist. LEXIS 11575 .......................... 16

## STATE CASES

*Anderson v. Owens-Corning Fiberglas*, 810 P.2d 549 (Cal. 1991) .......................... 5

*In re New York City Asbestos Litigation*, 144 Misc. 2d 42 (N.Y. Sup. Ct. 1989) .......................... 11

*Sanner v. Ford Motor Company*, 364 A.2d 43 (N.J. Super. Law Div. 1976) .......................... 11

## FEDERAL STATUTES

28 U.S.C. § 1442(a)(1) .......................... 6, 14

28 U.S.C. § 1447(c) .......................... 17, 18, 20