1  ROBERT S. KRAFT, ESQ. (SBN 57517)
   D. MARK JACKSON, ESQ. (SBN 218502)
2  BASSI, MARTINI, EDLIN & BLUM LLP
   351 California Street, Suite 200
3  San Francisco, CA 94104
   Telephone:    (415) 397-9006
4  Facsimile:    (415) 397-1339

5  Attorneys for Defendant
   HOPEMAN BROTHERS, INC.
6

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO

10

11 JERI REDMAN, individually and as            ) Case No. 08-CV-03013-BZ
   successor-in-interest to RONALD REDMAN,    )
12 deceased, and JERI REDMAN, AMY             ) **NOTICE OF TAG-ALONG ACTION**
   REDMAN, DAVID C. REDMAN, MARK              )
13 REDMAN and PAUL REDMAN, as legal           ) Multi-District Rule 7.5(e)
   heirs of RONALD REDMAN, deceased,          )
14                                             )
                Plaintiffs,                    )
15                                             )
        vs.                                    )
16                                             )
   A.W. CHESTERTON COMPANY, et al.,           )
17                                             )
                Defendants.                    )
18                                             )
                                               )
19

20     **PLEASE TAKE NOTICE THAT** on July 20, 1991, the Judicial Panel of Multi-District

21 Litigation entered an order transferring all asbestos cases pending in the federal courts to the

22 United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated

23 pretrial proceedings pursuant to 28 U.S.C. section 1407 ("MDL Transfer Order"). The MDL

24 Transfer Order also applies to a "tag-along action," which refers to a civil action pending in a

25 district court and involving common questions of facts with actions previously transferred under

26 Section 1407 by the Judicial Panel of Multi-District Litigation pursuant to a January 17, 1991

27 Order to Show Cause. See Multi-District Rules ("MDL Rules"), Rule 1.1.

28

1  Pursuant to MDL Rule 7.5(e), "Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears." MDL Rule 7.5(e).

Defendant <u>HOPEMAN BROTHERS, INC.</u> HEREBY NOTIFIES THE Court that this case is a potential "tag-along action" which may be subject to transfer to the United States District Court, Eastern District of Pennsylvania. The Clerk of the Panel may enter a conditional transfer order pursuant to MDL Rule 7.4(a).

Date:   August 14, 2008          BASSI, MARTINI, EDLIN & BLUM LLP

By: _____
    D. MARK JACKSON, ESQ.
    Attorneys for Defendant
    HOPEMAN BROTHERS, INC.

50603

2

Re: **JERI REDMAN, individually and as successor-in-interest to RONALD REDMAN, deceased, and JERI REDMAN, AMY REDMAN, DAVID C. REDMAN, MARK REDMAN and PAUL REDMAN, as legal heirs of RONALD REDMAN, deceased v. A.W. CHESTERTON COMPANY, et al.**
Northern District of California – San Francisco: 08-CV-03013-BZ

## PROOF OF SERVICE – CCP §1013(a)(3)

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, MARTINI, EDLIN & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date set forth below, I served the within:

**NOTICE OF TAG-ALONG ACTION**

on the following parties:

Dean Hanley, Esq.
Paul, Hanley & Harley LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:   (510) 559-9980

_____ **BY PERSONAL SERVICE**: I caused a copy of said documents to be hand delivered to the interested party at the address set forth above.

__X__ **BY MAIL**: I caused such envelope to be deposited in the mail at San Francisco, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

_____ **BY FEDERAL EXPRESS**: I caused such envelope to be deposited in the appropriate Federal Express envelope, to the Federal Express office located at 120 Bush Street, San Francisco, California 94104, to be delivered by the next business day. I am readily familiar with the firm's practice for collection and processing of correspondence for transmittal by Federal Express. It is deposited with Federal Express on that same day in the ordinary course of business.

_____ **BY FACSIMILE**: I caused said documents to be sent via facsimile to the interested party at the facsimile number set forth below.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on August 14, 2008, at San Francisco, California.

ALISHA C. PEMBER

50646

1

PROOF OF SERVICE