Dean A. Hanley, Esq.   (State Bar No. 169507)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
dhanley@paulandhanley.com
drosenthal@paulandhanley.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERI REDMAN, individually and as successor-in-interest to RONALD REDMAN, deceased; and JERI REDMAN, AMY REDMAN, DAVID C. REDMAN, MARK REDMAN and PAUL REDMAN, as legal heirs of RONALD REDMAN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON, et al.,<br><br>Defendants. | Case No.: 08-cv-03013-JSW<br><br>**OBJECTION TO DEFENDANT VIAD CORPORATION'S SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**<br><br>[N.D. Cal. Civil Local Rule 7-3(d)]<br><br>Date: September 5, 2008<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge: Jeffrey White |

    Plaintiffs object to the "Supplemental Opposition on Behalf of Viad Corp to Plaintiffs' Motion for Remand," filed and served on August 20, 2008, because the brief violates Civil Local Rule 7-3(d) of the Local Rules of the U.S. District Court for the Northern District of California, which provides:

> Supplementary Material. Before the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by serving and filing a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion - without argument. Otherwise, once

a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval.

Plaintiffs' filed their Reply on August 13, 2008. Upon information and belief, defendant did not obtain prior Court approval for the filing of its Supplemental Opposition. This supplementary material is therefore untimely, improper, and should be rejected.

Furthermore, defendant's late filing of this brief prevents plaintiffs from having a reasonable opportunity to address the arguments asserted therein, which mischaracterize plaintiffs' evidence and argument. VIAD already filed a 27-page Opposition and should not be permitted to harass plaintiffs and burden this Court by filing supplemental argument at this time.

DATED: August 21, 2008          PAUL & HANLEY LLP

                                By: _____
                                    Deborah R. Rosenthal,
                                    Attorneys for Plaintiffs

OBJECTION TO DEFENDANT VIAD CORPORATION'S SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION TO REMAND                                                                 PAGE 2
S:\Clients\Plaintiffs\R\Redman, Ronald 10267\Fed Court Action\VIAD remand motion - OBJ to Supp Opp.doc