1  Dean A. Hanley, Esq. (State Bar No. 169507)
   Deborah R. Rosenthal, Esq. (State Bar No. 184241)
2  PAUL & HANLEY LLP
   1608 Fourth Street, Suite 300
3  Berkeley, California 94710
   Telephone: (510) 559-9980
4  Facsimile:  (510) 559-9970
   Email: drosenthal@phhlaw.com

5

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  JERI REDMAN, individually and as            )  Federal Case No.: 08-cv-03013-JSW
    successor-in-interest to RONALD REDMAN,     )
12  deceased; and JERI REDMAN, AMY              )  **CERTIFICATE OF SERVICE**
    REDMAN, DAVID C. REDMAN, MARK               )  _____
13  REDMAN and PAUL REDMAN, as legal            )  [FRCivP 4(d) and 5(b)(3)] ND Cal Local
    heirs of RONALD REDMAN, deceased,           )  Rules 5-4, 5-5 and 5-6; ND Cal General Order
14                                              )  No. 45 § IX
                                                )
15        Plaintiffs,                           )
                                                )
16  vs.                                         )
                                                )
17  A.W. CHESTERTON, et al.,                    )  Date:       September 5, 2008
                                                )  Time:       9:00 a.m.
18        Defendants.                           )  Courtroom:  2, 17th Floor
                                                )  Judge:      Jeffrey White
19  _____)

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
S:\Clients\Plaintiffs\R\Redman, Ronald 10267\Fed Court Action\VIAD OBJ - POS.doc

1

## CERTIFICATE OF SERVICE - FRCivP 4(d)

2

I am employed in the County of Alameda, State of California, I am over the age of 18 years and

3

not a party to the within action.  My business address is 1608 Fourth Street, Suite 300, Berkeley, CA

4

94710.  On **August 21, 2008**, I served the foregoing:

5

**OBJECTION TO DEFENDANT VIAD CORPORATION'S SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

6

7

and a copy of this declaration to the interested parties herein as follows:

8

[  ]      By personal delivery of a true copy thereof to:

9

[  ]      By transmittal from a facsimile machine whose telephone number is (510) 559 9970:

10

[ X ]     By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the US mail at Berkeley, California, addressed as set forth by the attached Service List.  I am readily familiar with the firm's practice of collection and processing of correspondence for

11

mailing.  Under that practice, it would be deposited with the US Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion

12

of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration:

13

## SEE ATTACHED SERVICE LIST

14

[X]       By submitting an electronic version to ECF for service upon:

15

16

**VIAD CORP.**
**CHARTER DAVIS, LLP**
**1730 I Street, Suite 240**
**Sacramento, CA 95814**

17

18

19

20

I declare under penalty of perjury under the laws of the State of California that the foregoing is

21

true and correct.  Executed in Berkeley, California.

22

DATE: August 21, 2008

23

Anne Scott

24

Legal Secretary to Deborah R. Rosenthal

25

Ronald Redman  v. A.W. Chesterton Company, et al.
Northern District of California Case No. 08-cv-03013-BZ

26

27

28

---

**PROOF OF SERVICE**
S:\Clients\Plaintiffs\R\Redman, Ronald 10267\Fed Court Action\VIAD OBJ - POS.doc

Redman, Ronald D. 10267
SFSC Case Number 274617

Aug 21 08                    Page 1 of 1

# Service List

**A.W. CHESTERTON COMPANY**
PRINDLE, DECKER & AMARO (San Francisco)
369 Pine Street, Suite 800
San Francisco, CA  94101
Phone:            (415) 788-8354
FAX               (415) 788-3625

**ALSTOM POWER, INC.**
BARG, COFFIN, LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, CA  94104
Phone:            (415) 228-5400
FAX               (415) 228-5450

**BERRY & BERRY**
BERRY & BERRY
Post Office Box 16070
Oakland, CA  94610
Phone:            (510) 835-8330
FAX               (510) 835-5117

**FOSTER WHEELER USA CORPORATION**
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA  94105
Phone:            (415) 808-0300
FAX               (415) 808-0333

**HOPEMAN BROTHERS, INC.**
BASSI, MARTINI, EDLIN & BLUM, LLP
351 California Street, Suite 200
San Francisco, CA  94104
Phone:            (415) 397-9006
FAX               (415) 397-1339

**IMO INDUSTRIES INC.**
HOWARD, ROME, MARTIN & RIDLEY, LLP
1775 Woodside Road, Suite 200
Redwood City, CA  94061
Phone:            (650) 365-7715
FAX               (650) 364-5297

**METALCLAD INSULATION CORPORATION**
McKENNA LONG & ALDRIDGE, LLP (San Francisco)
101 California Street, 41st Floor
San Francisco, CA  94111
Phone:            (415) 267-4000
FAX               (415) 267-4198

**NATIONAL STEEL AND SHIPBUILDING COMPANY**
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA  94105
Phone:            (415) 808-0300
FAX               (415) 808-0333

**PLANT INSULATION COMPANY**
LEWIS BRISBOIS BISGAARD & SMITH, LLP (San Francisco)
One Sansome Street, Suite 1400
San Francisco, CA  94104
Phone:            (415) 362-2580
FAX               (415) 434-0882

**SYD CARPENTER, MARINE CONTRACTOR, INC.**
PRINDLE, DECKER & AMARO (San Francisco)
369 Pine Street, Suite 800
San Francisco, CA  94101
Phone:            (415) 788-8354
FAX               (415) 788-3625

**VIAD CORP.**
CHARTER DAVIS, LLP
1730 I Street, Suite 240
Sacramento, CA  95814
Phone:            (916) 448-9000
FAX               (916) 448-9009