IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERI REDMAN, ET AL.,

    Plaintiffs,                                           No. C 08-03013 JSW

   v.

A W CHESTERTON COMPANY, ET AL.,          **ORDER VACATING HEARING ON MOTION TO REMAND**

    Defendants.

        Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to remand which has been noticed for hearing on Friday, September 5, 2008 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

        **IT IS SO ORDERED.**

Dated: September 3, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE