Dean A. Hanley, Esq.   (State Bar No. 169507)
Carole M. Bosch, Esq.   (State Bar No. 239790)
PAUL AND HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
Email:  dhanley@paulandhanley.com
Email:  drosenthal@paulandhanley.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERI REDMAN, individually and as successor-in-interest to RONALD REDMAN, deceased; and JERI REDMAN, AMY REDMAN, DAVID C. REDMAN, MARK REDMAN and PAUL REDMAN, as legal heirs of RONALD REDMAN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON, et al.,<br><br>DEFENDANTS. | Case No.: 08-cv-03013-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING INITIAL DISCLOSURE DEADLINES AND CASE MANAGEMENT CONFERENCE**<br><br>[FRCP Rule 26] |

Pursuant to the Court's Civil Order Minute of October 6, 2008, the parties met and conferred on October 7, 2008 regarding Initial disclosures.

IT IS HEREBY STIPULATED by and between Plaintiffs JERI REDMAN, AMY REDMAN, DAVID C. REDMAN, MARK REDMAN AND PAUL REDMAN and Defendants A.W. CHESTERTON COMPANY, ALSTOM POWER, INC., FOSTER WHEELER USA CORPORATION, HOPEMAN BROTHERS, INC., IMO INDUSTRIES, METALCLAD INSULATION CORPORATION, NATIONAL STEEL AND SHIPBUILDING COMPANY, PLANT INSULATION COMPANY, SYD CARPENTER, MARINE CONTRACTOR, INC., and VIAD CORP. as follows:

      The parties are to meet and confer regarding initial disclosures and discovery plan pursuant to Federal Rules of Civil Procedure, Rule 26(f) no later than November 14, 2008.

      The parties are to file Rule 26(f) Report, Rule 26(a) initial disclosures, and joined Case Management Statement no later than December 1, 2008.

      Next Case Management Conference to be held on ~~December 12, 2008.~~

SO STIPULATED:                                      December 19, 2008 at 1:30 p.m.

Dated: October ___, 2008                PAUL & HANLEY LLP

                                                        Carole M. Bosch
                                                        Attorneys for Plaintiffs

Dated: October ___, 2008                PRINDLE, DECKER & AMARO

                                                        _____

                                                        Attorneys for Defendants
                                                        A.W. CHESTERTON and SYD CARPENTER, MARINE CONTRACTOR, INC.

Dated: October ___, 2008                BARG, COFFIN, LEWIS & TRAPP, LLP

                                                        _____

                                                        Attorneys for Defendant ALSTOM POWER, INC.

///

///

///

OCT. 9. 2008 1:57PM 4192480502 NO. 9542 P. 2
Case 3:08-cv-03013-JSW Document 52 Filed 10/10/2008 Page 3 of 10
To: BRYDON HUGO & PARKER    From: Maureen Mayorquin    Tuesday, October 07, 2008 4:31 PM Page: 5 of 6
Subject: Attention: All Defense Counsel RE: Jeri Redman, et al. v. A.W. Chesterton, Inc., SFSC No. 274617 / Stipulation and [Proposed] Order Setting

1  Dated: October 8, 2008                    BRYDON HUGO & PARKER
2
3                                             _____
4                                             Attorneys for Defendant
                                              FOSTER WHEELER USA
5                                             CORPORATION and NATIONAL STEEL
                                              AND SHIPBUILDING COMPANY
6
7  Dated: October ____, 2008                  BASSI, MARTINI, EDLIN & BLUM, LLP
8
                                              _____
9
                                              Attorneys for Defendant HOPEMAN
10                                            BROTHERS, INC.
11
   Dated: October ____, 2008                  HOWARD, ROME, MARTIN & RIDLEY,
12 LLP
13
14
15
                                              _____
16                                            Attorneys for Defendant IMO
                                              INDUSTRIES INC.
17
18 Dated: October ____, 2008                  McKENNA LONG & ALDRIDGE, LLP
19
20
21                                            _____
                                              Attorneys for Defendant METALCLAD
22                                            INSULATION CORPORATION
23
24 ///
25 ///
26 ///
27 ///
28

STIPULATION AND [PROPOSED] ORDER RE. INITIAL DISCLOSURE DEADLINES AND CASE MANAGEMENT
CONFERENCE

Case 3:08-cv-03013-JSW Document 52 Filed 10/10/2008 Page 4 of 10

To: HOWARD ROME MARTIN RIDLEY LLP          OCT. 8. 2008 3:53PM      NO. 4180  P. 2    Tuesday, October 07, 2008  PM Page: 5 of 6
Subject: Attention: All Defense Counsel RE: Jeri Redman, et al. v. A.W. Chesterton, Inc., SFSC No. 274617 / Stipulation and [Proposed] Order Set

| | | |
|---|---|---|
| 1 | Dated: October ____, 2008 | BRYDON HUGO & PARKER |
| 2 | | |
| 3 | | _____ |
| 4 | | Attorneys for Defendant FOSTER WHEELER USA CORPORATION and NATIONAL STEEL AND SHIPBUILDING COMPANY |
| 7 | Dated: October ____, 2008 | BASSI, MARTINI, EDLIN & BLUM, LLP |
| 9 | | _____ |
| 10 | | Attorneys for Defendant HOPEMAN BROTHERS, INC. |
| 11 | Dated: October 8, 2008 | HOWARD, ROME, MARTIN & RIDLEY, LLP |
| 14-15 | | *Lisa Alerman* (signature) |
| 16 | | Attorneys for Defendant IMO INDUSTRIES INC. |
| 18 | Dated: October ____, 2008 | McKENNA LONG & ALDRIDGE, LLP |
| 21-22 | | Attorneys for Defendant METALCLAD INSULATION CORPORATION |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

STIPULATION AND [PROPOSED] ORDER RE: INITIAL DISCLOSURE DEADLINES AND CASE MANAGEMENT CONFERENCE

To: Page 4 of 5    Case 3:08-cv-03013-JSW Document 52   Filed 10/10/2008   Page 5 of 7 of 10   From: Secretary Team
2008-10-08 21:50:23 (GMT)   14155209180

To: BASSI MARTINI EDLIN & BLUM LLP    From: Maureen Mayorquin    Tuesday, October 07, 2008 4:31 PM Page: 5 of 6
Subject: Attention: All Defense Counsel RE: Jeri Redman, et al. v. A.W. Chesterton, Inc., SFSC No. 274617 / Stipulation and [Proposed] Order Setting

| | | |
|---|---|---|
| 1 | Dated: October ____, 2008 | BRYDON HUGO & PARKER |
| 2 | | |
| 3 | | _____ |
| 4 | | Attorneys for Defendant FOSTER WHEELER USA CORPORATION and NATIONAL STEEL AND SHIPBUILDING COMPANY |
| 5 | | |
| 6 | | |
| 7 | Dated: October _8_, 2008 | BASSI, MARTINI, EDLIN & BLUM, LLP |
| 8 | | /s/ signature |
| 9 | | Attorneys for Defendant HOPEMAN BROTHERS, INC. |
| 10 | | |
| 11 | Dated: October ____, 2008 | HOWARD, ROME, MARTIN & RIDLEY, LLP |
| 12 | LLP | |
| 13 | | |
| 14 | | |
| 15 | | _____ |
| 16 | | Attorneys for Defendant IMO INDUSTRIES INC. |
| 17 | | |
| 18 | Dated: October ____, 2008 | McKENNA LONG & ALDRIDGE, LLP |
| 19 | | |
| 20 | | _____ |
| 21 | | Attorneys for Defendant METALCLAD INSULATION CORPORATION |
| 22 | | |
| 23 | | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

STIPULATION AND [PROPOSED] ORDER RE: INITIAL DISCLOSURE DEADLINES AND CASE MANAGEMENT CONFERENCE

Case 3:08-cv-03013-JSW Document 52 Filed 10/10/2008 Page 6 of 10

To: McKENNA LONG & ALDRIDGE LLP (San Francisco)   From: Maureen Mayorquin   Tuesday, October 07, 2008 4:31 PM Page: 5 of 6
Subject: Attention: All Defense Counsel  RE: Jeri Redman, et al. v. A.W. Chesterton, Inc., SFSC No. 274617 / Stipulation and [Proposed] Order Setting

1  Dated: October ____, 2008                BRYDON HUGO & PARKER
2
3
4                                            Attorneys for Defendant
                                             FOSTER WHEELER USA
5                                            CORPORATION and NATIONAL STEEL
                                             AND SHIPBUILDING COMPANY
6
7  Dated: October ____, 2008                BASSI, MARTINI, EDLIN & BLUM, LLP
8
9
                                             Attorneys for Defendant HOPEMAN
10                                           BROTHERS, INC.
11
   Dated: October ____, 2008                HOWARD, ROME, MARTIN & RIDLEY,
12  LLP
13
14
15
16                                           Attorneys for Defendant IMO
                                             INDUSTRIES INC.
17
18  Dated: October 8, 2008                  McKENNA LONG & ALDRIDGE, LLP
19
20
21                                           Attorneys for Defendant METALCLAD
                                             INSULATION CORPORATION
22
23
24  ///
25  ///
26  ///
27  ///
28

**STIPULATION AND [PROPOSED] ORDER RE. INITIAL DISCLOSURE DEADLINES AND CASE MANAGEMENT CONFERENCE**
S:\Clients\Plaintiffs\R\Redman, Ronald 10267\Motions\ALLD prop order re Rule 26 initial disclosures.doc

OCT-08-2008 WED 02:59 PM CHARTER DAVIS, LLP            FAX NO. 916 448 9009            P. 05/05
Case 3:08-cv-03013-JSW Document 52 Filed 10/10/2008 Page 7 of 10
To: CHARTER DAVIS LLP
Subject: Attention: All Defense Counsel  RE: Jeri Redman, et al. v. A.W. Chesterton, Inc., SFSC No. 274617 / Stipulation and [Proposed] Order Setting

1  Dated: October ____, 2008

LEWIS BRISBOIS BISGAARD & SMITH

_____

Attorneys for Defendant PLANT INSULATION COMPANY

6  Dated: October ____, 2008

CHARTER DAVIS, LLP

*[signature]*
MARIA ROSENFELD

Attorneys for Defendant VIAD CORPORATION

11  IT IS SO ORDERED.

October 10, 2008
13  DATED: _____

*[signature]*
HONORABLE JEFFREY S. WHITE

---

STIPULATION AND [PROPOSED] ORDER RE: INITIAL DISCLOSURE DEADLINES AND CASE MANAGEMENT CONFERENCE